UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
BOURNE CO.,                                                        :
                                                                   :
                    Plaintiff,                          :  Case Number: 07cv8580 (DAB)
                                                                   :
      - against -                                               :
                                                                   :  **APPEARANCE**
TWENTIETH CENTURY FOX FILM                                         :
CORPORATION, FOX BROADCASTING                                      :
COMPANY, TWENTIETH CENTURY FOX                                     :
TELEVISION, INC., TWENTIETH CENTURY                                :
FOX HOME ENTERTAINMENT, INC., FUZZY                                :
DOOR PRODUCTIONS, INC., THE CARTOON                                :
NETWORK, INC., SETH MACFARLANE,                                    :
WALTER MURPHY,                                                     :
                                                                   :
                    Defendants.                         :
------------------------------------------------------------------ X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

**BOURNE CO.**

I certified that I am admitted to practice in this court

Dated: October 8, 2007
       New York, New York

                                                          MOSES & SINGER LLP

                                                          Paul M. Fakler (PF-0249)
                                                          405 Lexington Avenue
                                                          New York, New York 10174-1299
                                                          Tel.: 212-554-7800
                                                          Fax: 212-554-7700
                                                          pfakler@mosessinger.com

                                                          *Attorneys for Plaintiff, Bourne Co.*

633757v1