UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 CIV 8580

AFFIDAVIT OF SERVICE

BOURNE CO.,

    Plaintiff/Petitioner,

vs.

TWENTIETH CENTURY FOX FILM
CORPORATION, ET.AL.

    Defendant/Respondent.
_____/

Received by JPL Process Service on 10/05/2007 at 09:07 AM to be served upon:

TWENTIETH CENTURY FOX HOME ENTERTAINMENT, INC.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES    ss.

I, JEFF LANCASTER, depose and say that:

I am a Registered Process Server in the state of California.

On 10/05/2007 at 10:50 AM, I served the within SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT AND JURY DEMAND; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN; NOTICE OF RIGHT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; GUIDLINES FOR ELECTRONIC CASE FILING on TWENTIETH CENTURY FOX HOME ENTERTAINMENT, INC. at 2121 AVENUE OF THE STARS STE 700, Los Angeles, CA 90035 in the manner indicated below:

By delivering a true copy of this process to PATRICK T. GILHAM, SENOR PARALEGAL -- AUTHORIZED TO ACCEPT SERVICE of the above named corporation and informing him/her of the contents.

At the time of service I was over the age of 18, am not a party to the above action, and am a Registered Process Server in good standing, in the judicial district in which this process was served.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X _____
JEFF LANCASTER - 4696
JPL Process Service
P.O. Box 918
Midway City, CA  92655
866.754.0520
Atty File#:  - Our File# 6942

CARINA ARREOLA
Commission # 1573340
Notary Public - California
Orange County
My Comm. Expires Apr 26, 2009

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of __Orange__ } ss.

On __October 8, 2007__ before me, __Carina Arreola, Notary Public__
personally appeared __Jeff Lancaster__

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[Signature]_
Signature of Notary Public

CARINA ARREOLA
Commission # 1573340
Notary Public - California
Orange County
My Comm. Expires Apr 26, 2009

--- OPTIONAL ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: __Affidavit of Service__
Document Date: __October 8, 2007__   Number of Pages: __1__
Signer(s) Other Than Named Above: __none__

**Capacity(ies) Claimed by Signer**
Signer's Name: __Jeff Lancaster__
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-In-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Self__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association · 9350 De Soto Ave., P.O. Box 2402 · Chatsworth, CA 91313-2402 · www.NationalNotary.org   Prod. No. 5907   Reorder: Call Toll-Free 1-800-876-6827