AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

BOURNE CO.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07cv8580 (DAB)

TWENTIENTH CENTURY FOX FILM CORPORATION, ET AL

TO: (Name and address of defendant)

The Cartoon Network, Inc.
1050 Techwood Drive, NW
Atlanta, Georgia 30318

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul Fakler
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

OCT 0 4 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10-16-07 |
| NAME OF SERVER (PRINT) Earl Gayle | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Michelle Martin at CT Corporation System, as Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-18-07
                   Date

Signature of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 140
Address of Server Atlanta, Georgia 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.