Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOURNE CO.,                                                 :

        Plaintiff,                                       :

        -against-                                         :

TWENTIETH CENTRY FOX FILM                                   :      07 Civ. 8580 (DAB)
CORPORATION, FOX BROADCASTING
COMPANY, TWENTIETH CENTURY FOX                              :      **RULE 7.1 STATEMENT**
TELEVISION, INC., TWENTIETH
CENTURY FOX HOME                                            :
ENTERTANIMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON                              :
NETWORK, INC., SETH MACFARLANE,
and WALTER MURPHY,                                          :

        Defendants.                                      :

------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Twentieth Century Fox Film Corporation, Fox Broadcasting Company, Twentieth Century Fox Television, a unit of Twentieth Century Fox Film Corporation, incorrectly named herein as Twentieth Century Fox Television, Inc., Twentieth Century Fox Home Entertainment LLC, formerly known as Twentieth Century Fox Home Entertainment, Inc., Fuzzy Door Productions, Inc., and The

NY688141.1
202894-10011

Cartoon Network, Inc. state that the said Defendants have the following parents and/or publicly traded corporations that own 10% or more of their stock:

Twentieth Century Fox Film Corporation and Fox Broadcasting Company are wholly-owned subsidiaries of Fox Entertainment Group, Inc., which, in turn, is wholly-owned by News Corp., a publicly traded corporation. Liberty Media Corporation, which itself is a publicly traded corporation, has approximately 19% interest in the voting stock of News Corp.

Twentieth Century Fox Home Entertainment, LLC, is wholly owned by Twentieth Century Fox Film Corporation.

Fuzzy Door Productions, Inc.: None.

The Cartoon Network, Inc. is owned by TEN Network Holding, Inc., a wholly-owned indirect subsidiary of Turner Broadcasting System, Inc. The Cartoon Network, Inc. is ultimately and indirectly owned by Time Warner Inc., a publicly traded company.

Dated: New York, New York
November 19, 2007

LOEB & LOEB LLP

By: _____
Jonathan Zavin (JZ -1846)
Jacques Rimokh (JR-0745)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants