---

---





appropriate time. After the scheduling of the initial conference, plaintiff's counsel made no effort to schedule a 26(f) conference.

The television episode that is the subject of this complaint was distributed in 2003, and has been in distribution since then. Under the discovery schedule that plaintiff intends to propose for this case, the case will not be resolved until well into 2009. Because the plaintiff cannot possibly suffer any prejudice by a two week adjournment of the initial conference, and because the lack of such an adjournment would be a substantial personal hardship to me, I respectfully request that this adjournment be granted. I also would appreciate it if I could be notified as soon as possible of Your Honor's decision, since my family and I need to make arrangements based on this decision. Thank you for your consideration of this request.

Respectfully submitted,

Jonathan Zavin
Partner

cc: Ross Charap, Esq. (via e-mail and mail)

*Rule 16 Conference re-scheduled for 1/18/08 at 11:30 AM*
*Rule 26 (f) Conference to take place before 1/18/08.*

**SO ORDERED**

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

NY694006.1
202894-10011