

**LOEB & LOEB LLP**

JACQUES RIMOKH
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4164
Main   212.407.4000
Fax    212.504.8035

jrimokh@loeb.com

Via Messenger

April 1, 2008

Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

MEMO ENDORSED

Re: Bourne Co. v. Twentieth Century Fox Film Corporation, et al., 07 Civ. 8580 (DAB)

Dear Judge Batts:

We represent the Defendants in this matter. The current summary judgment motion schedule set forth in the Court's January 18 Order has summary judgment motions due on April 18, with opposition papers due on May 23, which, we did not realize at the time, is the Friday of the Memorial Day Holiday Weekend, and reply papers due only a week (or 4 business days) later on Friday, May 30. We write to request a three (3) business day extension of the reply papers deadline to Wednesday, June 4.

This is the first time that an adjournment has been sought on this motion. Plaintiff's counsel has consented to the requested adjournment.

Among other reasons, the brief extension is needed because we believe the potential witnesses needed for preparation of the reply papers will not be around or will be difficult to reach during that holiday weekend and following short week. Accordingly, we respectfully request that the deadline for service of reply papers on the summary judgment motion be adjourned three business (3) days to Wednesday, June 4, 2008.

GRANTED
/DAB/

We appreciate your Honor's consideration of this request.

Respectfully submitted,

Jacques Rimokh
Partner

MEMO ENDORSED

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
7 APRIL 2008