Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BOURNE CO.,                                                  :

        Plaintiff,                                       :

        -against-                                        :

TWENTIETH CENTRY FOX FILM                                    :
CORPORATION, FOX BROADCASTING                                    07 Civ. 8580 (DAB)
COMPANY, TWENTIETH CENTURY FOX                               :
TELEVISION, INC., TWENTIETH                                      **NOTICE OF MOTION**
CENTURY FOX HOME                                             :
ENTERTANIMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON                               :
NETWORK, INC., SETH MACFARLANE,
and WALTER MURPHY,                                           :

        Defendants.                                      :

------------------------------------------------------------ X

        PLEASE TAKE NOTICE that, upon the accompanying Declarations of Jacques Rimokh, Esq. (with exhibits), sworn to April 18, 2008, Seth MacFarlane (with exhibits), sworn to April 17, 2008, David Zuckerman, sworn to April 17, 2008, Ricky Blitt, sworn to April 18, 2008, and Lawrence Ferrara, sworn to April 17, 2008, the attached Rule 56.1 Statement and the accompanying memorandum of law, defendants Twentieth Century Fox Film Corporation, including its unit Twentieth Century Fox Television, incorrectly named herein as Twentieth Century Fox Television, Inc., Fox Broadcasting Company, Twentieth Century Fox Home

NY714816.1
202894-10011

Entertainment LLC, formerly known as Twentieth Century Fox Home Entertainment, Inc., Fuzzy Door Productions, Inc., The Cartoon Network, Inc., Seth MacFarlane and Walter Murphy, by their counsel, Loeb & Loeb LLP, will move this court as soon as counsel can be heard before the Honorable Deborah A. Batts, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to defendants and dismissing Plaintiff's claim in its entirety with prejudice.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served on or before May 23, 2008 and reply papers shall be served, if any, by June 4, 2008.

Dated: New York, New York
April 18, 2008

LOEB & LOEB LLP

By: _____
Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants