Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| BOURNE CO., | : |
|         Plaintiff, | : |
|         -against- | : |
| TWENTIETH CENTURY FOX FILM CORPORATION, FOX BROADCASTING COMPANY, TWENTIETH CENTURY FOX TELEVISION, INC., TWENTIETH CENTURY FOX HOME ENTERTAINMENT, INC., FUZZY DOOR PRODUCTIONS, INC., THE CARTOON NETWORK, INC., SETH MACFARLANE, WALTER MURPHY, | :   07 Civ. 8580 (DAB)<br>**DECLARATION OF**<br>**JACQUES RIMOKH IN SUPPORT OF**<br>**DEFENDANTS' MOTION FOR**<br>**SUMMARY JUDGMENT** |
|         Defendants. | : |

------------------------------------------------------------X

       I, JACQUES RIMOKH, ESQ., hereby declare as follows:

    1.    I am a partner at the law firm Loeb & Loeb LLP, counsel for Defendants in this action. I have personal knowledge of the facts set forth herein and have been authorized to submit this declaration on Defendants' behalf. I submit this declaration in support of Defendants' motion for summary judgment.

    2.    Attached hereto as **Exhibit A** is Plaintiff's Responses to Defendant Twentieth Century Fox Film Corporation's First Request for Admissions, dated February 27, 2008, that were served on us by Plaintiff.

NY714681.1
202894-10011

3.  Attached hereto as **Exhibit B** is as true and correct copy of an excerpt discussing Walt Disney's public reputation as being anti-Semitic from the publicly-available book by Neal Gabler, WALT DISNEY THE TRIUMPH OF THE AMERICAN IMAGINATION 447-458 (Vintage Books 2007) (2006), produced to Plaintiff as Bates Nos. FOX 000282-295.

4.  Attached hereto as **Exhibit C** is as true and correct copy of an excerpt discussing Walt Disney's public reputation as being anti-Semitic from the publicly-available book by Marc Eliot, WALT DISNEY HOLLYWOOD'S DARK PRINCE xx-xxi, 48-51, 81, 120-121, 129, 149, 164-165, 208, 236, 246, 281 (Birch Lane Press ed., Carol Publishing Group 1996) (1993), produced to Plaintiff as Bates Nos. FOX 000065-000086.

5.  Attached hereto as **Exhibit D** is as true and correct copy of an Internet article from the publicly available website Straightdope.com, Was Walt Disney a Fascist?, http://www.straightdope.com/mailbag/mdisneyfascist.html (last visited Dec. 10, 2007), discussing Walt Disney's public reputation as being anti-Semitic, produced to Plaintiff as Bates Nos. FOX 000087-000089.

6.  Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from Plaintiff Bourne Co.'s 30(b)(6) deposition transcript, dated February 29, 2008.

7.  Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from Sandra Wilbur's deposition transcript, dated March 19, 2008.

8.  Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from Karyn Soroka's deposition transcript, dated March 4, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of April, 2008.

_____
Jacques Rimokh