Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                        )
BOURNE CO.,                             )
                                        )
            Plaintiff,                  )
                                        )
     -against-                          )
                                        )
TWENTIETH CENTURY FOX FILM CORPORATION, )
FOX BROADCASTING COMPANY, TWENTIETH     )
CENTURY FOX TELEVISION, INC., TWENTIETH )
CENTURY FOX HOME ENTERTAINMENT, INC.,   )
FUZZY DOOR PRODUCTIONS, INC., THE       )
CARTOON NETWORK, INC., SETH MACFARLANE, )
and WALTER MURPHY,                      )
                                        )
            Defendants.                 )
                                        )
Case No. 07 Civ. 8580 (DAB)             )
_____)


     Deposition of KARYN SOROKA held at the
offices of Loeb & Loeb, 345 Park Avenue, New
York, New York, on Tuesday, March 4, 2008,
commencing at 10:00 a.m., before James W.
Johnson, Registered Professional Reporter and
a Notary Public of the State of New York.

Page 18

1  Soroka
2  MS. STARK: The mixture of satire and
3  parody?
4  MR. ZAVIN: Yes.
5  MS. STARK: You can answer.
6  A. I'm sorry, what's the question again?
7  MR. ZAVIN: Read the question, please.
8  (Record read.)
9  A. No.
10  Q. Have you formed an opinion as to whether
11  "I Needed You" is a parody of "When You Wish Upon A
12  Star?"
13  MS. STARK: Objection. This is beyond
14  the scope of her expert report.
15  Q. You can answer.
16  A. In which sense?
17  Q. In your sense.
18  A. In my -- well, are you saying what I
19  just stated as the non-legal definition of
20  "parody?"
21  Q. Mm hmm.
22  A. I guess in the non-legal definition of
23  "parody" it would fall into that, yes.
24  Q. In your opinion, would a licensee
25  seeking to license "When You Wish Upon A Star"

Page 19

1  Soroka
2  accept as a substitute "I Needed You?"
3  MS. STARK: I'm sorry, can you repeat
4  the question.
5  MR. ZAVIN: You can read it back.
6  (Record read.)
7  MS. STARK: You can answer. I'm going
8  to object because, again, this idea of market
9  substitution is not part of Ms. Soroka's
10  report, and you're going outside the bounds of
11  her expert report.
12  You can answer if you can.
13  A. It's such a broad question. There's --
14  licensees could be anything, from a lyric reprint
15  to an artist covering the record. The answer is
16  no, they wouldn't accept it as a substitute, in
17  general.
18  Q. Do you think someone who wants to
19  purchase a copy of "When You Wish Upon A Star"
20  would -- and let's assume "I Needed You" -- would
21  accept "I Needed You" as a substitute for "When You
22  Wish Upon A Star?"
23  MS. STARK: Objection. I'm going to
24  make a standing objection that you're asking
25  the witness questions that she is not, she's

Page 20

1  Soroka
2  not been discussing in her report. You're
3  going outside the scope of the report.
4  It's not proper, and this is going to be
5  a standing objection to anything having to do
6  with anything other than what she's discussed
7  in this report. You can answer if you can.
8  A. No.
9  MR. ZAVIN: Why don't we take a few
10  minutes.
11  (Recess taken.)
12  MR. ZAVIN: I have no further questions.
13  MS. STARK: Okay. We want a chance to
14  correct the transcript, and I guess that's it.
15  (Time noted: 10:28 a.m.)

_____
KARYN SOROKA

20  Sworn and subscribed to
21  before me this ____ day
22  of _____ 2008.

_____
NOTARY PUBLIC

Page 21

CERTIFICATE

STATE OF NEW YORK )
          ) Ss
COUNTY OF NEW YORK )

I, JAMES W. JOHNSON, a Registered
Professional Reporter and Notary Public within
and for the State of New York, do hereby
certify:
That KARYN SOROKA, the witness whose
deposition is hereinbefore set forth, was duly
sworn by me and that such deposition is a true
record of the testimony given by such witness.
I further certify that I am not related
to any of the parties to this action by blood
or marriage and that I am in no way interested
in the outcome of this matter.
IN WITNESS WHEREOF I have hereunto set
my hand this 8th day of March 2008.

_____
JAMES W. JOHNSON
Registration #01J05000925
Commission Expires 9/4/2010

6 (Pages 18 to 21)

Global Deposition Services
212-867-7766

Page 22

```
 1
 2
 3
 4
 5        ----------------I N D E X------------------
 6   WITNESS          EXAMINATION BY         PAGE
 7   Karyn Soroka      Mr. Zavin              4
 8
 9
10
11
12       -------------------EXHIBITS------------------
13   SOROKA                              PAGE
14     1        Expert Report              6
15
16
17
18
19
20
21
22
23
24
25
```

Page 23

```
 1
 2              ERRATA SHEET
 3   NAME OF CASE:  Bourne Music v. 20th Century Fox
 4   DATE OF DEPOSITION:  Tuesday, March 4, 2008
 5   WITNESS:  Karyn Soroka
 6
 7   PAGE  LINE    FROM            TO
 8   ___   ___   _____    _____
 9   ___   ___   _____    _____
10   ___   ___   _____    _____
11   ___   ___   _____    _____
12   ___   ___   _____    _____
13   ___   ___   _____    _____
14   ___   ___   _____    _____
15   ___   ___   _____    _____
16   ___   ___   _____    _____
17   ___   ___   _____    _____
18   ___   ___   _____    _____
19
20              _____
21                KARYN SOROKA
22   Witness and sworn to before me
23   this ____ day of _____, 2008.
24   _____
25   (Notary Public)    My Commission Expires:
```

7 (Pages 22 to 23)