# Exhibit A

A copy of the home video release version of the *Family Guy* "When You Wish Upon A Weinstein" episode