# Exhibit B

A copy of Walt Disney's
*Pinocchio* on DVD