# Exhibit D

## A copy of "Family Guy presents Stewie Griffin: The Untold Story"