# Exhibit E

A copy of a short clip from "Family Guy presents Stewie Griffin: The Untold Story" showing only the referenced scene with Walt Disney