Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
BOURNE CO.,                                            :

            Plaintiff,                :

        -against-                       :

TWENTIETH CENTURY FOX FILM               :    07 Civ. 8580 (DAB)
CORPORATION, FOX BROADCASTING                 **DECLARATION OF**
COMPANY, TWENTIETH CENTURY FOX   :    **DAVID ZUCKERMAN IN SUPPORT OF**
TELEVISION, INC., TWENTIETH                   **DEFENDANTS' MOTION FOR**
CENTURY FOX HOME                         :    **SUMMARY JUDGMENT**
ENTERTAINMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON           :
NETWORK, INC., SETH MACFARLANE,
WALTER MURPHY,                           :

         Defendants.                   :

------------------------------------------------------- X

      I, DAVID ZUCKERMAN, hereby declare as follows:

    1.      I am a former executive producer of the television series *Family Guy* and was

involved in the production of the episode titled "When You Wish Upon A Weinstein" (the

"Episode"). I have not been employed by or associated with *Family* Guy since 2001. As

executive producer of *Family Guy*, I, along with Seth MacFarlane ("MacFarlane"), was

responsible for all of the creative aspects of the series. In regard to the Episode, I was involved

with the story development, story outline and rewriting of the script. In this capacity, I became

aware of the facts described herein. Accordingly, the facts contained in this declaration are of

my own personal knowledge, and I would and could competently testify thereto in a court of law

if called to do so. I submit this declaration in support of Defendants' motion for summary

judgment dismissing the claims of plaintiff Bourne Co. ("Plaintiff" or "Bourne").

2.      *Family Guy* is a half-hour, animated, comedy television series televised on

primetime and late-night television. The show borrows heavily from popular culture, following

the exploits of a dysfunctional family that lives in the fictional town of Quahog, Rhode Island.

3.      In regard to the writing process for the Episode, it was similar to that of all the

episodes in the *Family Guy* series. After the general story idea is developed ("broken") by a

subset of the entire writing staff, the first draft of every episode is written by an individual writer.

In this case, that individual writer was Ricky Blitt. Thereafter, it was further developed in re-

writes with suggestions from me, MacFarlane and the writing staff.

4.      The overall theme of the Episode is that Jewish people, or any other racial or

ethnic group, are no better or worse than anybody else. The comedic value is that although this

is an obvious concept, it was not obvious to the main character "Peter." In the end, Peter had to

learn this ridiculously obvious lesson and the Episode illustrates Peter's ignorance.

5.      One of the vehicles of the Episode's theme was the song "I Need A Jew" (the

"Family Guy Song") which is a parody of the song "When You Wish Upon A Star" ("Wish

Upon A Star") from the Walt Disney film *Pinocchio*. In the Family Guy Song, Peter wishes for

a magical Jew to solve all of his financial problems and earn back the esteem of his wife Lois.

6.      We chose to do a parody of Wish Upon A Star for several reasons. First, because

we attempted to make a point by juxtaposing Wish Upon A Star, the iconic Walt Disney song,

which evokes a child wishing for something sweet, innocent and pure, with what Peter was

wishing for, something ignorant and not innocent or pure in any way. Second, we were well-

aware of Walt Disney's public reputation as being anti-Semitic.  By using Wish Upon A Star,

we commented on the Song, while simultaneously making a sharp point about Walt Disney's

reputed anti-Semitism.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on this 17 day of April, 2008.

David Zuckerman