**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR AND DIRECTOR**
**THE STEINHARDT SCHOOL**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**NEW YORK UNIVERSITY**
**35 WEST FOURTH STREET/SUITE 777**
**NEW YORK, NY 10012**
tel. (212) 998-9412   e-mail lawrence.ferrara@nyu.edu

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Piano/Music History | Manhattan School of Music |
| Ph.D. | Music Theory & Analysis/Piano | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor | New York University |
| 1984-92 | Associate Professor | New York University |
| '92-present | Professor | New York University |
| '95-2006 | Head, Department Chair | New York University |
| 2006- | Director | New York University |

## Selected Professional Activities

**Denmark:** June, 2007 release in Scandinavia and Europe of documentary film on music copyright (*Copy Good, Copy Bad*) in which I am interviewed

**Ireland:** May, 2007, interviewed on Irish radio regarding music copyright

**New York:** January, 2007, Opening and Closing Speaker for a Conference co-sponsored by The New York Philharmonic, the Finnish Consulate, and New York University on Music Learning and Performance in Finland

**New York:** November, 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York:    June, 2006, invited panelist at the Remix Conference regarding music copyright

New York:    March, 2006, invited presentation to the New York Institute for the Humanities regarding music copyright

New York:    January, 2006, invited Keynote Address for The Mastery of Teaching Conference sponsored by The Metropolitan Opera Guild, The New York Philharmonic, and New York University

Washington D.C.:    September 2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright

New York:    June 2005, invited group discussion leader at the United Nations regarding rhythm in music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge:    April 2005, invited panelist/presenter at Harvard Law School's Berkman Center, national conference regarding technology and intellectual property

New York:    April 2005, invited music copyright expert presentation at Columbia Law School, class on Federal Courts Litigation: Trademark and Copyright

L.A.:    April 2005, invited lecture regarding music copyright in Los Angeles for an NYU Alumni event

Orlando:    March 2005, Invited lecture regarding music copyright in Orlando, Florida for an NYU Alumni event

St. Pete:    March 2005, invited piano lecture/recital at Eckerd College, St. Petersberg, Florida, philosophy and music analysis

Hawaii:    January 2004, invited workshop presentation and session chair regarding methodology inherent in the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway:    June 2003, invited series of lectures over three days on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy and the Department of Philosophy of the University of Oslo

2

| | |
|---|---|
| **New York:** | December 2001, invited chair of a panel at The United Nations regarding "Music within a Global Context." |
| **Pianist** | Performed solo recitals and performances as accompanist and soloist in the United States and Europe as well as solo performances on radio and television. Recordings for Orion Master Recordings and Musique International. In previous years, pianist for musical theatre shows, the New Jersey State Opera, accompanist to internationally acclaimed singers, and session pianist in pop styles. |

**Awards**

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music, Summer: Chamber Music |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Federal Grant for Research |
| 1989 | Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for research regarding Arthur Schopenhauer's theory of music, published by Cambridge University Press, 1996. |

**Professional Organizations**

**American Musicological Society**

**American Society for Aesthetics and Art Criticism**

**College Music Society**

**Husserl Circle**

**Music Educators National Conference**

**Music Teachers National Association**

**New England Conference of Music Theorists**

**New York State Association of College Music Programs**

**New York State, Schools of Music Association**

Percussive Arts Society

Sinfonia

Society for Music Theory

**Publications: Books**

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference.* (Greenwood Press) 1991. |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation.* (Excelsior Music Publishers) 1986. |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press) 1993. |
| Phelps, Roger, Lawrence Ferrara, *et al* | *Guide to Research in Music Education*, Fifth Edition. (Scarecrow Press) 2005. |

**Publications: Articles (since 1995)**

"Hermeneutic Issues in Qualitative Research," *Philosophy of Music Education Review,* Vol. 3, Number 1, 1995, 10-20.

"Phenomenology in Music," with Betsy Behnke, *Encyclopedia of Phenomenology,* Lester Embree, ed., Dordrecht, The Netherlands: Kluwer, 1997, 467-473.

