# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Paul M. Fakler, Esq.
Direct: 212.554.7632  Fax: 917.206.4336
pfakler@mosessinger.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 April 08

April 29, 2008

**VIA MESSENGER**

Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

MEMO ENDORSED

      Re:  **Bourne Co. v. Twentieth Century Fox Film Corporation, et al.
07 Civ. 8580 (DAB)**

Dear Judge Batts:

    We represent the Plaintiff in this matter. The current page limit for Plaintiff's combined memorandum in Opposition to Defendants' Motion for Summary Judgment/ Cross-Motion for Summary Judgment is 25 pages, pursuant to the Court's Individual Practices. We write to request a page limit extension from 25 to 40 pages. We seek this extension because the Court ordered Plaintiff to combine the briefing for its opposition to Defendants' motion and its own cross-motion in one set of papers. Had we been allowed to submit a separate motion for summary judgment and opposition to Defendants' motion for summary judgment, we would have had 50 pages to make our arguments.  *GRANTED /DAB/*

    Defendants' counsel consents to this page limit extension provided that Defendants are allowed to have a page limit extension from 10 to 25 pages for their reply brief. Plaintiff consents to Defendants' request.  *GRANTED /DAB/*

    We appreciate you Honor's consideration of this request.

                                      Respectfully Submitted,

                                      Paul M. Fakler

PMF:js

cc: Jonathan Zavin, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/30/08

688496v1  009207.0102