# MOSES & SINGER LLP



THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Julie Stark, Esq.
Direct: 212.554.7849  Fax: 917.206.4333
jstark@mosessinger.com

May 20, 2008



VIA FACSIMILE (212) 805-7902

Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: **Bourne Co. v. Twentieth Century Fox Film Corporation, et al.**
    **07 Civ. 8580 (DAB)**

Dear Judge Batts:

We represent the Plaintiff in this matter and were given permission to contact the Court via facsimile.

In support of our combined memorandum in Opposition to Defendants' Motion for Summary Judgment/ Cross-Motion for Summary Judgment we will be filing the Declaration of one of Plaintiff's expert witnesses, Sandra Wilbur, which includes an exhibit that cannot be filed via ECF. The exhibit at issue is a Compact Disc containing several small illustrative musical tracks in mp3 format which are cited in Ms. Wilbur's Declaration. The Clerk of the Court advised us to contact Your Honor concerning this matter and obtain written permission to hand-file a hard-copy set of the papers, including the CD. Accordingly, we respectfully request Your Honor's permission to make such a filing.   **GRANTED /DAB/**

Plaintiff's motion papers are due to be filed this Friday, May 20, 2008. We thank you for your consideration of this matter.

Respectfully Submitted,

Julie Stark

PMF:js

cc: Jonathan Zavin, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 20, 2008

688496v1  009207.0102