Paul M. Fakler (PF-0249)
Ross Charap (RC-2584)
Julie Stark (JS-8925)
Amanda J. Schaffer (AS-2004)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pfakler@mosessinger.com
*Attorneys for Plaintiff, Bourne Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
BOURNE CO.,                                              :
:
         Plaintiff,                                :
:    07 Civ. 8580 (DAB)
  - against -                                           :
:    NOTICE OF PLAINTIFF
TWENTIETH CENTURY FOX FILM                               :    BOURNE CO.'S MOTION
CORPORATION, FOX BROADCASTING                            :    FOR SUMMARY JUDGMENT
COMPANY, TWENTIETH CENTURY FOX                           :
TELEVISION, INC., TWENTIETH CENTURY                      :
FOX HOME ENTERTAINMENT, INC., FUZZY                      :
DOOR PRODUCTIONS, INC., THE CARTOON                      :
NETWORK, INC., SETH MACFARLANE,                          :
WALTER MURPHY,                                           :
:
         Defendants.                               :
-------------------------------------------------------- X

      PLEASE TAKE NOTICE THAT, upon the Declaration of Paul M. Fakler, dated May 23, 2008, the Declaration of Marco Berrocal, dated May 22, 2008, the Declaration of Jeremiah Horan, dated May 22, 2008, the Declaration of Karyn Soroka, dated May 20, 2008, the Declaration of Sandy Wilbur, dated May 21, 2008, the accompanying Memorandum of Law and Statement of Undisputed Facts pursuant to Local Rule 56.1, Plaintiff Bourne Co., by and through its undersigned counsel, will move this Court, before the Honorable Deborah A. Batts, United States District Judge,

693945v1 009207.0102

Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff's Motion for Summary Judgment on Liability against Defendants Twentieth Century Fox Film Corporation, Fox Broadcasting Company, Twentieth Century Fox Television, Twentieth Century Fox Home Entertainment, Inc., Fuzzy Door Productions, Inc., The Cartoon Network, Inc., Seth Macfarlane and Walter Murphy.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served on or before June 4, 2008 and reply papers, shall be served, if any, at the discretion of the court.

Dated: New York, NY
May 23, 2008

s/Paul M. Fakler
Paul M. Fakler (PF-0249)
Ross Charap (RC-2584)
Julie Stark (JS-8925)
Amanda J. Schaffer (AS-2004)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pfakler@mosessinger.com
*Attorneys for Plaintiff, Bourne Co.*