Ross Charap (RC-2584)
Paul M. Fakler (PF-0249)
Julie Stark (JS-8925)
Amanda J. Schaffer (AS-2004)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pfakler@mosessinger.com
*Attorneys for Plaintiff, Bourne Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

BOURNE CO.,

        Plaintiff,

  - against -

TWENTIETH CENTURY FOX FILM
CORPORATION, FOX BROADCASTING
COMPANY, TWENTIETH CENTURY FOX
TELEVISION, INC., TWENTIETH CENTURY
FOX HOME ENTERTAINMENT, INC., FUZZY
DOOR PRODUCTIONS, INC., THE CARTOON
NETWORK, INC., SETH MACFARLANE,
WALTER MURPHY,

        Defendants.
------------------------------------------------------------ X

07 Civ. 8580 (DAB)

**DECLARATION OF
JEREMIAH HORAN**

1.     I handle licensing and copyrights at Bourne Co. ("Bourne") and, as such, I am fully familiar with the facts set forth in this declaration and the documents attached hereto. I submit this declaration in support of Bourne's Motion for Summary Judgment on Liability and in Opposition to Defendants' Motion for Summary Judgment on Fair Use.

### Discovery of the Infringement

2.     Typically, when we reject a license request, we monitor the requesting party or program to be sure that our song is not used without our permission. In the case of "I Need a Jew"

("Jew") from the episode of the animated television series "Family Guy" entitled "When You Wish Upon a Weinstein" (the "Episode"), the Episode did not air until several years after we rejected the license request. Consequently, we would not have been monitoring Family Guy for the rejected use at the time the Episode was finally released.

3. In March of 2007, Jonathan Stone, a Bourne employee alerted me and the President of Bourne, Marco Berrocal, to a You Tube video of the performance of "Jew". Upon hearing "Jew" we knew instantly the song was a copy of "Star" with anti-Semitic lyrics that were likely to offend a broad section of the general public.

4. The company immediately began researching whether it had issued a license for "Jew." We checked our computer files and our paper back-up files for a license for this use.

5. We also directed a music editor from one of our subsidiaries, William Ryden, to perform a musicological comparison of "Star" and "Jew."

6. After conducting these inquiries we concluded that "Jew" was indeed an unlicensed copy of "Star."

7. We then researched the extent to which the Episode and "Jew" had been broadcast, distributed or otherwise exploited. We learned that in addition to being broadcast on the Cartoon Network several times and once on Fox, the Episode had been released on DVD and was enjoying robust sales.

8. We then contacted our attorney, Thomas Levy, to discuss our next steps.

9. On June 21, 2007, Mr. Levy sent a letter to Fox on our behalf in which he notified Fox that "Jew" is an unlicensed copy of "Star," and demanded that Fox cease and desist all exploitation of the Episode and "Jew." Mr. Levy also demanded an accounting for all exploitation

of the Episode and "Jew," demanded acknowledgment of receipt of our letter, and informed Fox that Bourne intended to seek legal redress if our demands were not met.

10.   Fox initially began settlement discussions, but repeatedly delayed providing any substantive responses or proposals. After a series of such delays, and at a point where we were no longer getting any responses from Fox, Bourne filed its Complaint against the Defendants on October 3, 2007.

### The Reputation and Value of Star

11.   "Star" is one of the most famous songs in the world. It is considered a standard and is licensed worldwide for television, film, commercials, musical recordings, live performances and other uses. It is one of the "crown jewels" of the Bourne music publishing catalogue and a valuable source of licensing income for Bourne. Star has been recorded by well over 100 different recording artists.

12.   Synchronization licenses (or "synch" licenses) are licenses for the use of songs in audiovisual works such as films, television shows, commercials. Synch licenses frequently also include the right to distribute the audiovisual work in various audiovisual formats including DVDs. The fees generated from synch licensing make up a substantial part of the income generated by a classic song such as "Star," particularly when the song becomes famous and widely associated with a particular theme, such as "Star's" association with wholesomeness and sweetness.

13.   Bourne also frequently licenses "Star" for use in comedy programs, including when the song is used in sketches for comedic effect. Consequently, there is an established market for comedic synchronization uses of "Star." Attached hereto as Exhibit "A" is a true and correct copy of a sampling of synchronization licenses we have issued for our songs for use in television comedies or for other comedic purposes.

