# *EXHIBIT A*

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number
E 176054

In testimony whereof, the seal of this office is affixed hereto on
March 21, 2008





Register of Copyrights and
Associate Librarian for Copyright Services

C-731 01/2007—10,000

E2 | 1 c. rec'd AUG 23 1938
Application rec'd AUG 23 1938
©CI E unpub 176054

Fee rec'd $ $1.00 TRUST

**IMPORTANT.** Applicant must not write in the blank lines above; to do so will cause delay in Copyright Office.

## APPLICATION FOR COPYRIGHT
## FOR MUSICAL COMPOSITION NOT REPRODUCED FOR SALE*

*REGISTER OF COPYRIGHTS, Washington, D. C.*

Of the MUSICAL COMPOSITION named herein, not reproduced in copies for sale, ONE complete copy is herewith deposited to secure copyright registration according to the provisions of the Act of March 4, 1909. $1 (statutory fee for registration and certificate) is also inclosed. The copyright is claimed by

(1) Name of copyright owner __Walt Disney Productions, Ltd.__
(Write full legal name of copyright owner)

(2) Address __2719 Hyperion Avenue__   __Hollywood,__   __California.__
(Street)   (City)   (State)

(3) Name of composer of music __Leigh Harline.__
(Write name in full)

*If afterwards reproduced for sale, two copies must be deposited (Form E)   [Please turn this over]

(4) Country of which the composer of music is a citizen __U.S.A.__
(MUST be stated)

(5) If an alien composer domiciled in the United States, state where _____

(6) Author of words, if such words are sent with the music __Ned Washington__

(7) Title of musical composition __"WHEN YOU WISH UPON A STAR"__

(8) Send certificate of registration to __Fulton Brylawski__

__1331 G St., N.W.__           __Washington, D.C.__
(Street)                (City)                (State)

(9) Name and address of person or firm sending the fee __Fulton Brylawski__

__1331 G St., N.W.__           __Washington, D.C.__
(Street)                (City)                (State)

(July, 1937—60,000)    U. S. GOVERNMENT PRINTING OFFICE: 1937    [Please turn this over]

# *EXHIBIT B*

KNOW ALL MEN BY THESE PRESENTS: That Walt Disney Productions, a California corporation (hereafter referred to as Disney), for good and valuable consideration, hereby sells, assigns, transfers and delivers to Irving Berlin, Inc., a New York corporation, its successors and assigns, the original musical compositions entitled:

"GIVE A LITTLE WHISTLE"        "GOT NO STRINGS"
"WHEN YOU WISH UPON A STAR"    "LITTLE WOODEN HEAD"
"HI-DIDDLE-DEE-DEE"            "THREE CHEERS FOR ANYTHING"
(AN ACTOR'S LIFE FOR ME)

written and composed by Ned Washington and Leigh Harline (as employees of Walt Disney Productions), including the title, words and music thereof to have and to hold the same absolutely and to Irving Berlin, Inc., its successors and assigns forever, together with all rights therein or any copyrights now subsisting with respect thereto for all countries that the author and composer or Disney now has or may be entitled to or that any of them hereafter get or might secure if these presents have not been made, including but not limited to the right to secure copyrights, and extensions and renewals of copyright in the same throughout the world and all rights comprised therein.

This conveyance is made pursuant to and is subject to all of the terms and conditions of an agreement between Disney and Irving Berlin, Inc. dated the 15th day of August, 1939.

Signed, sealed and delivered
the 21sh day of August 1939

WALT DISNEY PRODUCTIONS,

By _____
    Vice President

# *EXHIBIT C*

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on



EP 82126

March 26, 2008

*Marybeth Peters*
Register of Copyrights and
Associate Librarian for Copyright Services

C-731 01/2007—10,000

**COPIES** to Music Div. FEB -3 1940       E       JAN -8 1940
                                                   2 c. rec'd
                                                   Application rec'd JAN -8 1940

                                                   ©CEpub. 82126
                                Fee rec'd $ $2.00  2235 JAN 10 '40

IMPORTANT. Applicant must not write in the blank lines above; to do so will cause delay in copyright notice.

## APPLICATION FOR REGISTRATION
## MUSICAL COMPOSITION PUBLISHED IN THE U. S.

REGISTER OF COPYRIGHTS, Washington, D. C.   *January 5, 1940*

Of the MUSICAL COMPOSITION named herein, TWO complete copies of the best edition first published in the United States on the date stated herein are herewith deposited to secure copyright registration according to the provisions of the Act of March 4, 1909. $2 (statutory fee for registration and certificate) is also inclosed. The copyright is claimed by

(1) Name of copyright owner *Irving Berlin, Inc.*
                           (Write full legal name of copyright owner)
(2) Address *799 - 7th Ave.*    *New York,*   *N.Y.*
            (Street)            (City)        (State)
(3) Name of composer *Leigh Harline*
                     (Write name in full)   (Please turn this over)

USE THIS BLANK ONLY FOR NEW   MUSIC NOW FIRST PUBLISHED.

(4) Country of which the composer is a citizen ___USA___
(MUST be stated)

(5) If an alien composer domiciled in the United States, state where _____

(6) Author of words ___Ned Washington___
(Write name in full)

(7) Title and instrumentation of musical composition ___When You Wish Upon a Star___

(8) Published on the ___5th___ day of ___January___, 19__40__
(State here the day, month, and year when the work was placed on sale, sold, or publicly distributed)

(9) Send certificate of registration to ___Irving Berlin Inc___
___799 - 7" Ave___   ___New York___   ___N.Y.___
(Street)   (City)   (State)

(10) Name and address of person or firm sending the fee ___Irving Berlin Inc___
___799 - 7" Ave___   ___New York___   ___N.Y.___
(Street)   (City)   (State)

(July, 1939—25,000)   U. S. GOVERNMENT PRINTING OFFICE   [Please turn this over]