# *EXHIBIT D*



**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a work entitled **WHEN YOU WISH UPON A STAR** (Featured In The Walt Disney Full Length Motion Picture "Pinocchio") by Ned Washington and Leigh Harline, and that the attached photocopies - cover, and pages 2 thru 4 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, is stamped with copyright registration #Epub. 82126 dated January 8, 1940.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on May 21, 2008.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service





**PUBLISHED BY**
**IRVING BERLIN, Inc.**
799 SEVENTH AVE., NEW YORK



# ² WHEN YOU WISH UPON A STAR

Featured In The Walt Disney Full Length Motion Picture "PINOCCHIO"

Lyric by
NED WASHINGTON

Music by
LEIGH HARLINE



When a star is born, They pos-sess a gift or two, One of them is this They have the pow-er to make a wish come true.

⁺ Symbols for Guitar, Chords for Ukulele and Banjo.



Copyright 1940 by IRVING BERLIN INC., 799 Seventh Ave., N.Y.C.
All Rights Reserved Including the Right of Public Performance for Profit.
International Copyright Secured.                    Made in U.S.A.





# *EXHIBIT E*

CERTIFICATE OF CHANGE OF NAME

OF

IRVING BERLIN, INC.

TO

BOURNE, INC.

(Pursuant to Section 40 of the General Corporation Law)

 I, the undersigned, being the holder of record of all of the outstanding shares of IRVING BERLIN, INC., entitled to vote on a change of name of said corporation, do hereby certify as follows:

 1. The name of this corporation is IRVING BERLIN, INC.

 2. The certificate of incorporation of said corporation was filed in the office of the Secretary of State of the State of New York on the 23rd day of June, 1919.

 3. The new name to be assumed by this corporation is BOURNE, INC.

 IN WITNESS WHEREOF, I have made, subscribed and acknowledged this certificate this 26" day of September, 1944.

        Saul H. Bornstein (L.S.)
        Saul H. Bornstein

State of New York
County of New York : ss.

On this 26th day of September, 1944, before me
personally came SAUL H. BORNSTEIN, to me known
to be the person described in and who executed the fore-
going certificate, and he duly acknowledged to me that he
executed the same.

_____Julia Perles_____

JULIA PERLES
Attorney and Counsellor-at-Law
Of c: 1650 Broadway, New York
Kings Co. Clk's No. 6, Reg. No. [illegible]
N.Y. Co. Clk's No. 24, Reg. No. [illegible]
Commission Expires Mar. 30, 1945

State of New York
County of New York : ss.

BONNIE BORNSTEIN, being duly sworn, deposes and
says that she is the Secretary of IRVING BERLIN, INC., the
corporation described in the foregoing certificate, and that
Saul H. Bornstein, the person who has executed the fore-
going certificate, is the holder of record of all of the
outstanding shares of said corporation entitled to vote on
a change of name of said corporation.

Sworn to before me this
26th day of September, 1944.

_____Julia Perles_____                    _____Bonnie Bornstein_____
                                                        Secretary

JULIA PERLES
Attorney and Counsellor-at-Law
Of c: 1650 Broadway, New York
Kings Co. Clk's No. 6, Reg. No. [illegible]
N.Y. Co. Clk's No. 24, Reg. No. [illegible]
Commission Expires Mar. 30, 1945



State of New York
DEPARTMENT OF STATE } ss.:

I Hereby Certify That I have compared the preceding copy with the original Certificate of Change of Name of

IRVING BERLIN, INC.

to

BOURNE, INC.,

and that the same is a correct transcript therefrom and of the whole of such original.

Filed in this department on the 28th day of September, 1944, and that said

Witness my hand and seal of the Department of State at the City of Albany, this 28th day of September, 1944.

[signature]
Deputy Secretary of State

Please be advised that the name of Saul H. Bornstein was changed on December 13, 1947 to Saul H. Bourne by order of the City Court of the City of New York, County of New York. This notice is being sent to you in order that you may note the change of name and correct or amend your files and records accordingly.

Very truly yours,
SAUL H. BOURNE

December 20th, 1947
799 Seventh Avenue
New York 19, N. Y.

---

**PLEASE NOTE:**

The firm name of Irving Berlin, Inc., has been changed to

# BOURNE, INC.

the name, ABC MUSIC CORP. remains unchanged.

BOURNE, INC. & ABC MUSIC CORP. continue at the same address as heretofore, 799 Seventh Ave., New York 19, N. Y.

The catalogs of both companies remain the same, except that the songs written by Mr. Irving Berlin have been eliminated.