# *EXHIBIT F*

2016—Certificate of Conducting Business under an Assumed Name For Individual    b    JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS 80 EXCHANGE PLACE AT BROADWAY, NEW YORK

# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation of **BOURNE CO.,**

at **136 West 52nd Street**
City or Town of     County of **New York**     State of New York.

My full name is* **MARY M. BOURNE (also known as BONNIE BOURNE)**
and I reside at **14 East 75th Street, New York, New York.**

I FURTHER CERTIFY that I am the successor in interest to **BOURNE, INC., a New York corporation.**

~~the person or persons heretofore using such name or names to carry on or conduct or transact business.~~

IN WITNESS WHEREOF, I have this **30th** day of **June** 19**61**, made and signed this certificate.

*Mary M. Bourne*
MARY M. BOURNE, also known as
BONNIE BOURNE.
*Bonnie Bourne*

STATE OF NEW YORK
COUNTY OF **NEW YORK** } ss.:

On this **30th** day of **June** 19**61**, before me personally appeared **BOURNE, also known as BONNIE BOURNE**

to me known and known to me to be the individual described in and who executed the foregoing certificate, and **he** thereupon duly acknowledged to me that **s**he executed the same.

*Henry R. Danziger*
HENRY R. DANZIGER
NOTARY PUBLIC, State of New York
Qualified in Kings County
No. 24-8518300
Cert. filed with N. Y. Co. Clerk
Commission Expires March 30, 1962

[County Clerk stamp: JAMES MC GURRIN, County Clerk... JUL 5 1961]

# Amended Business Certificate

The undersigned hereby certify that a certificate of doing business under the assumed name
BOURNE CO.

for the conduct of business at
5 West 37th Street, New York, New York

was filed in the office of the County Clerk, New York County, State of New York, on the 5th day of July 1961 under index number 5373-61B; that the last amended certificate was filed on the _____ day of _____ 19__ in the office of the said County Clerk under index number _____

It is hereby further certified that this amended certificate is made for the purpose of more accurately setting forth the facts recited in the original certificate or the last amended certificate and to set forth the following changes in such facts:*

The original certificate was filed on July 5, 1961 by Mary M. Bourne (a/k/a Bonnie Bourne), who died on March 20, 1993 leaving a Will dated January 23, 1986, which was admitted by probate by N.Y. County Surrogate's Court by Decree dated March 30, 1993. The decedent's daughter, Mary E. Bourne (a/k/a Beebe Bourne) is the sole beneficiary under her mother's Will and acts as an Executor of the said Will.

The former address of Bourne Co. was 136 West 52nd Street, NY, NY. The present address of Bourne Co. is 5 West 37th Street, NY, NY.

This Amended Certificate is made to show that Mary E. Bourne (a/k/a Beebe Bourne), the sole beneficiary under the decedent's Will, is the successor in interest to Mary M. Bourne (a/k/a Bonnie Bourne), now deceased.

Mary E. Bourne (a/k/a Beebe Bourne) hereby states that she is the successor in interest to Mary M. Bourne (a/k/a Bonnie Bourne) doing business as Bourne Co., and will continue to carry on, conduct and transact business under the assumed name of BOURNE CO. Mary E. Bourne (a/k/a Beebe Bourne) resides at 40 Central Park South, New York, New York 10019.

**In Witness Whereof,** the undersigned have this 27 day of August 1993 made and signed this certificate.

_____
Mary E. Bourne (a/k/a Beebe Bourne)

ESTATE OF MARY M. BOURNE (a/k/a Bonnie Bourne)

By: _____
         Executor

**State of New York, County of** NEW YORK ss.:

On this 27 day of August 1993, before me personally appeared MARY E. BOURNE (a/k/a BEEBE BOURNE) to me known and known to me to be the individual described in and who executed the foregoing certificate, and S he thereupon duly acknowledged to me that S he executed the same.

CONSTANTINE P. RALLI
Notary Public, State of New York
No. 60-4523607
Qualified in Westchester County
Commission Expires March 30, 19__

* Set forth the residence address of each new partner, if any.

State of New York, County of NEW YORK

On this 27th day of August, 19 93, before me personally appeared Beebe Bourne, as executor of the Will of Mary M. Bourne (a/k/a/Bonnie Bourne) to me known and known to me to be the individual described in, and who executed the foregoing certificate, and she thereupon duly acknowledged to me that she executed the same.

CONSTANTINE P. RALLI
Notary Public, State of New York
No. 60-4823607
Qualified in Westchester County
Commission Expires March 30, 1994

INDEX No. 5373-61B

**Amended Certificate**

MARY E. BOURNE (a/k/a BEEBE BOURNE)

CERTIFIED COPY ISSUED
Fee Paid SEP -3 1993
Dated County Clerk, N.Y. Co.

BY CONDUCTING BUSINESS UNDER THE NAME OF

BOURNE CO.

'93 SEP -3 A9:17
FILED COUNTY CLERK N.Y. CO.

B-8100

THIS RECORD NOT TO BE REMOVED FROM THE COUNTY CLERK'S OFFICE

INDEXED

PRINT YOUR NAME: Constantine P. Ralli, Esq.
PRINT YOUR BUSINESS ADDRESS: 5 East Liberty Plaza 1370 Avenue of the Americas New York, New York
PRINT YOUR BUSINESS TELEPHONE NUMBER: 212 929 5000