*EXHIBIT G*

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim
of copyright registered under number

R 385455

In testimony whereof, the seal of this office
is affixed hereto on

March 21, 2008

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

c-731 01/2007—10,000

Page 1

# Application for Registration of a Claim to Renewal Copyright

**FORM R**

| REGISTRATION NO. |
| --- |
| R    385455 |
| DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name ...... BOURNE INC.

Address ...... 136 W. 52nd St , New York, N.Y.

Claiming **Prop. of copyright in work made for hire by Leigh Harline & Ned Washington** (Use the appropriate statement appearing on page 4)

(b) Name ......

Address ......

Claiming as ...... (Use the appropriate statement appearing on page 4)

(c) Name ......

Address ......

Claiming as ...... (Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

WHEN YOU WISH UPON A STAR

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. ......

If a periodical, give Vol. ......; No. ......; Issue ......; Date ......

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. ...... NED WASHINGTON & LEIGH HARLINE

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class ...... EUNP. ......; No. **17654**    176054 *

If registered as published, give date of publication ...... (Month, day, and year)

If registered as unpublished, give date of registration ...... **August 23, 1938** (Month, day, and year)

Original copyright claimant ...... **Walt Disney Productions Ltd.** (Name of claimant in original registration)    *Complete all applicable spaces on next page*

| EXAMINER |
| --- |
|  |

**5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

BOURNE CO.

**6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ......................................................... Address ...........................................................................

**7. Send certificate to:**

(Type or
print    Name    BOURNE CO.
name and
address) Address    136 W. 52nd St
                          (Number and street)
                   New York, N.Y.                    10019
                   (City)            (State)            (ZIP code)

**8. Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Cedell ɟ Sandlin*
(Signature)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B       the ad interim provisions of the copyright law).
           Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
           United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
           was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
           America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L–M—Motion picture.
or M
           Form R—Renewal copyright.

           Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>APR 19 1966 | *from Pencylin* |
| Fee received | |

*Amended by Copyright Office (Cert.)*

# *EXHIBIT H*

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**R 406100**

**March 26, 2008**

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

c-731 01/2007 — 10,000

Page 1

# Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

R  406100

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 8. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same infor-

mation as pages 1 and 2, but may be carbon copies.
Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

*(a)* Name ......BOURNE INC.......................................................................................................................

Address ..........136 W. 52nd St, New York, N.Y..............................................................

Claiming as ......Prop. of copyright in work made for hire by Ned Washington and Leigh Harline......
(Use the appropriate statement appearing on page 4)

*(b)* Name ...................................................................................................................................................

Address .................................................................................................................................................

Claiming as ...........................................................................................................................................
(Use the appropriate statement appearing on page 4)

*(c)* Name ...................................................................................................................................................

Address .................................................................................................................................................

Claiming as ...........................................................................................................................................
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

......WHEN YOU WISH UPON A STAR..............................................................................

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

...................................................................................................................................................................

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite

work in which it was published. .........................................................................................................

If a periodical, give: Vol. ...................; No. ...................; Issue ...................; Date .........................................

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of

authors of previous versions. ...NED WASHINGTON AND LEIGH HARLINE......................................

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office Records of the original registration.

Original registration number: Class ...............EP.......; No. .......82126.......

If registered as published, give date of publication ........Jan. 5, 1940.....................................
(Month, day, and year)

If registered as unpublished, give date of registration ..........................................................................
(Month, day, and year)

Original copyright claimant ...........~~Bourne Inc.~~ Irving Berlin, Inc. ∗.....................
(Name of claimant in original registration)    *Complete all applicable spaces on next page*

EXAMINER

5. If registration fee is to be charged to a deposit account established
   Bourne Co.

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name    Adele Z Sandler                          Address

7. Send certificate to:

(Type or      Name    Bourne Co.
print
name and      Address    136 West 52nd Street
address)                                  (Number and street)

              New York              N.Y.              10019
                  (City)            (State)          (ZIP code)

8. **Certification:** (NOTE: Application not acceptable unless signed)

   I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

                        Adele Z Sandler
                                      (Signature)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B       the ad interim provisions of the copyright law).
           Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the
           United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
           was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
           America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L–M—Motion picture.
or M
           Form R—Renewal copyright.

           Form U—Notice of use of copyrighted music on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received |   |
|---|---|
| MAR 20 1967 | form Pinocchio |
| Fee received | *Amended by Copyright Office (Cert.) |

U.S. GOVERNMENT PRINTING OFFICE : 1965—O—791–332