# *EXHIBIT A*



**SANDY WILBUR, President**
252 Seventh Avenue, Suite 17G, New York, NY 10001
phone 212-217-2566 / fax 212-217-2567
swilbur@musiodata.com / www.musiodata.com

## POSITIONS HELD

**1987- Present  President, Sandy Wilbur Music, Inc. (dba Musiodata** 1995- present **)**
Full-time Musicologist offering services to attorneys, advertising agencies, film producers, publishing and record companies, and other music professionals. Principal activities include: offering expert opinions on copyright infringement and sound-a-like issues, public domain and prior art research, creative consulting, licensing music for TV and film, copyright valuation, etc.

**1982 - 1989    President, Sandy Wilbur Music, Inc.**
Full service music production company. Services provided: producing, composing, arranging, scoring for records, TV, film and commercials. Owner and operator of a fully MIDI-ed, multi-track studio with Macintosh sequencing and interlock to video. Part time Musicology services.

**1980 -1982    Associate Music Director, Benton and Bowles Advertising Agency**
Duties included: Producing and occasionally writing music for half the agency's accounts, negotiating initial contracts with artists, licensing songs, producing radio commercials, creating music concepts for campaigns, lyric writing, etc. (Agency, now DMB&B was fifth largest in the world at the time). Also, music expert in Federal case involving Benton and Bowles, Schlitz Malt Liquor, J.J. Johnson, and Cream Records.

**1976-1980    President, Gold Standard Music and Productions**
Duties included freelance songwriting and demo record production at various production, record, and publishing companies.

## ACHIEVEMENTS

- Music Expert in numerous cases. Selected as court appointed expert in Federal Copyright Infringement Case in Central District of California (December, 1996). Specific information and references available upon request.

- Musicologist for film "O Brother Where Art Thou" by Joel and Ethan Coen, Touchstone Pictures. Researched folk songs of the 1930's used in the film to determine which were in the public domain, or whose original song or arrangement to credit (Soundtrack album won Grammy Award for best album of the year, 2002).

- Over 40 original songs recorded since 1981 with five Billboard chart singles including: "Hit 'n Run Lover" (#1 - France, Italy, England, #3 US Billboard Dance Charts, Top 20 Billboard Dance Hits for the year 1982, included in Paramount soundtrack album and feature film 1998, included in numerous compilations), "The Woman In Me" (gold record, Canada).

1

- Album: "All Through The Night" a collection of lullabies played, programmed, produced, written and/or arranged by S. Wilbur, sung by Diane Green. Released Oct. 1989, Caedmon Audio/Harper and Row.

- Numerous jingles and scores for: Schlitz Malt Liquor (Clio), Wendy's, AT&T, Coors, P&G, Tyco, Hardees, UNICEF, among many others. Artists who have sung some of these jingles include Mark Cohen, Luther Vandross, Lee Greenwood, Tony Bennett, Kool & The Gang, Janis Ian, Teddy  Pendergrass, Patty Austin, The Platters, The Drifters, Gap Band, Dr. Hook, Millie Jackson and Kermit the Frog among others.

## TEACHING AND SPEAKING ENGAGEMENTS

1987 -Present
Lecturer, speaker, panelist on Musicology issues for various associations, organizations and schools around the country (AAAA's, Bar Association, Copyright Society of the USA, National Music Publishers Association, Songwriters Guild of America, among others).

1974-1982
Adjunct Professor, Lecturer, Instructor on Composition, Ethnomusicology, Music Theory, Hit Songwriting Techniques, Psychology of Music, Advertising Music, etc. at various universities, schools and institutions including Rutgers, SUNY, Piedmont Community College, American Guild of Authors and Composers (now Songwriter's Guild of America), etc. Participated in Artist-In-The-Schools program (1977-80)

## EDUCATION

| | |
|---|---|
| 1970-1972 | UCLA, MA in Music (Ethnomusicology specialization), UCLA Teaching Assistantship 70-71 |
| 1972 | Clifton Webb Endowment Fund Grant - Collected, in the field, music and cultural data for Master's Thesis: "Music of the Pawnee Indians" (With Special Reference to Present Day Oklahoma Practices). |
| 1968-1969 | University of California, Berkeley - Hertz Fellowship in Composition |
| 1964-1968 | Sarah Lawrence College, BA - Sarah Lawrence Fellowship for the study of Renaissance music and art in Florence, Italy, 1967. |
| 1962-1964 | University - Private classical piano instruction with Professor Donald Courier (One of only two high school students  selected for this program) |

## CREATIVE AWARDS

Two ASCAP Awards, CLIO, New York International Film Festival, American Song Festival

## ASSOCIATIONS

American Board of Forensic Examiners, Songwriter's Guild of America (past Council Member), SAG, AFTRA, AFM, ASCAP, SAMPAC (past Board member). Copyright Society of America, Women in Music (past Board member).

2

# *EXHIBIT B*

Case 1:07-cv-08580-DAB    Document 33-2    Filed 05/23/2008    Page 5 of 20

# When You Wish Upon a Star (in E)

## CE Arrangement - Original Key



*EXHIBIT C*

Case 1:07-cv-08580-DAB    Document 33-2    Filed 05/23/2008    Page 7 of 20

# When You Wish Upon a Star (in C)

## CE Arrangement - Transposed



*EXHIBIT D*



**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

PHOTODUPLICATION SERVICE
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress
contain a work entitled **WHEN YOU WISH UPON A STAR** (Featured In The
Walt Disney Full Length Motion Picture "Pinocchio") by
Ned Washington and Leigh Harline,  and that the attached photocopies - cover,
and pages 2 thru 4 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, is stamped with copyright registration
#Epub. 82126 dated January 8, 1940.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed
hereto on May 21, 2008.

By:  Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service





PUBLISHED  BY
**IRVING BERLIN, Inc.**
799 SEVENTH AVE., NEW YORK



# ²WHEN YOU WISH UPON A STAR

Featured In The Walt Disney Full Length
Motion Picture "PINOCCHIO"

Lyric by
NED WASHINGTON

Music by
LEIGH HARLINE



*Symbols for Guitar, Chords for Ukulele and Banjo.

Copyright 1940 by IRVING BERLIN INC., 799 Seventh Ave., N. Y. C.
All Rights Reserved including the Right of Public Performance for Profit.
International Copyright Secured.
Made in U.S.A.





When You 3



When You 3

*EXHIBIT E*

# I Need a Jew



# *EXHIBIT F*

# Comparison of CE Arrangement, Sheet Music, and "Jew"

SECTION (A)





Case 1:07-cv-08580-DAB   Document 33-2   Filed 05/23/2008   Page 17 of 20

SECTION (A1)



SECTION (B)

Case 1:07-cv-08580-DAB   Document 33-2   Filed 05/23/2008   Page 18 of 20

SECTION (A2)





\* A 2-measure vocal addition is added to CE arrangement here, between measures 24 and 25

\*\* A 15-measure unrelated interlude occurs here in "Jew", between measures 24 and 25

# *EXHIBIT G*



# I Need A Jew

Lyrics by Ricky Blitt &
Seth Mac Farlane
Music by Walter Murphy

FG 2ACX05

Confidential

MURPHY-00001

Plaintiff's Ex. 3