# *EXHIBIT H*



MURPHY-00002

Δ π EXHIBIT ___2___

Deponent _____

Date _____ Rptr. ____

WWW.DEPOBOOK.COM

#205 - 1M6, P.2



Confidential

MURPHY-00003



**Confidential**



**Confidential**

MURPHY-00005



MURPHY-00006



**Confidential**

**MURPHY-00007**







Confidential







Confidential





Confidential

MURPHY-00015

*EXHIBIT I*



Sandy Wilbur, President

### GLOSSARY OF COMMON MUSICAL TERMS USED IN THIS REPORT*

**For a very helpful explanation of how the piano keys relate to intervals, scales, and music notation, please go to: http://www.dolmetsch.com/musictheory6.htm**

**BEAT** - Referring to the recurring pulse or rhythmic unit of music.

**CHORD** - Three or more related pitches that sound simultaneously or in close proximity. Chords are often numbered I, II, III, IV, V, etc. corresponding to the pitches of the scale on which the chord is based. All chords contain two or more **INTERVALS**. A major chord uses a major third interval on the bottom and a minor third interval on top. For example, in the key of C major, The I, IV, or V chords, (represented as C, F, and G) are major chords. A minor chord contain a minor third interval on the bottom and a major third interval on top. The II and VI chords are minor chords (represented as Dm and Am). A diminished chord uses two minor intervals one on top of the other. The VII chord is a diminished chord (represented as Bdim).

**FLAT** - (*b*) A half step below the letter pitch. d*b* or d flat is the same pitch as c#.

**HARMONY** – The movement of intervals or chords over time. Harmonic rhythm refers to the duration and accent patterns of the intervals or chords in relation to one another.

**INTERVAL** - The distance between one pitch (or note) and the next. The distance is often measured in **STEPS**. A half step is the distance between each note in a chromatic scale (c to c#, e to f, b to c) while a whole step is two half steps (c to d, d to e, f to g, etc.) Two common intervals are referred to as a major third (c - e) and a minor third (a – c).

**KEY** - The tonal center to which all the other pitches are related. This is usually the first pitch (root or tonic) in the scale. A piece is said to be in the key of C major if it uses the "C" major scale, or, in the key of C minor, if it uses the C minor scale (see scale).

**MEASURE** (Often referred to as a **BAR**) - A unit of musical time, separated by a vertical line in a musical staff. Each measure contains a certain number of beats, determined by the **METER** of the piece or of the specific measure. When added together, the **NOTES**, representing pitches, and the **RESTS** representing periods of silence, must be equal to the number of beats in that measure.



Sandy Wilbur, President

**MELODY** - A horizontal succession of single pitches or notes, each with a specified duration. A **MELODIC PHRASE** is the grouping of notes into a unit or statement with a specific beginning and end. **MELODIC CONTOUR** refers to the shape of the phrase (as if one were to put lines between the notes on a graph). **MELODIC RHYTHM** refers to the duration and accent patterns of the note in relation to one another.

**METER** - A pattern of fixed units, or beats, by which a piece of music is measured. (See Measure.) Common meters are 4/4, 3/2, 6/8, etc., indicating that there are four, three or six beats in each measure (top number) while a quarter note, half note or eighth note gets one beat (bottom number).

**PITCH** - A specific sound on the scale of low to high that is based on frequency (or number of vibrations per second). The pitch "a" below middle c vibrates 440 times per second. The higher the pitch the higher the number of vibrations per second.

**RHYTHM** - The aspects of music pertaining to the organization of time, including duration of both sounds and silence, accent patterns found in the sounds, and silences that make up the musical and non-musical aspects of music. **Beats, meter, measures, tempo** all help define the rhythmic nature of a piece of music. Accent patterns found in both **melody**, lyrics, and **harmony** (melodic rhythm and harmonic rhythm, for example) all have rhythmic components.

**RIFF** – A repeated instrumental figure, (sometimes referred to as a **vamp** when used with vocals), which is used as a common performance practice in other works and is not related to the specific song (music or lyrics) but to the musical underpinning or arrangement of the song.

