# *EXHIBIT A*

WALTER  MURPHY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BOURNE CO.,                        )    ORIGINAL
                                   )
          Plaintiff,               )
                                   )
     vs.                           )  No. 07 CIV. 8580(DAB)
                                   )
TWENTIETH CENTURY FOX FILM         )
CORPORATION, FOX BROADCASTING      )
COMPANY, TWENTIETH CENTURY FOX     )
TELEVISION, INC., TWENTIETH        )
CENTURY FOX HOME ENTERTAINMENT,    )
INC., FUZZY DOOR PRODUCTIONS,      )
INC., THE CARTOON NETWORK, INC.,   )
SETH MAC FARLANE, WALTER MURPHY,   )
                                   )
          Defendants.              )
_____   )

DEPOSITION OF

WALTER MURPHY

TAKEN ON

TUESDAY, MARCH 11, 2008

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

WALTER   MURPHY

1    clear and your best testimony today.

2        A.    Right.  I understand.

3        Q.    Mr. Murphy, how long have you been a

4    professional musician?

5        A.    Since I was a teenager in high school.

6        Q.    How long ago was that?

7        A.    Oh, see, probably late 60's.

8        Q.    And am I correct that you're both a composer

9    and a recording artist?

10        A.    Yes, I have been in the past a recording

11    artist.  These days I am primarily a composer of

12    television and film scores.

13        Q.    How long has it been since you released your

14    last recording as a recording artist?

15        A.    Oh, early 80's, although I was involved with a

16    "Family Guy" album that was out a couple of summers ago.

17        Q.    You played on that album?

18        A.    I arranged music and conducted the orchestra

19    and wrote songs with Seth MacFarlane but I wasn't the

20    primary recording artist.

21        Q.    What would you say your three biggest hits.

22        A.    "A Fifth of Beethoven," that is my -- that's

23    the medley of my hit, so to speak.

24        Q.    That one is bigger than any others?

25        A.    Yeah, that was the largest one.  I had a record

WALTER MURPHY

1    of "Rhapsody and Blue" and a few others.

2        Q.    How did you come to work for "Family Guy"?

3        A.    I was contacted by Fox, a lady at Fox in the

4    music department for another matter, and I happened to

5    mention or ask what was new and pending in the TV

6    department and she put me in touch with Seth MacFarlane

7    who was in preliminary stages of developing "Family

8    Guy."  And I met Seth and we hit it off very well, and

9    so I have been working with him ever since.

10        Q.    And what's your business relationship with Fox

11   with respect to "Family Guy"?

12        A.    I guess you would say I'm an independent

13   contractor.  I am not an employee of Fox but when

14   they -- they hire me to compose music for television

15   shows at their discretion.

16        Q.    And do they contract with you directly or

17   through a corporation?

18        A.    I have a corporation.

19        Q.    What's the name of that corporation?

20        A.    Crabapple Enterprises.

21        Q.    Are you aware that the plaintiffs in this

22   litigation requested documents from you?

23        A.    Yes, I do.

24        Q.    And what did you do to find documents for those

25   requests?

WALTER   MURPHY

1      A.    I went through my files and my library of

2   scores and selected what was requested and sent them.

3      Q.    And the two pieces of written music that you

4   produced, are those the only documents that you have in

5   your possession now related to this episode of "Family

6   Guy"?

7      A.    Yes.

8      Q.    Do you have any personal knowledge of the

9   writing of the nonmusical elements of the Weinstein

10  episode?

11     A.    No, I am never involved in script writing.  My

12  portion of the process of the "Family Guy" production

13  happens after the scripts are written and the editing is

14  done.  All the post production begins and then I get

15  involved writing music.

16     Q.    And do you have any personal knowledge of the

17  lyric for "I Need A Jew"?

18     A.    No.

19     Q.    When were you first asked to be involved in

20  writing "I Need A Jew"?

21     A.    I don't remember the exact date.  It was in the

22  year 2000 when we began post production on that episode.

23  Let's see.  I think it was the spring of the year 2000.

24     Q.    But it would be during the post production

25  phase?

WALTER  MURPHY

1     A.    Let me correct that.

2     Q.    Sure.

3     A.    I scored with the orchestra in the spring of

4   the year 2000.  The song was actually written probably

5   six or eight months prior to that so that the animators

6   could animate to a guide musical track, which is usually

7   the way it's produced.

