# *EXHIBIT C*

LINDA SHIMA-TSUNO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BOURNE CO.,                          )

       Plaintiff,                    )  ORIGINAL

vs.                                  ) No. 07 CIV. 8580(DAB)

TWENTIETH CENTURY FOX FILM           )

CORPORATION, FOX BROADCASTING        )

COMPANY, TWENTIETH CENTURY FOX       )

TELEVISION, INC., TWENTIETH          )

CENTURY FOX HOME ENTERTAINMENT,      )

INC., FUZZY DOOR PRODUCTIONS,        )

INC., THE CARTOON NETWORK, INC.,     )

SETH MAC FARLANE, WALTER MURPHY,     )

       Defendants.                   )

_____     )

30(B)(6) DEPOSITION OF FOX EMPLOYEE

LINDA SHIMA-TSUNO

TAKEN ON

WEDNESDAY, MARCH 12, 2008

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

LINDA SHIMA-TSUNO

1    standards and practices?

2       A.    In 2000.

3       Q.    What position did you have at the time that you

4    left?

5       A.    Director of Standards and Practices.

6       Q.    And how long were you Director of Standards and

7    Practices?

8       A.    I don't remember.  Maybe two years.

9       Q.    In your capacity in working in standards and

10   practices, were you involved at all in the "Family Guy"

11   television show?

12      A.    Yes.

13      Q.    What did you do with respect to the "Family

14   Guy" show?

15      A.    I was assigned to "Family Guy" for standards

16   and practices purposes for clearance.

17      Q.    And did you do that from the beginning of when

18   the "Family Guy" show was first on the air?

19      A.    Yes.

20      Q.    And were you assigned to the "Family Guy" show

21   up until the time you left Fox?

22      A.    Yes, I was.

23      Q.    Can you please explain to me what exactly is

24   standards and practices.

25      A.    We review material for acceptability for

LINDA SHIMA-TSUNO

1   broadcast.

2      Q.   And when you were working on the "Family Guy"

3   show during that period of time, whom did you report to?

4      A.   Roland MacFarland.

5      Q.   And what was his position?

6      A.   Vice President of Standards and Practices.

7      Q.   How would you characterize your working

8   relationship with the folks at "Family Guy"?

9      A.   I thought it was very good.

10     Q.   Do you remember working on an episode called

11  "When You Wish Upon a Weinstein?

12     A.   Yes, I do.

13     Q.   And how is your memory of the work that you did

14  on the Weinstein episode?

15     A.   What do you mean?

16     Q.   Do you remember it well?

17     A.   I remember it.  I may not remember details.  I

18  have put a lot of time into that episode because it was

19  problematic.

20     Q.   And why was that episode particularly

21  problematic?

22     A.   It had the potential to be offensive to

23  Jewish -- to the Jewish community.

24     Q.   What it was about the episode that had that

25  potential?

LINDA SHIMA-TSUNO

1      A.    Well, Peter wanted to -- Peter wanted to be

2    good with money and he wasn't a very bright guy.  And in

3    speaking with his friends, he discovered that all his

4    friends had people helping them manage their money, and

5    it just happened that his friends' people had Jewish

6    last names.

7          So Peter deducted that Jewish people were good

8    with money, could handle money well, and so he wanted to

9    become Jewish.

10     Q.    Who at "Family Guy" in the production did you

11   deal directly with for purposes of clearance?

12     A.    Mostly David Zuckerman and Seth MacFarlane.

13     Q.    And at what stage of the production of the

14   episode did you first get involved?

15     A.    Actually, I think someone brought it up during

16   the concept level.  That's my memory.

17     Q.    Were you at the first table read of the

18   episode?

19     A.    I imagine I was -- yes, I was.

20     Q.    And what was your first reaction after the

21   table read?

22     A.    That there were many problems with the episode,

23   that we would have to work through a lot of things in

24   the episode.

25     Q.    And did you communicate this reaction to the

LINDA SHIMA-TSUNO

1    "Family Guy" staff?

2         A.    Yes.

3         Q.    And in what ways did you have telephone

4    conversations with them?

5         A.    Yes, many.

6         Q.    And did you also send letters?

7         A.    Yes.

8

9

10                    **REDACTED**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LINDA SHIMA-TSUNO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**

LINDA SHIMA-TSUNO

1
2
3
4
5
6
7
8      Q.    Can you tell me who Ken Dennis is?
9      A.    Ken Dennis, he was a producer for "Family Guy."
10
11
12                    **REDACTED**
13
14
15
16
17
18
19
20
21
22
23
24
25

LINDA SHIMA-TSUNO

1

2

3

4

5

6

7

8        **REDACTED**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LINDA SHIMA-TSUNO

1

2

3

4

5

6

7

8

9

10

11

12

13        **REDACTED**

14

15

16

17

18

19

20

21                                                          u

22

23

24      Q.    Did Rabbi Levi ever provide a written letter

25   of -- any written form of his opinion about the episode?

LINDA SHIMA-TSUNO

1        A.    You know, I don't recall.

2        Q.    And what was his opinion?

3        A.    He was not offended by the episode, but I do

4    believe that he thought the song might offend some

5    people.    I think everyone thought that.

6        Q.    And so did he -- he didn't give an overall

7    approval of the entire episode?

8        A.    No, he gave some notes, you know, on sections

9    that he thought should be revised.

10       Q.    And particularly, he mentioned the song as one

11   thing that he had a --

12       A.    That was one -- I believe everyone mentioned

13   the song.    So I am assuming he did, too.

14

15            **REDACTED**

16

17

18

19

20

21

22

23

24

25

LINDA SHIMA-TSUNO

1

2

3

4

# **REDACTED**

5

6

7

8     Q.    And do you know who selected Rabbi Geller?

9     A.    I did through a recommendation from someone

10    else.

11    Q.    And was she provided a copy of the script?

12    A.    Yes.

13    Q.    And I take it Seth and David knew you were

14    going to talk to her, as well?

15    A.    Oh, yes.

16    Q.    Did Rabbi Geller give any written opinion to

17    you?

18    A.    You know, I don't recall if any of them gave a

19    written opinion.

20    Q.    What was Rabbi Geller's opinion of the program?

21    A.    She thought it was very offensive.

22    Q.    Do you recall what her specific problems were

23    with the episode?

24    A.    She didn't like it at all.

25    Q.    And I take it that would include the song?

LINDA SHIMA-TSUNO

1     A.     That included the song.

2

3

4

5          **REDACTED**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LINDA SHIMA-TSUNO

1    **REDACTED**

2

3

4

5

6    Q.   Did anyone at "Family Guy" ever tell you that

7    the "I Need A Jew" song was specifically meant to make

8    fun of the alleged antisemitism of Walt Disney?

9    A.   I don't recall that.

10   Q.   At some point -- I'm sorry -- what was the --

11   was the episode cleared during season two for broadcast?

12   A.   No.

13   Q.   Why not?

14   A.   Senior management felt that it was just too

15   potentially offensive.

16   Q.   At some point did you learn that Fox had

17   decided to broadcast the Weinstein episode?

18   A.   After I had left, yes.

19   Q.   And were you surprised to find that out?

20   A.   Actually, they did this once before.  So, no.

21   MR. FAKLER:   Those are all the questions I

22   have.

23   MR. ZAVIN:   Hold on just one moment.

24   (Off the record.)

25   MR. ZAVIN:   Just a couple of very brief

# EXHIBIT PL 11

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 12

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 13

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 14

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 15

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 17

*EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 18

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*

# EXHIBIT PL 19

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*