# *EXHIBIT I*

TERESA TINGLE-HEPPNER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BOURNE CO.,

       Plaintiff,

                     CIVIL ACTION FILE

   vs.

                    NO. 07 Civ. 8580 (DAB)

TWENTIETH CENTURY FOX FILM
CORPORATION, FOX BROADCASTING
COMPANY, TWENTIETH CENTURY FOX
TELEVISION, INC., TWENTIETH CENTURY
FOX HOME ENTERTAINMENT, INC., FUZZY
DOOR PRODUCTIONS, INC., THE CARTOON
NETWORK, INC., SETH MACFARLANE,
WALTER MURPHY,

       Defendants.

DEPOSITION OF

TERESA TINGLE-HEPPNER

March 13, 2008

9:29 a.m.

600 Peachtree Street, NE

Suite 5200

Atlanta, Georgia

Jennifer D. Hamon, CCR-B-2287, RPR

TERESA TINGLE-HEPPNER

1      Q.    (By Ms. Stark)  You can answer.

2      A.    I would consider Fox a broadcast

3   network.

4      Q.    These are not trick questions.  I'm

5   just trying to get my terminology correct.

6          So I will refer to it as a telecast,

7   then, when I'm referring to Cartoon Network.

8          Does the Cartoon Network --

9          MR. RIMOKH:  One second.  I'm sorry.

10          Let her finish her question and

11      pause before you answer.

12      Q.    (By Ms. Stark)  Does Cartoon Network

13   telecast the show "Family Guy"?

14      A.    Adult Swim telecasts the show

15   "Family Guy."  They share channel space with

16   Cartoon Network.

17      Q.    Can you explain the relationship to

18   me between Adult Swim and Cartoon Network.

19      A.    The way I view it, they are two

20   separate program services that share the same

21   channel space, sort of like in the daytime

22   hours, it's Cartoon Network, and

23   post 11:00 p.m., it's Adult Swim.

24      Q.    Adult Swim is not owned by Turner?

25      A.    Yes, it is.

TERESA TINGLE-HEPPNER

1      Q.   Is Cartoon Network also owned by
2  Turner?
3      A.   Yes.
4      Q.   Do they share the same office space?
5      A.   No.
6      Q.   Where are Adult Swim's offices
7  located?
8      A.   Adult Swim is located on Williams
9  Street.  I don't know the street number.
10      Q.   And Cartoon Network's office is
11  located where?
12      A.   1050 Techwood Drive.
13      Q.   How far away are the offices,
14  approximately?
15      A.   A mile.
16      Q.   Tell me about your position at
17  Cartoon Network.  At the time of the airing of
18  the Weinstein episode, what was your position?
19      A.   My title at that time was senior
20  vice president standards and practices for the
21  Turner Entertainment Group.
22      Q.   So what was your responsibility with
23  respect to the Weinstein episode?
24      A.   My responsibility for that episode,
25  as for all programming, is to ensure

TERESA TINGLE-HEPPNER

1   compliance with our standards and practices

2   guidelines.

3        Q.   So it didn't matter that the program

4   was part of Adult Swim as opposed to part of

5   Cartoon Network, did it?

6             MR. RIMOKH:  Objection.

7        Q.   (By Ms. Stark)  You can answer.

8        A.   It does matter, because the

9   standards are different for the two services.

10       Q.   I'll rephrase the question, then.

11            Your responsibility to review a

12  program does not differ regardless of whether

13  the program airs on Adult Swim or Cartoon

14  Network; is that correct?

15            The criteria may differ, but your

16  responsibility to review a program does not

17  change; is that correct?

18       A.   That is correct.

19       Q.   When did Adult Swim start the

20  telecast of "Family Guy"?

21       A.   I don't remember exactly.

22       Q.   Was it in 1999?  2000?

23       A.   I don't remember exactly.  I think

24  it was after that.

25       Q.   2001?

TERESA TINGLE-HEPPNER

1    briefly discussed in the beginning, when we

2    were talking about your conversations before

3    the episode aired.

