Jonathan Zavin (JZ-1846)
Jacques Rimokh (JR-0745)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BOURNE CO., :

        Plaintiff, :

        -against- :

TWENTIETH CENTURY FOX FILM :   07 Civ. 8580 (DAB)
CORPORATION, FOX BROADCASTING     **DECLARATION OF**
COMPANY, TWENTIETH CENTURY FOX : **JACQUES RIMOKH IN SUPPORT OF**
TELEVISION, INC., TWENTIETH     **DEFENDANTS' MOTION FOR**
CENTURY FOX HOME : **SUMMARY JUDGMENT**
ENTERTAINMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON :
NETWORK, INC., SETH MACFARLANE,
WALTER MURPHY, :

        Defendants. :

------------------------------------------------------------X

    I, JACQUES RIMOKH, ESQ., hereby declare as follows:

    1.    I am a partner at the law firm Loeb & Loeb LLP, counsel for Defendants in this action. I have personal knowledge of the facts set forth herein and have been authorized to submit this declaration on Defendants' behalf. I submit this declaration in support of Defendants' motion for summary judgment.

    2.    Attached hereto as **Exhibit A** is Plaintiff's Responses and Objections to Defendant Twentieth Century Fox Film Corporation's First Request for the Production of Documents, dated February 22, 2008, that were served on us by Plaintiff.

NY723555.1
202894-10011

3. Attached hereto as **Exhibit B** are excerpts of the deposition transcript of Ricky Blitt, dated March 10, 2008.

4. Attached hereto as **Exhibit C** are excerpts from the deposition transcript of Lawrence Ferrara, dated March 6, 2008.

5. Attached hereto as **Exhibit D** are excerpts from the deposition transcript of Jeremiah Horan, dated February 29, 2008.

6. Attached hereto as **Exhibit E** are excerpts from the deposition transcript of Michael Nichols Lazzo, dated March 13, 2008.

7. Attached hereto as **Exhibit F** are excerpts from the deposition transcript of Seth MacFarlane, dated March 10, 2008.

8. Attached hereto as **Exhibit G** are excerpts from the deposition transcript of Walter Murphy, dated March 11, 2008.

9. Attached hereto as **Exhibit H** are excerpts from the deposition transcript of Linda Shima-Tsuno, dated March 12, 2008.

10. Attached hereto as **Exhibit I** are excerpts from the deposition transcript of Lianne Siegel Shattuck, dated March 13, 2008.

11. Attached hereto as **Exhibit J** are excerpts from the deposition transcript of Karyn Soroka, dated March 4, 2008.

12. Attached hereto as **Exhibit K** are excerpts from the deposition transcript of Teresa Tingle-Heppner, dated March 13, 2008.

13. Attached hereto as **Exhibit L** are excerpts from the deposition transcript of Sandra Wilbur, dated March 19, 2008.

14. Attached hereto as **Exhibit M** are excerpts from the deposition transcript of David Zuckerman, dated March 13, 2008.

15. Attached hereto as **Exhibit N** are excerpts from the deposition transcript of Scott Grodin, dated March 12, 2008.

16. Attached hereto as **Exhibit O** is a true and correct copy of an excerpt from The Walt Disney Company's official website. The Walt Disney Family Museum, The Golden Age of Animation, http://disney.go.com/disneyatoz/familymuseum/exhibits/articles/goldenage/ (last visited May 31, 2008) ("[T]he music in "Pinocchio" was so successful that one of its songs, "When You Wish Upon a Star," has since become the official signature tune of The Walt Disney Company.").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of June, 2008.

_____
Jacques Rimokh