# EXHIBIT E

MICHAEL NICHOLAS LAZZO

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


BOURNE CO.,

      Plaintiff,


                   CIVIL ACTION FILE

   vs.

                   NO. 07 Civ 8580 (DAB)


TWENTIETH CENTURY FOX FILM

CORPORATION, FOX BROADCASTING

COMPANY, TWENTIETH CENTURY FOX

TELEVISION, INC., TWENTIETH CENTURY

FOX HOME ENTERTAINMENT, INC., FUZZY

DOOR PRODUCTIONS, INC., THE CARTOON

NETWORK, INC., SETH MACFARLANE,

WALTER MURPHY,

      Defendants.


DEPOSITION OF

MICHAEL NICHOLAS LAZZO


March 13, 2008

10:59 a.m.


600 Peachtree Street, NE

Suite 5200

Atlanta, Georgia


Jennifer D. Hamon, CCR-B-2287, RPR

MICHAEL NICHOLAS LAZZO

4  (Pages 10 to 13)

Page 10

1   Q.  What other ones?
2   A.  TBS, I believe.  That's it.
3   Q.  When did TBS start telecasting
4  "Family Guy"?
5   A.  I'm not sure of the exact date.
6   Q.  Roughly?  Do you have a year?
7   A.  I believe sometime in 2004.  I don't
8  know exactly.
9   Q.  Was it before or after Fox started
10 broadcasting "Family Guy" again?
11   A.  Again?  It would have been after, I
12 believe.
13   Q.  Do you have any responsibilities
14 with respect to the TBS telecasting of "Family
15 Guy"?
16   A.  No.
17   Q.  So you testified already that
18 Cartoon Network telecast an episode known as
19 "When You Wish Upon a Weinstein" or "Wish Upon
20 a Weinstein"; correct?
21   A.  Correct.
22   Q.  And when was the first telecast of
23 the episode?
24   A.  November 9th, 2003.
25   Q.  How many times to date has the

Page 11

1  episode been telecast for Cartoon Network?
2   A.  I believe it's 36 times.
3   Q.  And is there a song in the episode
4  called "I Need a Jew"?
5   A.  I believe that's the title of it.
6   Q.  You're familiar with the song.
7   A.  Yes.
8   Q.  Other than telecasts, has Cartoon
9  Network distributed the episode in any other
10 ways, for example, on the Internet or in
11 ringtones or video games or anything like
12 that?
13   A.  We have clipped the "Family Guy"
14 programming on the Internet, offered clips to
15 our website.
16   Q.  What website is that?
17   A.  Adultswim.com.
18   Q.  So the entire episode is available?
19   A.  No.
20   Q.  Portions?
21   A.  Portions.
22   Q.  Do you know whether the song "I Need
23 a Jew" is available on the Adult Swim website?
24   A.  I do not believe it is.
25   Q.  Is the song "I Need a Jew" available

Page 12

1  through music streaming services or ringtones
2  or video games?
3   A.  Not through Adult Swim or Cartoon
4  Network.
5   Q.  Do you know --
6   A.  I do not know.
7   Q.  Does the distribution through these
8  clips on the Adult Swim website -- do the
9  clips change?  Are they swapped in and out?
10 Does it just build a library?  How is that
11 maintained?
12   MR. RIMOKH:  Objection.
13   Q.  (By Ms. Stark)  You can answer.
14   A.  We rotate clips -- very often group
15 them as to theme.  Like Valentine's Day, we
16 would have love moments from "Family Guy,"
17 comical love moments, that kind of thing.
18   Q.  Is Cartoon Network involved in the
19 distribution of the "Family Guy" DVD?
20   A.  No.
21   (Deposition in recess, 11:11 a.m. to
22  11:13 a.m.)
23   Q.  (By Ms. Stark)  Before Cartoon
24 Network's first telecast of the episode -- and
25 for ease of reference, when I talk about the