"Schopenhauer on Music as the Embodiment of Will," *Schopenhauer, Philosophy, and the Arts*, Dale Jacquette, ed., Cambridge, England: Cambridge University Press, 1996, 183-199.

4

**Courses Taught at NYU**

**Aesthetic Foundations of the Arts: Doctoral class**

**Aesthetic Inquiry: Doctoral class**

**Arts Heritage and Criticism: Graduate class**

**Contemporary Music: Graduate class**

**Dissertation Proposal Seminar: Doctoral class**

**Form and Analysis: Undergraduate class**

**Keyboard Harmony and Improvisation: Undergraduate class**

**Music Criticism: Graduate class**

**Music in the Classic Era: Graduate class**

**Music History II, Baroque and Classic Periods: Undergraduate class**

**Music History III, 19th Century Music: Undergraduate class**

**Music History IV, Music in the 20th and 21st Centuries: Undergraduate class**

**Music Performance Practices: Graduate class**

**Music Reference and Research Methods: Graduate class**

**Music Theory: Undergraduate class**

**Performing Arts in Western Culture: Undergraduate class**

**Seminar in Music Theory and Analysis: Graduate class**

## Music Copyright

A music expert in music copyright infringement issues on behalf of both plaintiffs and defendants.

## Depositions and Trials since 1999

Testimony given in: (1) <u>Dimmie v. Carey et al</u> in 1999; (2) <u>Tisi v. Patrick et al</u> in 2000; (3) <u>Jean v. Bug Music</u> in 2001; (4) <u>Newton v. Michael Diamond et al</u> in 2001; (5) <u>Calvin Johnson v. Allen Gordon, et al</u> in 2002; (6) <u>Loussier v. Universal Music Group, Inc., et al</u> in 2003; (7) <u>Michael A. Lowe v. Loud Records, et al</u> in 2003; (8) <u>Billy Frank Davis and Billy Davis Rodem Tunes v. Bradley Kirk Arnold, et al</u> in 2003; (9) <u>Boone v. Jackson, et al</u> in 2004; (10) <u>Davis v. Blige, et al</u> in 2004; (11) <u>Lassin et al v. Island Def Jam Music Group et al</u> in 2005; (12) <u>Bridgeport v. Bad Boy Entertainment et al</u> in 2006; (13) <u>Pyatt v. Jean et al</u> in 2006; (14) <u>Rondor Music International et al v. TVT Records</u> in 2006; (15) <u>BMS Entertainment v. Bridges et al</u> in 2006; (16) <u>Frost et al v. Bridges et al</u> in 2006; (17) <u>TVT Music v. Slip N' Slide Records et al</u> in 2006; and (18) <u>Lil' Joe Wein Music v. Jackson et al</u> in 2006.

Fee rate for professional services:

- $325 per hour for research related activities and meetings plus any travel-related expenses

- $400 per hour for deposition and trial testimony plus any travel-related time and expenses

6

# NYUSteinhardt



Music and Performing Arts Professions
Dr. Lawrence Ferrara
Professor and Director

Music Theory,
Piano,
Research Methods,
Music Copyright

Lawrence Ferrara, pianist, music theorist with expertise in music copyright. Piano studies with Gustave Ferri, Genia Robinor, Murray Present, Robert Goldsand, and Donald Currier. Chamber Music with Artur Balsam and Raphael Bronstein. Recordings for Orion Master Recordings and Musique International. Performances throughout North America and Europe including radio and television. Reviews by New York Times and other newspapers. Author and/or co-author of three books and numerous contributions to American and foreign journals on music theory, keyboard harmony and improvisation, philosophy of music, aesthetics, research methodologies, music education, and medical issues for musical performers. For example, *A Guide to Research in Music Education* (written with Roger Phelps) has been a standard text used throughout North America and enjoyed a Fifth Edition released in 2005.