14. For example, we licensed "Star" for use in an episode of "Primetime Glick" where Chevy Chase impersonated Jiminy Cricket singing "Star." <u>See</u> Exh. A.

15. We also licensed "Star" to NBC for use in various episodes of Saturday Night Live over the course of several years for use in comedy sketches. <u>See</u> Exh. A.

16. We have also licensed "Star" for use in several television sitcoms, including, "The Super Dave Osborne Show," "Perfect Strangers" and "WKRP in Cincinnati." <u>See</u> Exh. A.

17. We also license many of our other songs for comedic uses. Examples of comedic motion pictures and videos that have featured our songs are : "Click," "Anger Management," "Gremlins," "Greedy," "Shrek the Third," "Son of the Mask," "Heartbreak Kid," "Alvin and the Chipmunks" and a music video of "Crazy Frog." Examples of television sitcoms that have licensed our other songs include: "Da Ali G Show," "The Office (BBC Version)," "Archie Bunker's Place," "All In the Family," "Maude," "Family Ties," "The Cosby Show," "Newhart," "Laverne and Shirley," "M*A*S*H," "Different Strokes," "The Jeffersons," "Who's The Boss," "Mork & Mindy," "Full House," "Dharma & Greg," "Rhoda," "Happy Days," "The Odd Couple," "Cheers" and "Married With Children." <u>See</u> Exh. A..

18. The comedic use of a song in synchronization with an audiovisual work can and often does include contrasting the lyrics and theme of the song with the visuals playing on screen for a humorous effect.

19. For example, we licensed "Some Day My Price Will Come" and "Whistle While You Work" to the Carol Burnett Show for use in a comedy sketch about Snow White in which the audience revisits the fairy tale princess at the castle fifteen years after marrying her fairy tale prince. She and her iconic regalia are bedraggled and worse for wear and she is scrubbing floors while singing "Some Day My Prince Will Come" contrasting the drudgery of her life with the theme of

hopefulness in the song. During the sketch Bashful the dwarf comes to visit and makes amorous advances towards her after whistling the tune of "Whistle While You Work." The prince is portrayed throughout as effeminate and wholly disinterested in Snow White and in the end of the sketch when he chooses to die rather than kiss her, she flees her life of drudgery with Bashful. See Exh. A.

20. We licensed "Unforgettable" -- another of our "crown jewels" -- for use on "America's Funniest Home Videos" where the song was played during a visual montage of funny home videos featuring children, pets and adults in memorable but extremely silly situations relating to the lyrics of the song. See Exh. A.

21. We also licensed "Unforgettable" for use in an amusing Heineken beer commercial. For that use, our song plays in the background while a man and a woman are drinking Heineken beer. She takes a sip from his glass, leaving him with less than her, and when she turns her head, he humorously "corrects" the situation by switching their glasses. See Exh. A.

22. On another occasion, we licensed "Unforgettable" for a scene in an episode of the sitcom "Will & Grace" in which two of the principal characters, Karen and Jack, reflect on their lives together and suddenly break into an exaggerated, Las Vegas lounge-style rendition of the song. See Exh. A.

23. We licensed "Black Magic Woman," for use in a number of episodes of VH1's "I Love the 70's," including one in which the song was played during a segment featuring the horror movie "Carrie," and another in which it was played during a segment about the breakup of the Beatles -- a clear joke on the "evil" influence of Yoko Ono on the band. See Exh. A.

24. There is also an established market for derivative works licenses to change the lyrics to popular songs and we most certainly issue these types of licenses as long as we are comfortable

that the use will not harm the value of the song by, for example, creating negative associations with the song in the mind of the public.

25. For example, Bourne issued a synch license for a derivative work consisting of changed lyrics for the song "Are You Lonesome Tonight" for use in the movie comedy "Game Plan." In that film, the star, Duane "The Rock" Johnson sings the song in a funny manner to lure his pouting daughter our of her locked room, while the family dog howls at the singing performance. He changes the song's original lyrics half way through to joke about his attempt to cheer his daughter up. See Exh. A.

26. We also licensed a lyric change derivative work for the song "On the Good Ship Lollipop" for use in the motion picture "Child Star-The Shirley Temple Story." See Exh. A.

27. Although "Star" has not yet been licensed in this way, Bourne certainly would license a comedic or satiric use of "Star" with lyric changes so long as the derivative work did not tarnish or harm the public's association of "Star" with its theme of wholesome hopefulness and reward.