**SCALE** - The tonal foundation of most popular Western music is based on certain major and minor scales arranged as rising notes or pitches (Do - Re - Me - Fa- So - La - Ti – Do). The first pitch, Do (also referred to as the **ROOT**, or **TONIC**) is the most important pitch in the scale. All scales are made up of an arrangement of half steps, whole steps, and occasionally one and a half steps). A chromatic scale consists of all half steps (the black and white keys between one C and the next higher C on a piano, for instance)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chromatic Scale - | c | c# | d | d# | e | f | f# | g | g# | a | a# | b | c |
| Major scale | c | | d | | e | f | | g | | a | | b | c |
| Minor melodic (up) | c | | d | e*b* | | f | | g | | a | | b | c |
| Minor descending | c | | d | e*b* | | f | | g | a*b* | | b*b* | | c |



Sandy Wilbur, President

**SHARP** - (#) A half step up from the letter pitch.  c# or c sharp is the black note on the piano between c and d.

**TEMPO** - Speed or pulse, usually measured by how many beats per second are found in a piece of music.

\* The purpose of these brief definitions is to help get a better understanding of music as it relates to the music business generally and is not meant to be either legally accurate or complete.  It is offered as a way to help the layman understand this particular report. This material is copyrighted by Musiodata / Sandy Wilbur Music, Inc. 2008 and any duplication of this material is prohibited without permission.

# EXHIBIT J
## MP3s Filed with Court



# *EXHIBIT K*

**HARMONIC COMPARISONS (CHORDS NOTATED) BETWEEN THE FOLLOWING:**

**1 DC** = Deposit Copy Sheet Music                          **2 LF** = Lawrence Ferrara transcription of "Pinochio Song"
**3 BP** =Bourne Publishing Sheet Music                      **4 SW** = Sandy Wilbur transcription of "Pinocchio song"
**5 LF** = L. Ferrara's transcriptions of "I Need A Jew" (Family Guy song)  **6 SW** = S. Wilbur transcription of I Need A Jew
**7 MS** = Murphy score of "I Need A Jew"                     **8 ML** = Murphy Leadsheet of "I Need A Jew"

**FIRST VERSE** (1-4 "When You Wish" 5 – 8 "I Need A Jew"

| A | Bar 1 | Bar 2 | Bar 3 | Bar 4 | Bar 5 | Bar 6 | Bar 7 | Bar 8 |
|---|-------|-------|-------|-------|-------|-------|-------|-------|
| 1 DC | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | C    Cdim | Am7  Dm | F    G9 | C    G9 G7 |
| 2 LF | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | Cmaj9 Cdim | Am7  Dm | F    G9 | C    G9 G7 |
| 3 BP | C    A7 | Dm   Dm7 | G7 | Cdim   C | C    Cdim | Dm | F   G7 | C    G7 |
| 4 SW | C    A7 | Dm   Dm7 | G7 | Cdim   C | C/E   Ebdim7 | Dm7  D/F | F/G  G7 | C   Dm7/G G7 |
| 5 LF | C   C#dim7 | F/A  G/B | Am  A1/2dim7 | C | C    Abaug/E | Fmaj7 F#dim | G | C  Gsus  G |
| 6 SW | C   C#dim | Dm   G | Dm    D#dim | C/E | C    C#5 | F     F#dim | C/G Dm7/G Ddim7/G | C  Dm7 G7 |
| 7 MS | C   C#dim | Dm7  G7 | Dm7 D#dim | Csus9/E | C    E7#5 | Fmaj7 F#dim | C/G Dm7/G G7b9 | C  Dm7 G7 |
| 8 ML | C   C#dim | Dm7  G7 | Dm7 D#dim | Em7 | C    E7#5 | Fmaj7 F#dim | C/G Dm7/G G7b9 | C  Dm7 G7 |

**SECOND VERSE**

| A1 | Bar 1 | Bar 2 | Bar 3 | Bar 4 | Bar 5 | Bar 6 | Bar 7 | Bar 8 |
|----|-------|-------|-------|-------|-------|-------|-------|-------|
| 1 DC | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | C    Cdim | Am7  Dm | F    G9 | C |
| 2 LF | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | Cmaj9 Cdim | Am7  Dm | F    G9 | C |
| 3 BP | C    A7 | Dm   Dm7 | G7 | Cdim   C | C    Cdim | Dm | F   G7 | C |
| 4 SW | C    A7 | Dm   Dm7 | G7 | Cdim   C | C/E   Ebdim7 | Dm7  D/F | F/G  G7 | F/C    C |
| 5 LF | C   C#dim7 | F/A  G/B | Am  A1/2dim7 | C | C    Abaug/E | Fmaj7 F#dim | G | C D/C  C |
| 6 SW | C   C#dim | Dm   G | Dm    D#dim | C/E | C    C#5 | F     F#dim | C/G Dm7/G Ddim7/G | C D/C  C |
| 7 MS | C   C#dim | Dm7  G7 | Dm7 D#dim | Csus9/E | C    E7#5 | Fmaj7 F#dim | C/G Dm7/G G7b9 | C D/C  C |
| h | C   C#dim | Dm7  G7 | Dm7 D#dim | Em7 | C    E7#5 | Fmaj7 F#dim | C/G Dm7/G G7b9 | C D/C  C |