8     Q.    And what did you do to produce that version of

9   the song that was used six months before its early

10  version that you just discussed before you produced the

11  score for the orchestra?

12    A.    I was sent a copy of the script and I read

13  through it, and when I came to the page that had the

14  song lyrics, the parody lyrics, I used that and sat down

15  and wrote a tune to fit those lyrics.

16    Q.    And did you actually transcribe that tune at

17  that point?

18          Did you produce anything in writing for that

19  purpose?

20    A.    Yes, I -- I am sure I wrote down -- I made a

21  pencil sketch of the melody that I composed.

22    Q.    And what was done with that piece of writing?

23          How was it used in the production of "Family

24  Guy"?

25    A.    I recorded a piano version of the melody that I

WALTER  MURPHY

```
 1    had written and Seth MacFarlane sang a vocal -- a what's
 2    called a rough vocal so that -- so I suppose he could
 3    listen to it afterward and then play it for the other
 4    producers of the show and that that's -- that's what I
 5    did at first.
 6        Q.    And did you play piano on that recording?
 7        A.    Yes, I did.
 8        Q.    Does Seth MacFarlane read music?
 9        A.    Yes.
10        Q.    How exactly were you approached with this
11    particular assignment to write "I Need A Jew"?
12            Who approached you from "Family Guy" and gave
13    you this assignment?
14        A.    I believe it was Seth or someone in Seth's
15    office either called or just sent me the script, which
16    it happens either way when production schedules get
17    busy, sometimes, you know, there is an envelope in my
18    mail box and it's a script and it's obviously for me to
19    read.
20        Q.    And were you given any particular instructions
21    with respect to the song on how to write the melody?
22        A.    Not at first.  I read the script.  I realized
23    that this was a parody of a Disney-esque -- sweet
24    Disney-esque song and I just sat down and wrote that
25    tune and played it, made a copy of it and played it for
```

WALTER MURPHY

1    Seth, and he liked it and then he came over and sang a

2    vocal demo.

3        Q.    Do you know if -- did anybody from "Family Guy"

4    ever discuss with you using the exact music from "When

5    You Wish Upon A Star"?

6        A.    No.

7        Q.    When you were given your instructions to write

8    the song, were you instructed to write something that

9    would evoke the particular melody of "When You Wish Upon

10   A Star"?

11       A.    Actually, after I -- afterwards.  I wrote this

12   particular version of the melody and Seth sang it, and

13   sometime after that -- I can't remember the sequence of

14   events exactly -- either Seth or his partner, David

15   Zuckerman, mentioned to me that they would like the

16   melody to be even closer to the Disney song, and I said

17   that I had to be careful because I have an agreement

18   with Fox that I provide unique music, and so I didn't

19   want to use any portion of the Disney song.

20             And later on, Seth sang another version of it,

21   and changed a few notes here and there to make -- to

22   make the average person realize that this was going to

23   be a parody.

24       Q.    And he did he do that by making the song closer

25   to "When You Wish Upon A Star," the melody of "When You

WALTER  MURPHY

```
 1    Wish Upon A Star"?

 2        A.    Yeah, he changed a few notes at the beginning

 3    of each verse that made it a little closer so that

 4    the -- he felt that the average audience member would

 5    realize that this is a parody.

 6        Q.    So Seth wrote that part of the final melody as

 7    opposed to you?

 8        A.    Yes.

 9        Q.    In the process of writing the first version

10    that you produced, did you reference any -- did you look

11    at or reference any sheet music for "When You Wish Upon

12    A Star"?

13        A.    No.

14        Q.    Did you listen to any recordings of "When You

15    Wish Upon A Star"?

16        A.    No.

17        Q.    Did you have in your mind any recollection of

18    the melody line for "When You Wish Upon A Star"?

19        A.    Yes.

20        Q.    And was it your intent to even in your first

21    version evoke "When You Wish Upon A Star"?

22        A.    My first intention was to try and write

23    something sweet and Disney-esque, without -- without

24    actually utilizing any material from "Wish Upon a Star"

25    to try and convey the joke in the script.
```

WALTER MURPHY

1       Q.   And what joke was that?

2       A.   That it was a parody of a scene from a Disney

3   movie, and the sweet melody coupled with the ridiculous

4   lyrics and the absurd imagery on the screen would be

5   funny.