4             Before Adult Swim aired the episode,

5    take me through the steps that you went

6    through one by one to make the decision

7    whether or not it would go on Adult Swim and

8    be telecast.

9             What was the very first thing you

10   did?

11            MR. RIMOKH:  Just to be clear, when

12       you say "you," do you mean her, or do you

13       mean --

14            MS. STARK:  I mean the company.

15       She's here's as a representative of the

16       company.  She's here identified to discuss

17       that particular issue.

18            Q.  (By Ms. Stark)  Please tell me what

19   the company did step by step.

20            I'll help you a little bit.  How did

21   it come to be that this episode was going to

22   be telecast on Adult Swim?

23            A.  As is the case in general, James

24   Bagley, in my department, was the first to see

25   the program.  He screened the program and

TERESA TINGLE-HEPPNER

1    wrote the e-mail that you have to Mike Lazzo
2    and Keith Crawford, giving his opinion of the
3    program from a standards and practices point
4    of view and outlining what he thought
5    appropriate next steps were.
6            At some point after that, I recall
7    that Mike Lazzo called me to discuss it and
8    asked me to take a look at it.  I screened it
9    and gave Mike my thoughts.
10           Sometime after that, alternate lines
11   were presented for review, and we reviewed
12   those, according to our practice.
13           And then I wrote a memo in an
14   e-mail, which you have, giving my opinion
15   about the program and how it should be
16   handled.  And then the decision was made by
17   the network to move forward.
18       Q.   Who made the decision?
19       A.   I believe that ultimately -- this is
20   my opinion.  I believe ultimately it was Jim
21   Samples.
22       Q.   Who is Jim Samples?
23       A.   Jim Samples, at that time, was the
24   head of Cartoon Network.
25       Q.   And what does he do now?

TERESA TINGLE-HEPPNER

1    A.    Jim is no longer with the company.

2    Q.    So going back to the answers that

3  you gave, you said -- and I may be

4  paraphrasing, so please correct me if I'm not

5  stating it correctly -- as always, James

6  Bagley screened the program.

7          Why is James Bagley the one to

8  always screen the program?

9    A.    James's role in the department is to

10  support Cartoon Network and Adult Swim, and he

11  is identified as the first point person to

12  look at programming for those networks.

13    Q.    And was Adult Swim/Cartoon Network

14  aware that this episode had not aired on Fox?

15    A.    Yes.

16    Q.    And had you, meaning the company,

17  had conversations with Fox about why it had

18  not aired?

19    A.    I did not.

20    Q.    The company.

21    A.    I do not know who in the company may

22  have spoken to Fox.  I don't know.

23    Q.    Did you, in preparation for this

24  deposition, talk to anybody who may have had

25  conversations with Fox about why the episode

TERESA TINGLE-HEPPNER

1    didn't air on Fox?

2         A.    No.

3         Q.    Did the fact that the episode didn't

4    air on Fox enter into your decision-making

5    process?

6         A.    No.

7         Q.    Why is that?

8         A.    We make decisions based on the

9    content of the program.  We don't know what

10   other networks' standards and practices

11   guidelines or decision-making is.

12        Q.    So just to clarify, you don't know

13   whether anyone spoke with Fox or you don't

14   think anyone spoke with Fox regarding why the

15   episode didn't air on Fox?

16        A.    I don't know.

17        Q.    With respect to the alternate lines

18   in the program, did Cartoon Network/Adult Swim

19   request the alternate lines?

20        A.    My department will identify content

21   that cannot air and refer that back to the

22   network.  I do not know what conversations

23   anyone else had in terms of requesting those

24   lines.  I wasn't a part of that process.  I

25   merely identified the line that I wasn't

TERESA TINGLE-HEPPNER

1  comfortable with airing.

2      Q.   And what line was that?

3      A.   That was the line "Even though they

4  killed my Lord."

5      Q.   In the song?

6      A.   In the song.

7      Q.   Was there any other content that you

8  identified in the episode or in the song that

9  you were uncomfortable with?