Page 13

1  "episode," we're talking about the Weinstein
2  episode, just so I don't have to keep saying
3  the whole thing over and over again.
4   Before the first telecast of the
5  episode, did it air on Fox?
6   A.  No.
7   Q.  Do you know why?
8   A.  In talking with Seth, he said that
9  the management of Fox had issues with some of
10 the content within the episode.
11   Q.  When did you speak with -- are you
12 talking about Seth MacFarlane?
13   A.  Yes.
14   Q.  When did you speak with Seth
15 MacFarlane about this?
16   A.  This would have been at some point
17 after we started airing "Family Guy" in May.
18   Q.  Did Seth tell you specifically what
19 problems Fox had with the episode?
20   A.  He said that they had a problem with
21 the religious aspects of the show.
22   Q.  Did he talk to you about the song "I
23 Need a Jew"?
24   A.  He talked to me about the
25 episode in general.

MICHAEL NICHOLAS LAZZO

7 (Pages 22 to 25)

Page 22

1    put it on the cover?
2        MS. STARK: I think you should put
3    it on the cover. That's a good idea.
4        MR. RIMOKH: Why don't you put it on
5    the disk.
6        MS. STARK: Put it on the disk.
7    Jacques is running the deposition,
8    obviously.
9        MR. RIMOKH: I don't really care.
10   It doesn't matter to me.
11       MS. STARK: I think there may be a
12   problem if you put it on the disk and
13   someone tries to play it. So I would
14   prefer it on the cover.
15       (Whereupon a document was identified
16   as Plaintiff's Exhibit 42.)
17       MS. STARK: So we're marking
18   Plaintiff's Exhibit 42, and this is a DVD
19   produced by Cartoon Network, "When You
20   Wish Upon a Weinstein" Adult Swim cards.
21   These are bumps August 2003 to July 2004.
22   And it's Bates No. TCN-00157.
23       I'm going to attempt to play the
24   DVD.
25       I think you should just transcribe

Page 23

1    our conversation, and then if we need
2    to -- that's the music, but I can't see
3    it. I got it to work last night. Let's
4    see if we can get this -- here we go.
5        Q. (By Ms. Stark) (Playing DVD.) I'm
6    just pausing here. Can you see this?
7        A. Yes.
8        Q. Okay. Great.
9        Can you tell me what this is on the
10   screen here.
11       A. That is a production slate preceding
12   material that we would put on air.
13       Q. So for the record, this production
14   slate, it's got a number of identifying pieces
15   of information. At the very top, it says
16   "house," and then it says 629742 on it, and
17   we'll use that as an identification of this
18   particular slate.
19       And then one, two, three, four, five
20   six -- and the title is called "as open"?
21       A. Adult Swim.
22       Q. "Adult Swim Open."
23       And it says "production edit" here?
24       A. Producer/editor.
25       Q. "Producer/editor."

Page 24

1        And it says "Lazzo/Cahill."
2        So tell me: Does that mean you
3    produced this particular bump?
4        A. Mike Lazzo and Michael Cahill
5    produced that particular bump.
6        Q. So now I'm going to play the bump.
7    (Playing DVD.)
8        So I just paused it at the first
9    screen, and I will read it into the record.
10   It says, "The following program contains
11   content that some viewers may find
12   objectionable."
13       And then in the bottom right corner,
14   in parentheses, it says "Adult Swim."
15       So can you tell me about this card
16   and this bump.
17       A. We occasionally air that type of
18   disclaimer within the block at the top of
19   every hour to alert viewers that some of our
20   material is for mature audiences. So that's
21   just a fairly standard disclaimer like you
22   would see on many television -- preceding many
23   television shows.
24       Q. So is it fair to say that although
25   Cartoon Network decided to air the Weinstein

Page 25

1    episode, they felt that a disclaimer was still
2    necessary?
3        A. Yes.
4        Q. Can you explain that reasoning to
5    me.
6        A. Well, for, you know, any number of
7    shows, we occasionally air disclaimers
8    alerting viewers about mature content, like
9    many television networks, including NBC.
10       You know, it's just a fairly
11   standard operating procedure to air
12   disclaimers in front of programming. In fact,
13   we air disclaimers in front of our block when
14   it signs on at 11:00 every night.
15       Q. So you're saying "mature content."
16   What was the mature content in the Weinstein
17   episode?
18       A. Well, we're just -- we're trying to
19   differentiate -- we program to an 18-year-old
20   audience and older. So we're, in essence, by
21   day Cartoon Network and by night a young adult
22   audience. So we, in a standard way,
23   differentiate our block by running
24   disclaimers.
25       Q. Do you run this bump in front of