Regarding Dr. Ferrara's critically acclaimed book, *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference*, reviewers have written:

- "He brings to this enterprise an accomplished analytical technique...In a tour de force, Ferrara leads us through Bartok's Improvisation No. 3 Opus 20 in an eclectic analysis par excellence...the writing and presentation are often quite brilliant, i.e., lucidly conceived and written with distinct literary skills...I think this is the great merit of Ferrara's method: he works from within both the musical and philosophical experience and is expert in both." (F. Joseph Smith, founding editor-in-chief of *The Journal of Musicological Research*);

- "One could read the chapters on phenomenology and hermeneutics, nearly a third of the book, and benefit from Ferrara's unusual ability to explain a difficult tradition in modern philosophy...One could read the chapters on referential meaning and the phenomenological analysis of music and gain an excellent sense of the issues and contributions in these areas...for his expositions are invariably clear, comprehensive, and judicious...that Ferrara undertakes all these methodically and in detail testifies to the seriousness of his undertaking and that he does it so well reveals the unusual breadth of his competence." (Arnold Berleant, review in *The Canadian Review of Philosophy*);

- "Lawrence Ferrara is a consummate philosopher who brings to his philosophizing both the special interpretive skills of the performer and those of the musicologist...The outcome is an excellent study, pioneering in the best sense and

rewarding." (Jose Huertas-Jourda, Department of Philosophy, Wilfred Laurier University, review in the journal, *Phenomenology and the Human Sciences*);

- "Ferrara's book represents a truly exemplary case, from more than one perspective...The air that one breathes throughout this book is that of a new synthesis that would harmonize sense and technique...here there is a characteristic depth of discussion and thorough attention to the critical traditions that engage each successive issue as it appears. This demonstrates a rarely seen competence on both the musicological and philosophical planes...conclusively confirming the merits of Lawrence Ferrara's text...." (Giovanni Piana, Department of Philosophy, University of Milan, written in Italian in the journal, *Axiomathes*);

- "Ferrara's book is bold and scholarly...Its range and its quality are impressive...It is rich in its references. It is a very good book." (Thomas F. Cloonan, review in *Journal of Phenomenological Psychology*)

At NYU, Dr. Ferrara has been The Director of Music Performance Programs and later, Director of Doctoral Studies of Steinhardt Music and Performing Arts. Since 1995 he has been Chair and Director leading 300 faculty and over 1,500 students who major in bachelors, masters and doctoral programs in music and the performing arts professions.

Dr. Ferrara sits on the Editorial Board of the journals, *Arts Praxis* and *Music and Moving Image*, was Associate Editor of *Journal of Qualitative Evaluation in the Arts*, and a member of the editorial board *New York University Education Quarterly*. He has been co-P.I. on federal and foundation grants for research in performing arts medicine. He was Vice President and co-founder of MedArt International, a non-profit federation of physicians and artists fostering research that bridges the arts to medicine. He is a member of the Advisory Board of the Music Business Department at Loyola University, New Orleans. Dr. Ferrara was a winner of a Presidential Fellowship and the Daniel E. Griffiths Award for research, the latter regarding his work on Schopenhauer's philosophy of music (published 1996, Cambridge University Press).

Dr. Ferrara is an active music copyright consultant for all major record, music publishing and motion picture companies as well as numerous independent companies in issues involving numerous composer/artists including: Andrew Lloyd Webber, Paul McCartney, Elton John, Billy Joel, Bob Dylan, Gloria Estefan, Paul Simon, Jay Z, Eminem, Dr. Dre, Prince, Bruce Springsteen, Madonna, Janet Jackson, Sean Combs, Ludacris, Mariah Carey, Britney Spears, Michael Jackson, Missy Elliott, 50 Cent, Wyclef Jean, (the late) James Brown, Marc Anthony, Hillary Duff, (the late) Notrious B.I.G., DMX, Alicia Keys, Ice-T, (the late) Luther Vandross, Enrique Iglesias, Tom Petty, (the late) Tupac, Shania Twain, Toby Keith, Merle Haggard, Mary J. Blige, Mtume, Usher, and Jennifer Lopez as well as numerous groups such as 3 Doors Down, Nirvana, Beastie Boys, Lil' Jon & The East Side Boyz, N'Sync, Filter, U2, Wu Tang, Train, Real McCoy, SWV, Linkin Park, and War.

35 W. 4th Street, Suite 777 - New York, NY 10012 - Phone 212 998 5430



**NEW YORK UNIVERSITY**