28. Indeed, Bourne has licensed several songs for comedic use on Family Guy in scenes depicting or discussing various irreverent or provocative themes.

29. For example, we licensed "Unforgettable" for use in a Family Guy scene where a very drunk Peter confesses to the family dog, Brian, that he loves him more than his wife Lois. Brian and Peter then break into song, singing "Unforgettable" over a visual of them that mimics the famous Natalie/Nat King Cole video from the late 90's. See Exh. A.

30. We licensed "On The Good Ship Lollipop" for use in a Family Guy scene in which evil baby Stewie sings the song to exploit the adorable and endearing association it has in the mind of the public. Everyone is so captivated by Stewie's performance of this classic song that they fail to

see that his luggage is loaded with firearms, explosives and other weaponry as it passes through the x-ray machines. See Exh. A.

31.     We licensed "Popcorn" for a Family Guy scene in which '70s celebrity Charo gyrates and sings a breathy interpretation of the instrumental as a guest on the Merv Griffin show while Merv is "popping" pills, which are presumably illicit. See Exh. A.

32.     We licensed "Witch Doctor" for use in a Family Guy scene in which Quagmire comments on gay marriage by making a pun about intercourse and the breaks into his trademarked laughter which devolves into the nonsensical chorus of "Witch Doctor." See Exh. A.

33.     As should be clear from the above examples, Bourne does not object to licensing its songs for comedy, including irreverent or "edgy" comedy.

34.     Defendants' particular use of "Star," however, is precisely the kind of highly offensive comedic content and lyric change we would not want associated with "Star."

35.     If television shows and other similar potential licensees were allowed to use Star without paying for a license, as Defendants did, the cumulative loss in license fees would obviously cause harm to the market for Star.

36.     Such unlicensed comedic uses would also compete with and substitute for our licensed comedic uses.

37.     For example, at any given point in time, there are only so many comedic uses for "Star" that will be made. If one network sitcom, for example, were to use "Star" as part of a joke on the show during a given season, a competing sitcom would avoid using "Star" so as not to appear as though they were copying the first show. That second sitcom, which would have paid a license fee, will now choose another song to include in the show. In other words, every time "Star" is used

without a license, one less licensed use of "Star" may be made and that is one less license fee that we will earn. Also, unlicensed programs and movies using "Star" would compete directly with and substitute for our licensed programs and movies when distributed in the DVD and other home video markets.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2008, at New York, NY.