**B SECTION**

| B | Bar 1 | Bar 2 | Bar 3 | Bar 4 | Bar 5h | Bar 6 | Bar 7 | Bar 8 |
|---|---|---|---|---|---|---|---|---|
| 1D | Fm   Em | C | Dm Bbdim G7 | Cdim C | Am | D7 | Fm | G7 |
| 2F | Fm   Em | C | Dm Bbdim G7 | Cdim C | C Am Am6 Am7 | D7 | Fm | G7 |
| 3B | Fm6 Em | C | Dm Gdim G7 | Cdim C | Am | D7* | Fm6 | G7 |
| 4W | Fm6/G  G7 | C | F/G Gdim G | Cdim C | Am | Ddim  D | Fm6 | G7 |
| | | | | | | | | |
| 5F | C/G      G13-7 | G    Eb/G | C/G       G | Cdim   C | Am    E | Am Abaug C/G | Dm | G6 |
| 6W | Dm7/G  Ddim7/G | Em7/G Ebdim7/G | Dm7/G   Ddim7/G | Cdim7  C | F     E7 | Am7 | Fm6/D | G7b9 |
| 7M | Dm9/G G13b9 | Em7/G Eb9/G | Dm7/G G7b9 Dm7b5/G | B7/C    Cmaj7 | Dm7/G G7b9 Dm7b5/G | Am9 Am Am#7 Am7 | Dm7b5 | G13 |
| 8M | Dm9/G G13b9 | Em7/G Eb9/G | Dm7/G | Fm/G    C | F     E7sus  E7 | Am7 | Dm7b5 | G13 |

**THIRD VERSE**

| A2 | Bar 1 | Bar 2 | Bar 3 | Bar 4 | Bar 5 | Bar 6 | Bar 7** | | Bar 8 / 9… |
|---|---|---|---|---|---|---|---|---|---|
| 1D | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | C     Cdim | Am7 Dm | F     G9 | | C |
| 2 F | C  Aaug A7 | Dm   Dm7 | G7 | Cdim   C | Cmaj9 Cdim | Am7 Dm | F | Gsus G | C |
| 3B | C     A7 | Dm   Dm7 | G7 | Cdim   C | C     Cdim | Dm | F     G7 | | C |
| 4W | C     A7 | Dm   Dm7 | G7 | Cdim   C | C/E   Ebdim7 | Dm7  D/F | F/G | G7 | C |
| | | | | | | | | | |
| 5F | C  C#dim7 | F/A  G/B | Am  A1/2dim7 | C | C   Abaug/E | Fmaj7 F#dim | C/G | Gsus  G | C D/C  C |
| 6W | C  C#dim | Dm   G | Dm   D#dim | C/E | C   C#5 | F     F#dim | C/G | Dm7/G | C D/C  C |
| 7M | C  C#dim | Dm7 G7 | Dm7 D#dim | Csus9/E | C   E7#5 | Fmaj7 F#dim | C/G | Dm7/G  G7b9 | C D/C  C |
| 8M | C  C#dim | Dm7 G7 | Dm7 D#dim | Em7 | C   E7#5 | Fmaj7 F#dim | C/G | Dm7/G G13b9 | C |

NOTES: *LF adds an extra measure here, but it appears as a retard rather than real time
** Sheet music uses one measure while the vertical line adds another measure (8) making the following measure 9, 10, etc. in both "When You Wish Upon A Star" and "I Need A Jew" but not the sheet music

*EXHIBIT L*

# COMPARATIVE TRANSCRIPTION
## *FAMILY GUY SONG* placed over *PINOCCHIO SONG*
### In the key of C major



2



# *EXHIBIT M*

# Clair de Lune (in C)



# Comparison of "Claire de Lune" and "Star" (in C)
## (First Seven Notes of Each)