6       Q.   And in your view, your first version of that

7   accomplished that goal.

8       A.   Yes, I think my first version evoked the

9   feeling of a Disney song.

10      Q.   As you were writing the melody for "I Need A

11  Jew," were you particularly using the same melodic

12  rhythm for "When You Wish Upon A Star"?

13      A.   Melodic rhythm.

14      Q.   Putting aside the pitch, just, you know, the

15  rhythm of the melody.

16      A.   I wasn't aware of that or intending on doing

17  that.

18      Q.   Can I have the folder for Exhibit 2, please.

19           I would like to show you a document we have

20  marked as Exhibit 2.  This was a document that was

21  produced in discovery as MURPHY 2 through MURPHY 15.

22           (Plaintiff's Exhibit 2 was

23           marked for identification.)

24  BY MR. FAKLER:

25      Q.   I will ask you to take a look at that and tell

WALTER  MURPHY

1    me what it is.

2        A.    This is a copy of my original orchestration

3    right here.  You have the conductor's score of my

4    original orchestration for the song as it appeared on

5    the soundtrack of the show.

6        Q.    Okay.  So was this the final version of the

7    score that you used for the recording session?

8        A.    Yes.

9        Q.    Is this an accurate notation of the song as you

10    wrote it -- I should say the final version of the song

11    as you wrote it?

12        A.    As far as the orchestra parts, yes.  The

13    melody, I would have to actually listen to a recording

14    to see if any of the rhythm or the notes were changed by

15    Seth vocal.

16            I mean I can't honestly say that without

17    listening to it, but I can tell you that the

18    orchestration part is exactly the way it appears on the

19    soundtrack.

20        Q.    Did you play the piano on the recording?

21        A.    No.

22        Q.    Now, when you mentioned the possibility of the

23    vocal melody changing, that would be based on Seth's

24    performance of it?

25        A.    Yes.

WALTER   MURPHY

1       Q.    And what sort of changes would he typically

2   make?

3       A.    Well, any singer performing a song generally

4   tries to make it his or her own by changing inflections

5   or length of notes or even actually changing notes.  I

6   don't -- I haven't heard a recording of the song in

7   quite a while.  So I can't honestly tell you this is

8   notated perfectly as to the way he actually sung it.

9       Q.    Would that also include, for example, if he

10  didn't come in right on the first beat --

11      A.    Sure.

12      Q.    -- of a phrase?

13      A.    Sure.

14      Q.    Or if he slowed down a little bit or sped up a

15  little bit --

16      A.    Right.

17      Q.    -- in the portion of a song?

18            Do you view those sort of changes as changing

19  the -- substantially changing the song that you wrote?

20      A.    Well, I guess it's a -- it's hard to say it's a

21  judgment call.  Depends on how much someone changes the

22  melody.  It's hard to quantify unless you are talking

23  about a specific recording of a specific song and then I

24  could tell you how differently, you know, it's performed

25  than the original.  I don't think any song is performed

WALTER   MURPHY

1    precisely the way it's notated by any particular singer.

2        Q.    And you don't -- do you remember what this

3    song -- whether there were significant changes?

4        A.    The difference that I can tell you from memory

5    is that the beginning of every phrase --

6        Q.    Right.

7        A.    -- is different from my original.

8        Q.    We're not -- we're on this document.

9        A.    Right.

10       Q.    Just from that to the recording --

11       A.    To the recording.

12       Q.    -- is what I am talking about.

13       A.    I think it's -- I would honestly have to listen

14   to his final recording to tell you exactly what would be

15   different.  I don't remember.

16       Q.    If a performer changes -- makes significant

17   changes to the melody of a song like that in the process

18   of their performance, are they generally considered to

19   have authored a new version with you of the song?

20       A.    No.

21           MR. ZAVIN:  Objection only to the extent you

22   said "like that."  There is no evidence that that exists

23   here.

24           MR. FAKLER:  That's fair enough.  That's fair

25   enough.

WALTER  MURPHY

1    BY MR. FAKLER:

2        Q.    If a performer does change a melody

3    significantly in the course of performing it for a

4    recording, have you typically recognized that person as

5    being a joint creator with you of the song of the music?