10     A.   No.

11     Q.   So you testified that you identified

12 this line in the song that you were not

13 comfortable with.  Who proposed the alternate

14 line?  Who proposed an alternate line?

15         MR. RIMOKH:  Objection.

16         MS. STARK:  Basis?

17         MR. RIMOKH:  It's vague and

18     ambiguous.

19     Q.   (By Ms. Stark)  Was an alternate

20 line proposed for the song?

21     A.   An alternate line was presented to

22 me at some later point.  And it was

23 acceptable.

24     Q.   Who presented the line to you?

25     A.   Mike Lazzo.

TERESA TINGLE-HEPPNER

1     Q.   What was the line?

2     A.   "I don't believe they killed my

3 Lord."

4     Q.   Did Mike tell you how that line came

5 about, how that new line came about?

6     A.   I don't recall.

7     Q.   And you found that line acceptable?

8     A.   Yes.

9     Q.   And once you found that line

10 acceptable, what actions did you take, based

11 on that determination, with respect to the

12 episode and the song?  And I say "you,"

13 meaning the company.

14

15

16

17

18

19

20

21

22           **REDACTED**

23

24

25

TERESA TINGLE-HEPPNER

1            MR. RIMOKH:  Thank you.

2        Q.   (By Ms. Stark)  Can you tell me what

3    this is, what this document is.

4        A.   This e-mail has the memo I wrote on

5    the Weinstein episode.

6        Q.   The one that you just testified to?

7        A.   The one that I just referred to.

8        Q.   And just so we can get the record

9    clear, is that on page TCN-00014, there on the

10   bottom right?

11       A.   Yes.

12       Q.   Okay.  Continue.

13       A.   And I see comments from other people

14   and discussion about how we would move

15   forward.

16       Q.   When you print e-mails, it goes from

17   the bottom up.  So did you receive this full

18   chain here on this first page, TCN-00013?

19       A.   Yes.

20       Q.   I see your name appears on each one

21   of these back and forth.  So you received

22   this.

23       A.   Yes.

24       Q.   Turning to your memo on the second

25   page that you were discussing, I just want to

TERESA TINGLE-HEPPNER

1    go back to -- I want to go back to exploring

2    and learning about after you wrote this

3    memo -- and this memo, you testified that you

4    wrote this after the alternate line was

5    approved; correct?

6        A.    That is my memory, yes.

7        Q.    At the very bottom, in the last

8    paragraph before it says, "Please call," it

9    says, I do believe CN should use one of the

10   edited versions that lose -- I assume that

11   means loses -- the line, quote, even though

12   they killed my Lord.

13          Does this refresh your memory as to

14   the circumstances concerning the edited

15   version of the episode?

16       A.    I remember that there were alternate

17   lines available and that they satisfied my

18   need for an alternate line that was

19   approvable.  I do not know where they came

20   from.

21       Q.    Is it fair to characterize this memo

22   to Jim as stating that you recommend airing

23   this program with that line revised?

24       A.    Yes.

25       Q.    And if you look at the date of this

TERESA TINGLE-HEPPNER

1    memo, it's dated October 27th, 2003.  Does

2    that refresh your memory as to when the

3    program aired?

4        A.    I'm sorry.  No.

5        Q.    Not a month later or six months

6    later?

7        A.    No.

8        Q.    But it is your testimony that you

9    know that it did air.

10       A.    Yes.

11       Q.    After you wrote this memo, what

12    happened between this memo and the time --

13    although you can't remember when -- the time

14    that the episode aired?

15       A.    I don't have much memory of what

16    happened once the decisions were made and they

17    had my information.  I'm sorry.  I don't

18    remember much.

19       Q.    If you look at the first page, just

20    take a minute to read this chain and see if

21    that refreshes your memory at all.

22       A.    My memory is very vague.  I mean,

23    all of this is familiar.

24       Q.    Can you just tell me generally what

25    this is discussing.

TERESA TINGLE-HEPPNER

1

2 **REDACTED**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Q.    (By Ms. Stark)   You can answer.