MICHAEL NICHOLAS LAZZO

8 (Pages 26 to 29)

Page 26

1 every "Family Guy" telecast?
2    A.  No.  We run this bump at 11:00, in
3 front of whatever program might be there.
4 Right now, that's "Family Guy," but it used to
5 be "Futurama."  Prior to that, it was home
6 movies.  It's a rotating collection of shows.
7    Q.  Does this bump run -- not this bump,
8 because it says Cartoon Network.  Does a
9 similar bump run in front of "Family Guy" on
10 TBS?
11    A.  I don't know.
12    Q.  So is it your testimony that this
13 bump really has nothing to do with the
14 Weinstein episode?
15    A.  If it aired in front of the
16 Weinstein episode -- you know, I don't recall
17 whether we ran a specific disclaimer in front
18 of the Weinstein episode or not.  It would not
19 surprise me if we did, however.
20    Q.  And why is that?
21    A.  We like to alert our audience that
22 sometimes the content of a specific show is
23 for mature audiences.  We would do that for
24 any number of our programs.
25    Q.  Let's look at the next card.

Page 27

1 (Playing DVD.)  So does this second card
2 refresh your recollection with respect to
3 running this bump in front of Weinstein and
4 the specific reasons --
5    A.  Yes.
6    Q.  So tell me what your recollection is
7 now.
8    A.  Well, I don't exactly remember the
9 card, however, we clearly produced it.  We
10 make packaging like this every week for every
11 night.  So we make a lot of these cards.  This
12 is a disclaimer-type card which we have run in
13 the past for other shows, and this one is
14 specific to that episode.
15    MS. STARK:  Let me just state -- I'm
16 sorry -- for the record that this second
17 part of this bump is a card that states,
18 "The views expressed in, quote, When You
19 Wish Upon a Weinstein, end quote, are
20 comedic in nature and do not reflect the
21 opinions of Adult Swim or Cartoon
22 Network."
23    And then, again, the Adult Swim, in
24 paren, logo appears at the bottom right.
25 And I think this clears up the question as

Page 28

1 to what the name of the episode is.
2    Q.  (By Ms. Stark)  So is it your
3 testimony that you have no clear recollection
4 as to the decision to create this custom card?
5    A.  I don't remember making it, however,
6 we clearly did.
7    (Deposition in recess, 11:35 a.m. to
8 11:45 a.m.)
9    Q.  (By Ms. Stark)  So did Cartoon
10 Network receive complaints regarding the
11 episode after it aired?
12    A.  Not to my knowledge.
13    Q.  You're speaking on behalf of the
14 company.  Did you educate yourself as to
15 whether there were any?
16    A.  I always get phone calls when we
17 have what I would consider a notable number of
18 complaints.  And in this particular case, I
19 did not get that phone call saying that we had
20 received a number of complaints and that we
21 should look into this.
22    Q.  What is the median age of a "Family
23 Guy" viewer?
24    MR. RIMOKH:  Objection.
25    Q.  (By Ms. Stark)  You can answer.

Page 29

1    A.  I'm not exactly sure.  It changes
2 year to year.  At, I think, the time that this
3 was broadcast, it would have been somewhere
4 around 16 or 17.  It's older than that now.
5 It's probably 18 or 19.  But I would have to
6 specifically pull research.
7    Q.  And you didn't pull the research in
8 connection with this deposition?
9    A.  I looked at a demo breakout but not
10 a median age.
11    Q.  Did you bring that breakout with
12 you?
13    A.  No.
14    MS. STARK:  We ask that we could get
15 a copy of that, whatever it is he looked
16 at.
17    MR. RIMOKH:  I'll take it under
18 advisement.
19    Q.  (By Ms. Stark)  You testified
20 earlier that you spoke with Seth MacFarlane
21 about the episode.
22    A.  Correct.
23    Q.  How many times did you speak with
24 Seth MacFarlane about the episode?
25    A.  One or two -- about the specific