_____
Jeremiah Horan

# *EXHIBIT A*

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 2/20/96 - 2/19/11 | Carsey-Werner Company | Roseanne, Episode 917: "We're Going To Disneyland" | U610-003 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 2/28/96 - 2/27/11 | Carsey-Werner Company | Roseanne, Episode 918 "Disney World War II" | U610-005 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 8/22/01 - 8/21/06 | Central Productions LLC | Primetime Glick | DIR-1032716 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 1/18/08 - Perpetuity | Warner Home Video | Perfect Strangers, Episode #175514 | DIR106855 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 11/6/93 - 11/5/00 | MTM Enterprises, Inc. | WKRP in Cincinnati, Episode #8006 | U756-004 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 7/22/00 One (1) Repeat Broadcast, only, on | National Broadcasting Company, Inc. | Saturday Night Live (07/22/00) | DIR-102871 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 8/23/03 One (1) Repeat Broadcast, only, on | NBC Studios, Inc. | Saturday Night Live Overnight 10/2/93 Rebroadcast | DIR104437 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 9/6/03 One (1) Repeat Broadcast, only, on | NBC Studios, Inc. | Saturday Night Live Overnight 10/23/93 Rebroadcast | DIR104464 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 8/4/04 One (1) Repeat Broadcast, only, on | NBC Studios, Inc. | Saturday Night Live Overnight 3/12/94 Rebroadcast | DIR104942A |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 4/1/90 - 3/21/95 One (1) Repeat Broadcast, only, on | NBC, Inc. | Saturday Night Live, Episode #324 | L671-007 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 6/19/93 One (1) Repeat Broadcast, only, on | NBC, Inc. | Saturday Night Live, Episode #121292 | R750-005 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 12/18/93 One (1) Repeat Broadcast, only, on | NBC, Inc. | Saturday Night Live, Episode #0122290 | S563-019 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 2/26/94 One (1) Repeat Broadcast, only, on | NBC, Inc. | Saturday Night Live, Episode #010293 | S612-016 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 3/26/94 One (1) Repeat Broadcast, only, on | NBC, Inc. | Saturday Night Live, Episode #102693 | S671-001 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 7/9/94 One (1) Repeat Broadcast, only, on | NBC Productions | Saturday Night Live, Episode #N | S801-007 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 7/23/94 One (1) Repeat Broadcast, only, on | NBC Productions | Saturday Night Live, Episode #N | S849-011 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 6/1/96 One (1) Repeat Broadcast, only, on | NBC Studios, Inc. | Saturday Night Live, Original Airdate 10/7/95 | V698-028 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 11/12/05 One (1) Repeat Broadcast, only, on | NBC Studios, Inc. | Saturday Night Live Overnight 3/12/83 Rebroadcast | DIR105664 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 11/1/96 - 10/31/01 | Super Dave Productions, Ltd. | Super Dave Osborne Episode #404 | W534-013 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 9/1/02 - 8/31/07 | Blye/Einstein Productions, Inc. | The Super Dave Show - Episode #404 | DIR103559 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 4/28/95 - 4/27/10 | Warner Bros. TV Prod., A Div. Of Time Warner Ent. Co. LP | Family Matters, Episode 4562224/225 | T736-029 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 3/20/96 - 3/19/11 | Warner Bros. TV Prod., A Div. Of Time Warner Ent. Co. LP | Step by Step, Episode: 457173/174 | U635-036 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 6/27/06 - Perpetuity | Warner Home Video | Step by Step, Episode: 457173 | DIR105837 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 11/29/00 - Perpetuity | Warner Bros. Television | Drew Carey Show, #226359 | DIR-102989 |
| WHEN YOU WISH UPON A STAR (Washington/Harline) | 2/14/99 - 2/13/01 | Carsey-Werner Company | That 70's Show, Episode #116 | X623-012 |
| POPCORN (Kingsley) | 6/28/07 - Perpetuity | Paramount Pictures Corp. | Heartbreak Kid (Trailer) | DIR106539 |
| POPCORN (Kingsley) | 11/29/00 - Perpetuity | 20th Century Fox | Family Guy Episode #4ACX28 | DIR106539 |
| POPCORN (Kingsley) | 3/9/06 - 3/08/07 | Mach-1 Records Gmbh | Crazy Frog (Promo Video) | DIR105446 |

#693246

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| LET'S FALL IN LOVE (Koehler/Arlen) | 7/27/89 - 2/5/04 | Paramount Pictures Corporation | Family Ties, Episode 162 | K708-014 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) | 10/1/93 - 9/30/08 | Paramount Pictures Corporation | Family Ties, Episode 162 | R728-021 |
| LET'S FALL IN LOVE (Koehler/Arlen) | 7/6/00 - 5/15/02 | Whacko, Inc. | The Carol Burnett Show, Eps 901 | DIR-102874 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) | 9/1/00 - 8/31/07 | Whacko, Inc. | Carol Burnett and Friends, Episode #901 | DIR-102874 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) |  |  | The Gong Show, Episode 1090 | K735-024 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) |  |  | Sanford and Son, Episode 510 | V850-003 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) |  |  | Saturday Night Live Re-broadcast 6/1/02 Orig 10/10/88 | DIR103773 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) |  |  | Laverne and Shirley Reunion Special | DIR103665 |
| BYE BYE BLUES (Hamm/Bennet/Lown/Gray) |  |  | Laverne and Shirley, Ep. 055 | S822-009 |
| BYE BYE BLUES (Bennett/Hamm/Lown/ Gray) | 2/3/06 - Perpetuity | The Carsey-Werner Company LLC | The Cosby Show (Episode #217) | DIR105702 |
| BYE, BYE BLUES (Bennett/Hamm/Lown/ Gray) | 9/14/04 - Perpetuity | Sony Pictures Television, Inc. | Sanford and Son, Episode #510 - Brother Can You Spare An Act? | DIR104755 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) | 2/05/02 - 7/15/02 | C.B. Distribution Company | Newhart, Ep 3121 | DIR103625.2 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) | 10/01/01 - 9/30/06 | C.B. Distribution Company | Newhart, Episode 3121 "Cats" | U578-021 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) | 5/3/99 - 6/30/02 | C.B. Distribution Company | Fresh Prince of Bel Air, Episode 6810 | M635-005 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Love American Style: Love and the Mistress | L568-041 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Carol Burnett and Friends, #616 | L762-019 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Archie Bunker's Place, #319 | DIR-103259 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | All In The Family, #620 | W614-019 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | All In The Family, #620 | M789-046 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Archie Bunker's Place, #319 | M789-051 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Newhart, Ep 3121 | K560-023 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Fresh Prince of Bel Air, Episode 6810 | X837-003 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Love American Style: Love and the Mistress | T800-019 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Love American Style: Love and the Mistress | S800-005 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Laverne and Shirley, Ep. 047 | S800-007 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Love American Style: Love and the Mistress | X779-031 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Archie Bunker's Place, #319 | J753-003 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Fresh Prince of Bel Air, Episode 6810 | T615-027 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Family Matters, Episodes 456224-25 | T736-030 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | Family Matters, Episode 446470 | W691-001 |
| SOME DAY MY PRINCE WILL COME (Morey/Churchill) |  |  | July 3, 2004 through July 2, 2007 | WILFLIP, Inc. |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | M*A*S*H, Episode Z410 | U827-031 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Moonlighting, Episode 85314 | DIR-103151.3 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Moonlighting, Episode 86302 | DIR-103151.4 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | TV's Bloopers and Practical Jokes - 211 | L622-024 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | TV's Bloopers and Practical Jokes | R731-055 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Carol Burnett and Friends, Ep: #616 | DIR-102959.1 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Carol Burnett and Friends, Ep: #616 | U830-020 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Carol Burnett and Friends, Ep: #616 | DIR103625.1 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) |  |  | Carol Burnett and Friends, Ep: #616 | X764-007 |