6            MR. ZAVIN:    Objection.

7            MR. FAKLER:    You can answer my question.

8            THE WITNESS:    I have never had that occasion in

9    anything I have written.

10   BY MR. FAKLER:

11       Q.    So you have never had a performer change it so

12   much that you considered it a whole new version of the

13   song.

14       A.    Let me think.    Not that I can think of.

15       Q.    So if somebody were to have done that, is that

16   something that would stand out in your mind, giving them

17   joint authorship credit?

18       A.    I would imagine.

19           MR. ZAVIN:    Objection.

20   BY MR. FAKLER:

21       Q.    You can answer.

22       A.    Well, it's never happened, so.

23       Q.    That's a fair clarification.

24           Now, I would like to have you take a look at

25   what we have marked as Plaintiff's Exhibit 3, and that

WALTER MURPHY

```
 1    was produced in discovery as MURPHY 1.

 2              (Plaintiff's Exhibit 3 was

 3              marked for identification.)

 4    BY MR. FAKLER:

 5        Q.    And I would like to ask you what this document

 6    is.

 7        A.    This is a copy of my original, what's called a

 8    lead sheet of the melody of the song from --

 9        Q.    And this document and also Exhibit 2 that we

10    just looked at, you retrieved these from your personal

11    files?

12        A.    Yes.

13        Q.    And you kept these in the ordinary course of

14    performing your --

15        A.    Yes.

16        Q.    -- composer services for ""Family Guy""?

17        A.    Yes.

18        Q.    Okay.  Is this the original version of the song

19    that you wrote that you talked about earlier?

20        A.    Yes.

21              MR. ZAVIN:  Objection; only I think he said the

22    original version was a pencil version.  He's testified

23    to that.

24              MR. FAKLER:  Fair enough.

25    BY MR. FAKLER:
```

WALTER MURPHY

1    Q.    When you discussed finally, you know,

2   presenting a version of the song to Seth to sing that he

3   eventually rejected and -- was this that version that

4   you presented to Seth?

5    A.    Yes.

6    Q.    And did you ever record a version of this?

7          Did you ever record, rather -- I am sorry, let

8   me start that over.

9          Did you ever record this version of "I Need A

10  Jew"?

11   A.    Yes, with Seth MacFarlane -- this was the

12  first -- yes, this is the first version that we recorded

13  of just piano and voice.

14   Q.    And what are the differences between this

15  version and the final version that was recorded?

16   A.    Well, again, I think I would have to listen to

17  a recording of the final version to tell you all the

18  nuances of difference between this and what was recorded

19  on the soundtrack.

20   Q.    Can you tell me the differences between that

21  and the score in Exhibit 2?

22   A.    Well, yeah.

23         MR. ZAVIN:    Objection; when you say "between

24  that," are you saying between the recording or between

25  Exhibit 3 and Exhibit 2?

WALTER   MURPHY

1          MR. FAKLER:  No, no, between Exhibit 3 and any

2    Exhibit 2.  Thank you.

3          THE WITNESS:  Okay.  Give me a minute and I

4    will look.

5    BY MR. FAKLER:

6       Q.   Sure.

7       A.   You have these stapled out of order.

8       Q.   I apologize for that.  We had them stapled in

9    the order they were Bates produced to us.

10      A.   Well, the essential difference is the melody in

11   the first measure is changed in the score version,

12   and -- well, the bar numbers don't match up because

13   there is no introduction here, but this measure and --

14   the first and third measures of the melody are changed

15   each time the verse happens.  That's the essential

16   difference.  Now, there could be more minor inflections

17   or differences in his vocal recording which, you know, I

18   can't tell you that.

19      Q.   Sure.

20      A.   Yeah.

21      Q.   Could you look in the folder for Exhibit 4,

22   please.

23          I would like to show you a document that we

24   have marked as Plaintiff's Exhibit 4.  The document was

25   produced in discovery at FOX 256 through 259.