25     A.    I don't honestly remember any

TERESA  TINGLE-HEPPNER

1    between any of the other defendants in this

2    case, Fox, Fuzzy Door, MacFarlane, and the

3    Anti-Defamation League, or any other

4    organizations representing the Jewish

5    community regarding the Weinstein episode?

6        A.    No.

7        Q.    So I just want to go back to these

8    changes that were made to the episode.  Is it

9    your testimony that you don't know how these

10   changes were made?

11           I'm sorry.  This one change.  Is

12   that this one change to the line of the song?

13       A.    I am not clear whether you mean

14   technically or what you mean.

15       Q.    Let's go through it, then.  You

16   testified that you wanted to change that one

17   line of the lyric, and you asked for it to be

18   changed; is that correct?

19       A.    Yes.

20       Q.    Take me through the steps of how

21   that got changed.

22       A.    Our department communicated to Adult

23   Swim that that line was not acceptable for

24   air.  At some point later, they came back to

25   us with alternate lines which were acceptable.

TERESA TINGLE-HEPPNER

1    And subsequently, a final was produced with

2    the alternate dialogue in its place, and that

3    was approved for air.

4        Q.    And did it air with the alternate

5    dialogue?

6        A.    Yes.

7        Q.    The first airing aired with the

8    alternate dialogue?

9        A.    Yes.

10       Q.    Does "Family Guy" have closed

11   captioning?

12       A.    I don't know that for a fact.

13       Q.    So would you know whether the lyric

14   had been changed in the closed captioning of

15   the episode?

16       A.    I do not know.

17       Q.    Should it have been if there were

18   closed captioning?

19       A.    Yes.

20       Q.    Are you still in standards and

21   practices?

22       A.    Yes.

23       Q.    Were you in '04?

24       A.    Yes.

25       Q.    Would you have been responsible for



1    TBS telecasts as well?

2

3

4

5

6

7

8                    **REDACTED**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TERESA TINGLE-HEPPNER

1     A.    I don't see August 13th.

2     Q.    (By Ms. Stark)  If you look at the

3  subject line in the middle of the second page,

4  it says, TBS viewer comments for the period

5  8/13 to 8/20.

6         So my presumption is that the

7  comment came in sometime between that time

8  period.  That's why I'm listing that date.

9         So you remember this happening?

10    A.    Yes.

11    Q.    And can you just tell me the details

12 of what happened.

13    A.    Apparently, in the library, the

14 original Fox version was never pulled from the

15 shelf when the replacement master was created.

16 And when TBS scheduled the episode, the wrong

17 master was pulled -- we were not aware of the

18 wrong master still being in the library -- and

19 aired.

20         We became aware of it because we

21 received this viewer complaint, and

22 immediately afterwards, we had the wrong

23 version that does not have the alternate

24 dialogue removed from the library and

25 destroyed.

TERESA TINGLE-HEPPNER

1       Q.   And on the first page of this

2   document, it says this is from Karen Cassell

3   to you.  It says, "My gut is to apologize."

4       Who is Karen Cassell?

5       A.   Karen Cassell is the senior vice

6   president of public relations for TBS and TNT.

7       Q.   Is she still?

8       A.   Yes.

9       Q.   And did somebody apologize to this

10  viewer?

11      A.   It is my understanding that they

12  did.

13      Q.   It wasn't you, though.

14      A.   It was not me.

15      Q.   So you don't know specifically how

16  that happened, this apology?

17      A.   I don't know specifically.

18      Q.   How does Cartoon Network or Turner

19  normally apologize to a viewer?

20      A.   If the complaint comes by e-mail, we

21  generally respond to their e-mail, because

22  that's the only contact information we have

23  for them.

24      Q.   Other than destroying the master and

25  responding to the complaint by the viewer by

TERESA TINGLE-HEPPNER



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**

# EXHIBIT PL 40

# *EXHIBIT FILED WITH THE COURT UNDER SEAL PURSUANT TO PROTECTIVE ORDER*