#693246

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Barney Miller, Episode 210 | J815-003 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Barney Miller 23-CBM-79 | L683-003 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Diffrent Strokes (Ep#508) | S786-015 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Barney Miller, Episode 129 | DIR-102279 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Silver Spoons, Ep #203 | DIR-102858 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Maude #402 | DIR-103224 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Maude #402 | T679-021 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Barney Miller, #120 | T821-005 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Maude #0413 | V730-003 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Married With Children, Episode #108 | W698-001 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | One Day At A Time Episode #917 | X721-002 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | The Jeffersons, #507 | DIR-1029955 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Diffrent Strokes (Ep#508) | DIR-102889 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Diffrent Strokes (Ep#508) | L592-027 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Silver Spoons, Ep #203 | L769-021 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | One Day At A Time Episode #917 | M668-024 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Married With Children, Episode #108 | R676-020 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | The Jeffersons, #507 | DIR-102427 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Newhart - Ramblin Michael Harris Ep 9106 | S618-042 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | | | Married With Children, Episode #108: Peggy Sue | K819-019 |
| WHISTLE WHILE YOU WORK (Morey/Churchill) | 10/07/03 - Perpetuity | ELP Communications | Got Work | |
| HEIGH HO (Morey/Churchill) | | | M*A*S*H Episode #S610 | U827-033 |
| HEIGH HO (Morey/Churchill) | | | TV's Bloopers and Practical Jokes 211 | L622-021 |
| HEIGH HO (Morey/Churchill) | | | TV's Bloopers and Practical Jokes 211 | L622-046 |
| HEIGH HO (Morey/Churchill) | | | TV's Bloopers and Practical Jokes | R731-052 |
| HEIGH HO (Morey/Churchill) | | | Who's The Boss? (Ep #0102) | S734-008 |
| HEIGH HO (Morey/Churchill) | | | Who's The Boss? Eps: 102 | DIR-102427 |
| HEIGH HO (Morey/Churchill) | | | Who's The Boss? #626 | DIR-103319 |
| HEIGH HO (Morey/Churchill) | | | Who's The Boss? #0626 | T622-011 |
| HEIGH HO (Morey/Churchill) | | | Who's The Boss? Episode 0102 | L678-037 |
| HEIGH HO (Morey/Churchill) | | | M*A*S*H Episode #S610 | U636-015 |
| HEIGH HO (Morey/Churchill) | | | Saturday Night Live on MTV's Ha! Channel#229 | L671-001 |
| HEIGH HO (Morey/Churchill) | | | Saturday Night Live #229 | DIR103748.14 |
| HEIGH HO (Morey/Churchill) | | | The Brady Bunch - Episode: 096 | L762-016 |
| HEIGH HO (Morey/Churchill) | | | Happy Days Ep #107 | L774-030 |
| HEIGH HO (Morey/Churchill) | | | Mork & Mindy - Episode: 025 | L774-031 |
| HEIGH HO (Morey/Churchill) | | | Mork & Mindy - Episode: 60232-721 | R743-004 |
| HEIGH HO (Morey/Churchill) | | | Happy Days Ep #107 | S737-008 |
| HEIGH HO (Morey/Churchill) | | | Brady Bunch, The (Ep # 096) | L762-016 |
| HEIGH HO (Morey/Churchill) | | | Mork & Mindy Ep: #25 | W698-002 |
| HEIGH HO (Morey/Churchill) | | | Mork & Mindy Ep: #030/031 | W698-003 |
| HEIGH HO (Morey/Churchill) | | | Mork & Mindy Eps: 030/031 | X763-022 |
| HEIGH HO (Morey/Churchill) | | | Brady Bunch, The (Ep # 096) | X772-011 |
| HEIGH HO (Morey/Churchill) | | | The Honeymooners - The Lost Episodes (H35) | J604-003 |
| HEIGH HO (Morey/Churchill) | | | Welcome Back Kotter - Eps 212 | S573-041 |
| HEIGH HO (Morey/Churchill) | | | Welcome Back Kotter - Eps 303 | S573-042 |
| HEIGH HO (Morey/Churchill) | | | Full House (Eps#17820) | S737-003 |