WALTER  MURPHY

```
 1              (Plaintiff's Exhibit 4 was marked for
 2              identification by the court reporter
 3              and is attached hereto.)
 4    BY MR. FAKLER:
 5       Q.   And can you tell me what this document is?
 6       A.   This is a copy of the musical cue sheet for
 7    that particular episode.
 8       Q.   And what is this document used for?
 9       A.   It's used for royalty credit with the
10    performance rights society, either ASCAP or BMI, so that
11    composers and authors receive proper credit.
12       Q.   And is that for when the episode is shown --
13    broadcast on TV --
14       A.   Yes.
15       Q.   -- or when it's publicly performed?
16       A.   That's correct.
17       Q.   Were you involved in the creation of this cue
18    sheet?
19       A.   I didn't create the cue sheet but I looked at
20    it when it was completed.
21       Q.   So did you approve it the form that it was sent
22    out in?
23       A.   I did.
24       Q.   If you look down at the entries for "I Need A
25    Jew", entry six through nine, can you tell me why the
```

WALTER MURPHY

1  song is broken out in several different pieces.

2      A.    Because I recorded the song in four pieces for

3  recording convenience.  They're four segueing pieces of

4  music.  I often do that just for expediency on the

5  scoring stage.  And the two middle sections are actually

6  a musical -- I think maybe just the second section is a

7  musical interlude.  I have to look and see.

8      Q.    You are talking now line number seven?

9      A.    Line number seven, yeah, doesn't have a vocal.

10  There was a sequence in the middle of the song on screen

11  where Peter goes out the window and tumbles and winds up

12  on the ground, and so I did a musical interlude with no

13  vocal during that section.

14      Q.    And you gave that section a different title --

15      A.    Yes.

16      Q.    -- on that sheet?

17      A.    Yes, I called it "Interlude."

18      Q.    And why did you do that?

19      A.    Just because it wasn't specific -- it was kind

20  of based on the -- a little bit on the song, but not

21  really.  I mean a lot of the other material was new

22  material, musical material.

23      Q.    So the way that it's notated on this music cue

24  sheet for the purpose of the performing royalties,

25  "Interlude" is treated as a different song than "I Need

WALTER  MURPHY

1   A Jew"?

2       A.   Yes.

3       Q.   And does breaking out the other parts of "I

4   Need A Jew" as separate pieces in six, eight and nine,

5   does that have any impact on the royalties you were

6   paid?

7       A.   No.

8       Q.   And do you know if there's -- if that is

9   consistent with BMI rules as far as creating cue sheets?

10      A.   Sure.

11      Q.   Your testimony is it is consistent?

12      A.   It's consistent, yes.

13      Q.   Could I have the Exhibit 5 folder, please.

14      A.   Also, I might point out that the interlude was

15  notated as BI, which is background instrumental, and the

16  other sections of the song are notated as VV, which is

17  visual vocal, which is a different rate of payment from

18  BMI.  So all the more reason to specify which portions

19  of the song have a visual vocal and which don't.

20      Q.   And what's the difference in the rates?

21      A.   I don't recall.  It's less money if there's not

22  a visual vocal.

23      Q.   I would like to show you this document which we

24  have premarked as Plaintiff's Exhibit 5.  It was

25  produced in discovery at FOX 297.

WALTER  MURPHY

1    but I am asking you to answer that question.

2          Can you articulate how without the lyrics

3    this -- would the average listener, the nonspecialized

4    listener, would take the musically this as making fun of

5    "When You Wish Upon A Star"?

6    A.    It's hard to answer.  I mean I think people

7    that saw the show, got the joke, but comedy has to do

8    with context.

9    Q.    Right.

10    A.    Usually.

11    Q.    But I am asking you now just musically, can you

12    explain to me any musical device that you used in this

13    that a casual listener would recognize as making fun of

14    "When You Wish Upon A Star"?

15    A.    I think the melody would make someone make the

16    connection.

17    Q.    But would they -- what connection?

18    A.    The connection that this is a joke, a spoof, if

19    you want, of the song, the Disney song "Wish Upon A

20    Star".

21    Q.    What part of the melody would do that?

22    A.    I don't know if there is a specific part.  I

23    mean it would be in its entirety.  I mean how could you

24    excerpt these notes or these notes or these notes and

25    say those are the specific things that make somebody

WALTER MURPHY

1   recognize, that you are making fun of something?

2      Q.  I guess what I am asking --

3      A.  It's hard to quantify.

4      Q.  What is the funny part?  I understand your

5   testimony that overall the song evokes "When You Wish

6   Upon A Star."  I understand that, but I am not asking

7   about how the song evokes it.

8       I am asking specifically how would -- what part

9   of the song "I Need A Jew" would the listener recognize

10  as not just evoking but specifically ridiculing or

11  making fun of "When You Wish Upon A Star."