#693246

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| HEIGH HO (Morey/Churchill) | 3/07/06 - Perpetuity | CBS Studios, Inc. | The Brady Bunch (Episode #096) | DIR105743 |
| HEIGH HO (Morey/Churchill) | 1/24/05 - Perpetuity | 20th Century Fox Film Corporation | M*A*S*H - Episode #TBS610 | DIR105234 |
| HEIGH HO (Morey/Churchill) | 2/1/05 - Perpetuity | Warner Home Video | Full House, Episode #176820 | DIR105013 |
| HEIGH HO (Morey/Churchill) | 10/6/03 - 10/5/08 | BBC | Are you Being Served? Vol. 12: Monkey Business | DIR104446 |
| BLACK MAGIC WOMAN (Green) | 6/8/04 - Perpetuity | Sony Pictures Television, Inc. | Who's The Boss? Episode #102 'Briefless Encounter" | DIR104624 |
| BLACK MAGIC WOMAN (Green) | 1/1/00 - 12/21/06 | Paramount Pictures | Honeymooners Lost Episode #035 | DIR-102462 |
| BLACK MAGIC WOMAN (Green) | 2/28/00 - Perpetuity | Paramount Pictures | Mork & Mindy #025 | DIR-102652 |
| BLACK MAGIC WOMAN (Green) | 6/8/84 - Perpetuity | Warner Brothers Inc. | Gremlins | T0062 |
| BLACK MAGIC WOMAN (Green) | 2/14/07 - perpetuity | 20th Century Fox Film Corporation | Dharma & Greg - Episode 2ABD23 | DIR106375 |
| BLACK MAGIC WOMAN (Green) | 10/10/04 - 10/9/05 | WAD Productions, Inc. | Steve Harvey's Big Time, Season 2, Episode #205 | DIR104967 |
| BLACK MAGIC WOMAN (Green) | 3 years beginning in 2003 | VH1 | I Love The 70's: 1977 | DIR104375 |
| BLACK MAGIC WOMAN (Green) | 3 years beginning in 2003 | VH1 | I Love the 70's: 1976 | DIR104372 |
| BLACK MAGIC WOMAN (Green) | 3 years beginning in 2003 | VH1 | I Love the 70's: 1973 | DIR104836 |
| BLACK MAGIC WOMAN (Green) | 9/19/03 - 8/18/06 | VH1 | I Love the 70's: 1970 | DIR104380 |
| BLACK MAGIC WOMAN (Green) | 4/1/03 - Perpetuity | Columbia Pictures | Anger Management | DIR04048 |
| SMILE (Chaplin/Turner/Parsons) | | | Saturday Night Live Re-broadcast of 3/11/78 Program | DIR-102650 |
| SMILE (Chaplin/Turner/Parsons) | | | Promo For CBS Comedy Shows | 9606-54028S |
| SMILE (Chaplin/Turner/Parsons) | | | Get A Laugh | DIR-1030060 |
| SMILE (Chaplin/Turner/Parsons) | | | Candid Camera/Allen Funt Memorial Montage | DIR-102997 |
| SMILE (Chaplin/Turner/Parsons) | | | Maude #617 | W682-037 |
| SMILE (Chaplin/Turner/Parsons) | | | Rhoda Ep: #6174 | L565-003 |
| SMILE (Chaplin/Turner/Parsons) | | | Rhoda - Eps: #6174 | L552-004 |
| SMILE (Chaplin/Turner/Parsons) | | | Rhoda, Episode #6174 | T583-002 |
| SMILE (Chaplin/Turner/Parsons) | | | The Odd Couple - Ep. #052 | Y603-004 |
| SMILE (Chaplin/Turner/Parsons) | | | The Odd Couple; Episode #074 | T817-032 |
| SMILE (Chaplin/Turner/Parsons) | | | Happy Days #074 | R728-026 |
| SMILE (Chaplin/Turner/Parsons) | | | The Odd Couple | N760-004 |
| SMILE (Chaplin/Turner/Parsons) | | | Happy Days | R679-027 |
| SMILE (Chaplin/Turner/Parsons) | | | Buffalo Bill, Episode | T595-018 |
| SMILE (Chaplin/Turner/Parsons) | | | Maude #0617 | U827-028 |
| SMILE (Chaplin/Turner/Parsons) | 2/18/03 - Perpetuity | Touchstone Television Productions, LLC | Life With Bonnie, Episode #B248 | DIR104088 |
| UNFORGETTABLE (Gordon) | | | M*A*S*H Episode #S610 | N856-021 |
| UNFORGETTABLE (Gordon) | | | America's Funniest Home Videos #406 | T681-010 |
| UNFORGETTABLE (Gordon) #693246 | | | America's Funniest Home Videos #406 | |