12     A.  I would have to say the entire song.

13     Q.  But not one particular phrase or part?

14     A.  I think I would have to answer the whole song.

15  I don't know if you can excerpt certain portions of it

16  and say okay, that's it right there, that's the thing.

17     Q.  But can you as you sit here excerpt a certain

18  part and point to it?  It's just the whole song?

19     A.  I would say the whole song, yeah.

20     Q.  And how is the whole song making -- not just

21  saying evoking but particularly ridiculing the original?

22      Musically, how is it doing that?

23     MR. ZAVIN:  Objection; I don't think he said

24  "ridiculing."  I think that is your word.

25     MR. FAKLER:  That is my question and he can

WALTER   MURPHY

1    answer it.

2            MR. ZAVIN:   Then objection.

3    BY MR. FAKLER:

4      Q.   Okay.  Do you believe that the entire song in

5    addition to making fun also ridicules "When You Wish

6    Upon A Star"?

7      A.   I don't know that.  I don't know if that's the

8    right word.  I mean, you know, that's also in the ear of

9    the listener and in the context of the show if people

10   think that this is satire or parody or ridicule.

11     Q.   But, again, I am asking now -- not in the

12   context of the show, just musically, just musically, do

13   you believe that "I Need A Jew" musically, using just --

14   does it musically, alone, does it ridicule "When You

15   Wish Upon A Star"?

16     A.   I would stay parodies "When You Wish Upon A

17   Star."

18     Q.   But does it ridicule "When You Wish Upon A

19   Star"?

20     A.   Well, explain what you mean by "ridicule."

21     Q.   Have you ever used the term "ridicule"?

22     A.   Yes.

23     Q.   What do you mean it to -- when you stay it,

24   what does it mean?

25     A.   Well, I mean I don't know the dictionary

WALTER  MURPHY

1     definition of it.

2          Q.    I am asking what your -- when you have used it

3     in the past.

4          A.    "Ridicule," I think it's not just makes fun.  I

5     mean -- I think it's more negative, has a more negative

6     connotation.

7          Q.    Okay.

8          A.    So my -- I think that this song parodies and

9     spoofs, if you will, "Wish Upon a Star."  I don't think

10    it ridicules "Wish Upon a Star," in my estimation.

11         Q.    And by making fun of, you talk about evoking

12    it.

13         A.    Well, it's making the viewer realize that this

14    song -- yes, evokes the memory of "Wish Upon a Star"

15    when they see it in the show and for all the reasons

16    that we talked about.

17         Q.    Can I have the folder for Exhibit 1, please.

18    You can put that back.

19              (Plaintiff's Exhibit 1 was

20              marked for identification.)

21    BY MR. FAKLER:

22         Q.    Are you aware that -- do you know who

23    Dr. Ferrara is, a musicologist?

24         A.    No.

25         Q.    Are you aware that an expert report has been

# EXHIBIT PL 2



MURPHY-00002

Δ π EXHIBIT 2

Deponent

Date _____ Rptr. _____

WWW.DEPOBOOK.COM

#205 - 1M6, P.2



Confidential





Confidential



MURPHY-00006







MURPHY-00009



Confidential

MURPHY-00010



Confidential

MURPHY-00011



**Confidential**

MURPHY-00012



Confidential



MURPHY-00014

# EXHIBIT PL 3

# I Need A Jew

FG 2ACX05

Lyrics by Ricky Blitt &
Seth Mac Farlane
Music by Walter Murphy



**Confidential**

MURPHY-00001

Plaintiff's Ex. 3

# EXHIBIT PL 4



PREPARED BY:
TWENTIETH CENTURY FOX
10201 WEST PICO BLVD.
LOS ANGELES, CA 90035
USA
PHONE: 310-369-2246 FAX: 310-969-0299

SERIES TITLE:        FAMILY GUY
EPISODE TITLE:       WHEN YOU WISH UPON A WEINSTEIN
PART NUMBER:
SERIES TYPE:         ANIMATED SERIES
VERSION TYPE:        EDITED FOR TV              **TWENTIETH CENTURY FOX FILM CORPORATION**
EPISODE NO.:
PRODUCTION NO.:      2ACX05
SYNDICATOR NO.:
AIRDATE:                                        # TV Music Cue Sheet
LENGTH:              30:00
NETWORK/STATION:
PRODUCER:
DISTRIBUTOR:

USAGE LEGEND:    VV=VISUAL VOCAL  VI=VISUAL INSTRUMENTAL  BV=BACKGROUND VOCAL
                 BI=BACKGROUND INSTRUMENTAL  SRC=SOURCE

| SEQ # | CUE # | TITLE | | COMPOSER/PUBLISHER | PERF | SOC | OCC | % | USAGE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1M1 | FAMILY GUY MAIN TITLE | C | MURPHY, WALTER | | BMI | 1 | 50.00 | VV | 0:30 |
| | | | C | MACFARLANE, SETH | | ASCAP | | 25.00 | | |
| | | | C | ZUCKERMAN, DAVID | | ASCAP | | 25.00 | | |
| | | | P | TCF MUSIC PUBLISHING INC. | | ASCAP | | 50.00 | | |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 50.00 | | |
| | USAGE DESC: | MAIN TITLE THEME | | | | | | | | |
| 2 | 1M2 | PLAYON | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:05 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 3 | 1M3 | LIFETIME BUMPER 1 | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:04 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 4 | 1M4 | LIFETIME BUMPER 2 | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:03 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 5 | 1M5 | THE DRUNKEN CLAM | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:05 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 6 | 1M6 | I NEED A JEW | C | MURPHY, WALTER | | BMI | 1 | 50.00 | VV | 1:08 |
| | | | C | BLITT, RICKY | | BMI | | 50.00 | | |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | VISUAL VOCAL | | | | | | | | |
| 7 | 1M6A | INTERLUDE | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:30 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 8 | 1M6B | I NEED A JEW | C | MURPHY, WALTER | | BMI | 1 | 50.00 | VV | 0:34 |
| | | | C | BLITT, RICKY | | BMI | | 50.00 | | |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | VISUAL VOCAL | | | | | | | | |
| 9 | 1M7 | I NEED A JEW | C | MURPHY, WALTER | | BMI | 1 | 50.00 | VV | 0:10 |
| | | | C | BLITT, RICKY | | BMI | | 50.00 | | |

FOX-00256

**Plaintiff's Ex. 4**



PREPARED BY:
TWENTIETH CENTURY FOX
10201 WEST PICO BLVD.
LOS ANGELES, CA 90035
USA
PHONE: 310-369-2246 FAX: 310-969-0299

ERIES TITLE:        FAMILY GUY
PISODE TITLE:      WHEN YOU WISH UPON A WEINSTEIN
ART NUMBER:
ERIES TYPE:         ANIMATED SERIES
ERSION TYPE:      EDITED FOR TV                          **TWENTIETH CENTURY FOX FILM CORPORATION**
RODUCTION NO.:
PISODE NO.:        2ACX05
YNDICATOR NO.:
IRDATE:                                                              # TV Music Cue Sheet
ENGTH:                 30:00
ETWORK/STATION:
RODUCER:
ISTRIBUTOR:

USAGE LEGEND:     VV=VISUAL VOCAL   VI=VISUAL INSTRUMENTAL   BV=BACKGROUND VOCAL
                             BI=BACKGROUND INSTRUMENTAL   SRC=SOURCE

| SEQ # | CUE # | TITLE | | COMPOSER/PUBLISHER | PERF | SOC | OCC | % | USAGE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | VISUAL VOCAL | | | | | | | | |
| 10 | 2M1 | PLAYON | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:03 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 11 | 2M2 | WEINSTEIN FOOTCHASE | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:19 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 12 | 2M3 | DOWNTOWN TRANS. | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:04 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 13 | 2M4 | TRANS. TO HOUSE | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:04 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 14 | 2M5 | INDIANA KRAMDEN | C | MURPHY, WALTER· | | BMI | 1 | 100.00 | BI | 0:15 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 15 | 2M6 | TEMPLE SOURCE | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:33 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 16 | 2M7 | RULER WIELDING NUNS | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:11 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 17 | 2M8 | SHATNER ON THE ROOF | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:19 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |
| 18 | 2M9 | TENDER WEINSTEIN | C | MURPHY, WALTER | | BMI | 1 | 100.00 | BI | 0:11 |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | | |

FOX-00257



PREPARED BY:
TWENTIETH CENTURY FOX
10201 WEST PICO BLVD.
LOS ANGELES, CA 90035
USA
PHONE: 310-369-2246  FAX: 310-969-0299

SERIES TITLE:        FAMILY GUY
EPISODE TITLE:       WHEN YOU WISH UPON A WEINSTEIN
PART NUMBER:
SERIES TYPE:         ANIMATED SERIES
VERSION TYPE:        EDITED FOR TV
PRODUCTION NO.:
EPISODE NO.:         2ACX05
SYNDICATOR NO.:
AIRDATE:
LENGTH:              30:00
NETWORK/STATION:
PRODUCER:
DISTRIBUTOR:

**TWENTIETH CENTURY FOX FILM CORPORATION**

# TV Music Cue Sheet

USAGE LEGEND:     VV=VISUAL VOCAL   VI=VISUAL INSTRUMENTAL   BV=BACKGROUND VOCAL
BI=BACKGROUND INSTRUMENTAL   SRC=SOURCE

| SEQ # | CUE # | TITLE | | COMPOSER/PUBLISHER | PERF SOC | OCC | % | USAGE | TIME |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 2M10 | UH-OH | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:06 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 20 | 3M1 | TEMPLE PLAYON | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:04 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 21 | 3M2 | CAR DRIVE | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:06 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 22 | 3M3 | VEGAS | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:15 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 23 | 3M4 | STAR SEARCH | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:13 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 24 | 3M5 | STING ON LOIS | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:02 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 25 | 3M6 | DETERMINED DRIVING | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:07 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 26 | 3M7 | RABBI COPPERFIELD | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:05 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 27 | 3M8 | MRS. RABINOWITZ | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:13 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |
| 28 | 3M9 | ALL'S WELL, SORT OF | C | MURPHY, WALTER | BMI | 1 | 100.00 | BI | 0:24 |
| | | | P | FOX FILM MUSIC CORP. | BMI | | 100.00 | | |
| | USAGE DESC: | BACKGROUND INSTRUMENTAL | | | | | | | |

**FOX-00258**



PREPARED BY:
TWENTIETH CENTURY FOX
10201 WEST PICO BLVD.
LOS ANGELES, CA 90035
USA
PHONE: 310-369-2246  FAX: 310-969-0299

SERIES TITLE:       FAMILY GUY
EPISODE TITLE:      WHEN YOU WISH UPON A WEINSTEIN
PART NUMBER:
SERIES TYPE:        ANIMATED SERIES
VERSION TYPE:       EDITED FOR TV
PRODUCTION NO.:
EPISODE NO.:        2ACX05
SYNDICATOR NO.:
AIRDATE:
LENGTH:             30:00
NETWORK/STATION:
PRODUCER:
DISTRIBUTOR:

**TWENTIETH CENTURY FOX FILM CORPORATION**

# TV Music Cue Sheet

USAGE LEGEND:    VV=VISUAL VOCAL  VI=VISUAL INSTRUMENTAL  BV=BACKGROUND VOCAL
BI=BACKGROUND INSTRUMENTAL  SRC=SOURCE

| SEQ # | CUE # | TITLE | | COMPOSER/PUBLISHER | PERF | SOC | OCC | % | USAGE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 3M10 | FAMILY GUY END CREDITS | C | MURPHY, WALTER | | BMI | 1 | 50.00 | BI | 0:30 |
| | | | C | MACFARLANE, SETH | | ASCAP | | 25.00 | | |
| | | | C | ZUCKERMAN, DAVID | | ASCAP | | 25.00 | | |
| | | | P | TCF MUSIC PUBLISHING INC. | | ASCAP | | 50.00 | | |
| | | | P | FOX FILM MUSIC CORP. | | BMI | | 50.00 | | |
| | USAGE DESC: | END TITLE THEME | | | | | | | | |
| 30 | 3M11 | TWENTIETH CENTURY FOX FILM CORPORATION LOGO | C | NEWMAN, ALFRED | | ASCAP | 1 | 100.00 | BI | 0:03 |
| | | | P | TCF MUSIC PUBLISHING | | ASCAP | | 100.00 | | |
| | USAGE DESC: | LOGO THEME | | | | | | | | |

FOX-00259

Created with EZQ 3.1.00.  EZQ is a trademark of the American Society of Composers, Authors and Publi:

Page:    4    of  4