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| UNFORGETTABLE (Gordon) | | | | |
| UNFORGETTABLE (Gordon) | | | Saturday Night Live Overnight Program 7/21/01 - Rebroad of 3/14/92 | DIR-103344 |
| UNFORGETTABLE (Gordon) | | | Perfect Strangers Ep #447956 | R557-061 |
| UNFORGETTABLE (Gordon) | | | Evening Shade Ep #2621 | N662-010 |
| UNFORGETTABLE (Gordon) | | | Saturday Night Live #731 Original Airdate 3/14/92 | DIR-103748.10 |
| UNFORGETTABLE (Gordon) | | | Cheers, Episode 051 | K723-017 |
| UNFORGETTABLE (Gordon) | | | Cheers Episode: 718 | L834-008 |
| UNFORGETTABLE (Gordon) | | | Cheers Episode: 051 | N393-001 |
| UNFORGETTABLE (Gordon) | | | Cheers Episode: 051 | S587-013 |
| UNFORGETTABLE (Gordon) | | | Cheers Episode #051 | V695-014 |
| UNFORGETTABLE (Gordon) | | | Cheers Eps: 51 | X777-005 |
| UNFORGETTABLE (Gordon) | | | Coach - Eps. 69205 | S559-057 |
| UNFORGETTABLE (Gordon) | | | Perfect Strangers Ep #447956 | W717-017 |
| UNFORGETTABLE (Gordon) | 2000-2007 | Heineken | The Correction Commercial | DIR-1024414 |
| UNFORGETTABLE (Gordon) | 5/18/06 - Perpetuity | NBC Studios, Inc. | Will & Grace 823/824 | DR-105893 |
| UNFORGETTABLE (Gordon) | One (1) Repeat Broadcast, only, on 11/19/05 | NBC Studios, Inc. | Saturday Night Live Overnight 11/21/1998 Rebroadcast | DIR-105669 |
| UNFORGETTABLE (Gordon) | 6/29/06 - Perpetuity | 20th Century Fox Film Corporation | M*A*S*H - Episode TB1G21 - Hey Look Me Over | DIR-105986 |
| UNFORGETTABLE (Gordon) | 6/29/04 - Perpetuity | Paramount Pictures Corporation | Cheers - Episode #051 | DIR-104518 |
| UNFORGETTABLE (Gordon) | 12/7/04 - Perpetuity | Warner Home Video | The Jamie Foxx Show, Episode #1 | DIR-105030 |
| UNFORGETTABLE (Gordon) | 10/2/05 - Perpetuity | Cara Communications d/b/a Vin Di Bona Productions | America's Funniest Home Videos - Show 1601 | DIR104953 |
| UNFORGETTABLE (Gordon) | 8/28/96 - 8/27/01 | Warner Bros. TV Productions | The Jamie Foxx Show, Episode Pilot | U799-001 |
| UNFORGETTABLE (Gordon) | 9/3/98 - Perpetuity | Warner Bros. TV Productions | The Jamie Foxx Show, Episode 4753314 Pilot | W758-018 |
| UNFORGETTABLE (Gordon) | 07/06/06 | 20th Century Fox | Family Guy Episode #2ACX15 | DIR106405 |
| WITCH DOCTOR (Bagdasarian) | 3/29/07 - Perpetuity | Twentieth Century Fox | Alvin and the Chipmunks | DIR105589 |
| WITCH DOCTOR (Bagdasarian) | 3/22/07 - Perpetuity | Dreamworks Animation LLC | Shrek The Third | DIR105589 |
| ON THE GOOD SHIP LOLLIPOP (Clare/Whiting) | 5/13/01 - Perpetuity | Touchstone Television | Child Star - The Shirley Temple Story | DIR-102968.1 |
| ON THE GOOD SHIP LOLLIPOP (Clare/Whiting) | | | Family Guy Episode #2ACX19 | |
| ON THE GOOD SHIP LOLLIPOP (Clare/Whiting) | | | Family Guy Episode #2ACX12 | |
| ETERNALLY (Chaplin/Parsons/Turner) | 7/13/05 - Perpetuity | HBO Home Box Office a division of Warner Entertainment | Da Ali G Show | |
| MARY'S BOY CHILD (Hairston) | 1/7/05 - Perpetuity | BBC (British Broadcasting Company) | The Office Xhristmas Specials | |
| ARE YOU LONESOME TONIGHT? (Handman/Turk) #693246 | 8/6/07 - Perpetuity | Monkey Dance Productions | Game Plan | DIR105943 |

| Song | Dates | Licensee | Program Name | License # |
|---|---|---|---|---|
| BE ANYTHING, BUT BE MINE (Gordon) | 7/14/06 - Perpetuity | Columbia Pictures | Click | DIR105486 |
| INKA DINKA DOO (Durante/Ryan) | 3/14/94 - Perpetuity | Universal Pictures | Greedy | S560-T08, DIR104227 |
| PLEASE DON'T TALK ABOUT ME WHEN I'M GONE (Clare/Stept) | 2/2/05 - Perpeuity | New Line Cinema | Son of the Mask | DIR105113 |

#693246

#693246

| Song | Dates | Licensee | Program Name | License # | License Fee(s) |
|---|---|---|---|---|---|
| ARE YOU LONESOME TONIGHT? (Handman/Turk) | August 6, 2007 through Perpetuity | Monkey Dance Productions | Game Plan | DIR105943 | $67,375.00 |
| BE ANYTHING, BUT BE MINE (Gordon) | July 14, 2006 through Perpetuity | Columbia Pictures | Click | DIR105486 | $70,000.00 |
| HIEGH HO (Morey/Churchill) | June 8, 1984 through Perpetuity | Warner Brothers Inc. | Gremlins | T0062 | $15,000.00 |
| INKA DINKA DOO (Durante/Ryan) | March 14,1994 through Perpetuity | Universal Pictures | Greedy | S560-T08, DIR104227 | $90,000.00 |
| ON THE GOOD SHIP LOLLIPOP (Clare/Whiting) | March 22, 2007 through Perpetuity | Dreamworks Animation LLC | Shrek The Third | DIR105589 | $14,265.00 |
| ON THE GOOD SHIP LOLLIPOP (Clare/Whiting) | May 13, 2001 through Perpetuity | Touchstone Television | Child Star - The Shirley Temple Story | DIR-102968.1 | $25,200.00 |
| PLEASE DON'T TALK ABOUT ME WHEN I'M GONE (Clare/Stept) | February 2, 2005 through Perpetuity | New Line Cinema | Son of the Mask | DIR105113 | $6,875.00 |