# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BOURNE CO.,                          )
                                     )
        Plaintiff,                   )
                                     )
   vs.                               ) No. 07 CIV. 8580(DAB)
                                     )
TWENTIETH CENTURY FOX FILM           )
CORPORATION, FOX BROADCASTING        )
COMPANY, TWENTIETH CENTURY FOX       )
TELEVISION, INC., TWENTIETH          )
CENTURY FOX HOME ENTERTAINMENT,      )
INC., FUZZY DOOR PRODUCTIONS,        )
INC., THE CARTOON NETWORK, INC.,     )
SETH MAC FARLANE, WALTER MURPHY,     )
                                     )
        Defendants.                  )
_____)


DEPOSITION OF

WALTER MURPHY

TAKEN ON

TUESDAY, MARCH 11, 2008


Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

Page 10

1  A. Let me correct that.
2  Q. Sure.
3  A. I scored with the orchestra in the spring of
4  the year 2000. The song was actually written probably
5  six or eight months prior to that so that the animators
6  could animate to a guide musical track, which is usually
7  the way it's produced.
8  Q. And what did you do to produce that version of
9  the song that was used six months before its early
10 version that you just discussed before you produced the
11 score for the orchestra?
12 A. I was sent a copy of the script and I read
13 through it, and when I came to the page that had the
14 song lyrics, the parody lyrics, I used that and sat down
15 and wrote a tune to fit those lyrics.
16 Q. And did you actually transcribe that tune at
17 that point?
18    Did you produce anything in writing for that
19 purpose?
20 A. Yes, I -- I am sure I wrote down -- I made a
21 pencil sketch of the melody that I composed.
22 Q. And what was done with that piece of writing?
23    How was it used in the production of "Family
24 Guy"?
25 A. I recorded a piano version of the melody that I

Page 11

1  had written and Seth MacFarlane sang a vocal -- a what's
2  called a rough vocal so that -- so I suppose he could
3  listen to it afterward and then play it for the other
4  producers of the show and that that's -- that's what I
5  did at first.
6  Q. And did you play piano on that recording?
7  A. Yes, I did.
8  Q. Does Seth MacFarlane read music?
9  A. Yes.
10 Q. How exactly were you approached with this
11 particular assignment to write "I Need A Jew"?
12    Who approached you from "Family Guy" and gave
13 you this assignment?
14 A. I believe it was Seth or someone in Seth's
15 office either called or just sent me the script, which
16 it happens either way when production schedules get
17 busy, sometimes, you know, there is an envelope in my
18 mail box and it's a script and it's obviously for me to
19 read.
20 Q. And were you given any particular instructions
21 with respect to the song on how to write the melody?
22 A. Not at first. I read the script. I realized
23 that this was a parody of a Disney-esque -- sweet
24 Disney-esque song and I just sat down and wrote that
25 tune and played it, made a copy of it and played it for

Page 12

1  Seth, and he liked it and then he came over and sang a
2  vocal demo.
3  Q. Do you know if -- did anybody from "Family Guy"
4  ever discuss with you using the exact music from "When
5  You Wish Upon A Star"?
6  A. No.
7  Q. When you were given your instructions to write
8  the song, were you instructed to write something that
9  would evoke the particular melody of "When You Wish Upon
10 A Star"?
11 A. Actually, after I -- afterwards. I wrote this
12 particular version of the melody and Seth sang it, and
13 sometime after that -- I can't remember the sequence of
14 events exactly -- either Seth or his partner, David
15 Zuckerman, mentioned to me that they would like the
16 melody to be even closer to the Disney song, and I said
17 that I had to be careful because I have an agreement
18 with Fox that I provide unique music, and so I didn't
19 want to use any portion of the Disney song.
20    And later on, Seth sang another version of it,
21 and changed a few notes here and there to make -- to
22 make the average person realize that this was going to
23 be a parody.
24 Q. And he did he do that by making the song closer
25 to "When You Wish Upon A Star," the melody of "When You

Page 13

1  Wish Upon A Star"?
2  A. Yeah, he changed a few notes at the beginning
3  of each verse that made it a little closer so that
4  the -- he felt that the average audience member would
5  realize that this is a parody.
6  Q. So Seth wrote that part of the final melody as
7  opposed to you?
8  A. Yes.
9  Q. In the process of writing the first version
10 that you produced, did you reference any -- did you look
11 at or reference any sheet music for "When You Wish Upon
12 A Star"?
13 A. No.
14 Q. Did you listen to any recordings of "When You
15 Wish Upon A Star"?
16 A. No.
17 Q. Did you have in your mind any recollection of
18 the melody line for "When You Wish Upon A Star"?
19 A. Yes.
20 Q. And was it your intent to even in your first
21 version evoke "When You Wish Upon A Star"?
22 A. My first intention was to try and write
23 something sweet and Disney-esque, without -- without
24 actually utilizing any material from "Wish Upon a Star"
25 to try and convey the joke in the script.

Page 14

1   Q. And what joke was that?
2   A. That it was a parody of a scene from a Disney
3   movie, and the sweet melody coupled with the ridiculous
4   lyrics and the absurd imagery on the screen would be
5   funny.
6   Q. And in your view, your first version of that
7   accomplished that goal.
8   A. Yes, I think my first version evoked the
9   feeling of a Disney song.
10  Q. As you were writing the melody for "I Need A
11  Jew," were you particularly using the same melodic
12  rhythm for "When You Wish Upon A Star"?
13  A. Melodic rhythm.
14  Q. Putting aside the pitch, just, you know, the
15  rhythm of the melody.
16  A. I wasn't aware of that or intending on doing
17  that.
18  Q. Can I have the folder for Exhibit 2, please.
19      I would like to show you a document we have
20  marked as Exhibit 2. This was a document that was
21  produced in discovery as MURPHY 2 through MURPHY 15.
22      (Plaintiff's Exhibit 2 was
23      marked for identification.)
24  BY MR. FAKLER:
25  Q. I will ask you to take a look at that and tell

Page 15

1   me what it is.
2   A. This is a copy of my original orchestration
3   right here. You have the conductor's score of my
4   original orchestration for the song as it appeared on
5   the soundtrack of the show.
6   Q. Okay. So was this the final version of the
7   score that you used for the recording session?
8   A. Yes.
9   Q. Is this an accurate notation of the song as you
10  wrote it -- I should say the final version of the song
11  as you wrote it?
12  A. As far as the orchestra parts, yes. The
13  melody, I would have to actually listen to a recording
14  to see if any of the rhythm or the notes were changed by
15  Seth vocal.
16      I mean I can't honestly say that without
17  listening to it, but I can tell you that the
18  orchestration part is exactly the way it appears on the
19  soundtrack.
20  Q. Did you play the piano on the recording?
21  A. No.
22  Q. Now, when you mentioned the possibility of the
23  vocal melody changing, that would be based on Seth's
24  performance of it?
25  A. Yes.

Page 16

1   Q. And what sort of changes would he typically
2   make?
3   A. Well, any singer performing a song generally
4   tries to make it his or her own by changing inflections
5   or length of notes or even actually changing notes. I
6   don't -- I haven't heard a recording of the song in
7   quite a while. So I can't honestly tell you this is
8   notated perfectly as to the way he actually sung it.
9   Q. Would that also include, for example, if he
10  didn't come in right on the first beat --
11  A. Sure.
12  Q. -- of a phrase?
13  A. Sure.
14  Q. Or if he slowed down a little bit or sped up a
15  little bit --
16  A. Right.
17  Q. -- in the portion of a song?
18      Do you view those sort of changes as changing
19  the -- substantially changing the song that you wrote?
20  A. Well, I guess it's a -- it's hard to say it's a
21  judgment call. Depends on how much someone changes the
22  melody. It's hard to quantify unless you are talking
23  about a specific recording of a specific song and then I
24  could tell you how differently, you know, it's performed
25  than the original. I don't think any song is performed

Page 17

1   precisely the way it's notated by any particular singer.
2   Q. And you don't -- do you remember what this
3   song -- whether there were significant changes?
4   A. The difference that I can tell you from memory
5   is that the beginning of every phrase --
6   Q. Right.
7   A. -- is different from my original.
8   Q. We're not -- we're on this document.
9   A. Right.
10  Q. Just from that to the recording --
11  A. To the recording.
12  Q. -- is what I am talking about.
13  A. I think it's -- I would honestly have to listen
14  to his final recording to tell you exactly what would be
15  different. I don't remember.
16  Q. If a performer changes -- makes significant
17  changes to the melody of a song like that in the process
18  of their performance, are they generally considered to
19  have authored a new version with you of the song?
20  A. No.
21      MR. ZAVIN: Objection only to the extent you
22  said "like that." There is no evidence that that exists
23  here.
24      MR. FAKLER: That's fair enough. That's fair
25  enough.

### Page 18

1  BY MR. FAKLER:
2    Q. If a performer does change a melody
3  significantly in the course of performing it for a
4  recording, have you typically recognized that person as
5  being a joint creator with you of the song of the music?
6        MR. ZAVIN: Objection.
7        MR. FAKLER: You can answer my question.
8        THE WITNESS: I have never had that occasion in
9  anything I have written.
10 BY MR. FAKLER:
11   Q. So you have never had a performer change it so
12 much that you considered it a whole new version of the
13 song.
14   A. Let me think. Not that I can think of.
15   Q. So if somebody were to have done that, is that
16 something that would stand out in your mind, giving them
17 joint authorship credit?
18   A. I would imagine.
19        MR. ZAVIN: Objection.
20 BY MR. FAKLER:
21   Q. You can answer.
22   A. Well, it's never happened, so.
23   Q. That's a fair clarification.
24        Now, I would like to have you take a look at
25 what we have marked as Plaintiff's Exhibit 3, and that

### Page 19

1  was produced in discovery as MURPHY 1.
2        (Plaintiff's Exhibit 3 was
3         marked for identification.)
4  BY MR. FAKLER:
5    Q. And I would like to ask you what this document
6  is.
7    A. This is a copy of my original, what's called a
8  lead sheet of the melody of the song from --
9    Q. And this document and also Exhibit 2 that we
10 just looked at, you retrieved these from your personal
11 files?
12   A. Yes.
13   Q. And you kept these in the ordinary course of
14 performing your --
15   A. Yes.
16   Q. -- composer services for ""Family Guy""?
17   A. Yes.
18   Q. Okay. Is this the original version of the song
19 that you wrote that you talked about earlier?
20   A. Yes.
21        MR. ZAVIN: Objection; only I think he said the
22 original version was a pencil version. He's testified
23 to that.
24        MR. FAKLER: Fair enough.
25 BY MR. FAKLER:

### Page 20

1    Q. When you discussed finally, you know,
2  presenting a version of the song to Seth to sing that he
3  eventually rejected and -- was this that version that
4  you presented to Seth?
5    A. Yes.
6    Q. And did you ever record a version of this?
7        Did you ever record, rather -- I am sorry, let
8  me start that over.
9        Did you ever record this version of "I Need A
10 Jew"?
11   A. Yes, with Seth MacFarlane -- this was the
12 first -- yes, this is the first version that we recorded
13 of just piano and voice.
14   Q. And what are the differences between this
15 version and the final version that was recorded?
16   A. Well, again, I think I would have to listen to
17 a recording of the final version to tell you all the
18 nuances of difference between this and what was recorded
19 on the soundtrack.
20   Q. Can you tell me the differences between that
21 and the score in Exhibit 2?
22   A. Well, yeah.
23        MR. ZAVIN: Objection; when you say "between
24 that," are you saying between the recording or between
25 Exhibit 3 and Exhibit 2?

### Page 21

1        MR. FAKLER: No, no, between Exhibit 3 and any
2  Exhibit 2. Thank you.
3        THE WITNESS: Okay. Give me a minute and I
4  will look.
5  BY MR. FAKLER:
6    Q. Sure.
7    A. You have these stapled out of order.
8    Q. I apologize for that. We had them stapled in
9  the order they were Bates produced to us.
10   A. Well, the essential difference is the melody in
11 the first measure is changed in the score version,
12 and -- well, the bar numbers don't match up because
13 there is no introduction here, but this measure and --
14 the first and third measures of the melody are changed
15 each time the verse happens. That's the essential
16 difference. Now, there could be more minor inflections
17 or differences in his vocal recording which, you know, I
18 can't tell you that.
19   Q. Sure.
20   A. Yeah.
21   Q. Could you look in the folder for Exhibit 4,
22 please.
23        I would like to show you a document that we
24 have marked as Plaintiff's Exhibit 4. The document was
25 produced in discovery at FOX 256 through 259.

Page 22

1  (Plaintiff's Exhibit 4 was marked for
2  identification by the court reporter
3  and is attached hereto.)
4  BY MR. FAKLER:
5  Q. And can you tell me what this document is?
6  A. This is a copy of the musical cue sheet for
7  that particular episode.
8  Q. And what is this document used for?
9  A. It's used for royalty credit with the
10 performance rights society, either ASCAP or BMI, so that
11 composers and authors receive proper credit.
12 Q. And is that for when the episode is shown --
13 broadcast on TV --
14 A. Yes.
15 Q. -- or when it's publicly performed?
16 A. That's correct.
17 Q. Were you involved in the creation of this cue
18 sheet?
19 A. I didn't create the cue sheet but I looked at
20 it when it was completed.
21 Q. So did you approve it the form that it was sent
22 out in?
23 A. I did.
24 Q. If you look down at the entries for "I Need A
25 Jew", entry six through nine, can you tell me why the

Page 23

1  song is broken out in several different pieces.
2  A. Because I recorded the song in four pieces for
3  recording convenience. They're four segueing pieces of
4  music. I often do that just for expediency on the
5  scoring stage. And the two middle sections are actually
6  a musical -- I think maybe just the second section is a
7  musical interlude. I have to look and see.
8  Q. You are talking now line number seven?
9  A. Line number seven, yeah, doesn't have a vocal.
10 There was a sequence in the middle of the song on screen
11 where Peter goes out the window and tumbles and winds up
12 on the ground, and so I did a musical interlude with no
13 vocal during that section.
14 Q. And you gave that section a different title --
15 A. Yes.
16 Q. -- on that sheet?
17 A. Yes, I called it "Interlude."
18 Q. And why did you do that?
19 A. Just because it wasn't specific -- it was kind
20 of based on the -- a little bit on the song, but not
21 really. I mean a lot of the other material was new
22 material, musical material.
23 Q. So the way that it's notated on this music cue
24 sheet for the purpose of the performing royalties,
25 "Interlude" is treated as a different song than "I Need

Page 24

1  A Jew"?
2  A. Yes.
3  Q. And does breaking out the other parts of "I
4  Need A Jew" as separate pieces in six, eight and nine,
5  does that have any impact on the royalties you were
6  paid?
7  A. No.
8  Q. And do you know if there's -- if that is
9  consistent with BMI rules as far as creating cue sheets?
10 A. Sure.
11 Q. Your testimony is it is consistent?
12 A. It's consistent, yes.
13 Q. Could I have the Exhibit 5 folder, please.
14 A. Also, I might point out that the interlude was
15 notated as BI, which is background instrumental, and the
16 other sections of the song are notated as VV, which is
17 visual vocal, which is a different rate of payment from
18 BMI. So all the more reason to specify which portions
19 of the song have a visual vocal and which don't.
20 Q. And what's the difference in the rates?
21 A. I don't recall. It's less money if there's not
22 a visual vocal.
23 Q. I would like to show you this document which we
24 have premarked as Plaintiff's Exhibit 5. It was
25 produced in discovery at FOX 297.

Page 25

1  (Plaintiff's Exhibit 5 was marked for
2  identification by the court reporter
3  and is attached hereto.)
4  BY MR. FAKLER:
5  Q. Can you, please, tell me what this document is.
6  A. It's a breakdown of the instrumentation used on
7  the recording stage on the day that we recorded the
8  orchestra music for this episode of "Family Guy."
9  Q. And did you participate in preparing this
10 document?
11 A. No, the music preparation team or the music
12 copyists did this. They do this as a convenience to the
13 composer so that when you're on the recording stage, you
14 can realize how many instruments you need for each
15 particular piece of music so you can release some
16 musicians early if it they finish sooner and that sort
17 of thing.
18 Q. I see.
19 Did you use this in the production of the song,
20 the recording?
21 A. Yes.
22 Q. Do you participate in any way in -- well, let
23 me take a step back.
24 Is preexisting music ever used in connection
25 with the "Family Guy" episodes?

## Page 26

1   A.  Yes, there are licensed pieces of music.
2   Q.  And do you participate in any way in the
3   licensing or clearance process?
4   A.  No.
5   Q.  Were there any preexisting songs considered for
6   use in the Weinstein episode?
7   A.  That, I don't know.
8   Q.  Do you recall whether there was any
9   consideration of using either the song "Mrs. Robinson"
10  or "The Sounds of Silence"?
11  A.  I don't know.
12  Q.  Can I ask you to take a look at Exhibit 4
13  again, the cue sheet.
14     And if I ask to you look at entry 27 on the
15  third page, does that indicate that you wrote a piece of
16  music that you called "Mrs. Rabinowitz"?
17  A.  It does.
18  Q.  Do you recall what that piece of music was?
19  A.  I don't.  I mean it must refer something to --
20  the title must have something to do with a joke or some
21  segment of the script at that point but I don't remember
22  what the music was like or . . .
23  Q.  Do you remember being asked to write that piece
24  of music?
25  A.  Not specifically, but it must have been called

## Page 27

1   for in the script.
2   Q.  In writing the music for "I Need A Jew" --
3   well, taking the version in the score, does that song
4   musically make fun of "When You Wish Upon A Star"?
5   A.  I think it does.
6   Q.  And how does it do that?
7   A.  Well, I think it evokes the feeling of a
8   Disney-esque song or a segment of a Disney movie.  It's
9   very sweet and almost saccharin sounding orchestration,
10  and as we spoke earlier, I think coupled with the
11  ridiculous lyric makes it funny.
12  Q.  But putting aside the lyric, just musically,
13  how would it make fun of "When You Wish Upon A Star"?
14  A.  I think it would make fun of "Wish Upon A Star"
15  in the context of the show, but when you see -- when you
16  hear this piece of music and you see it in the context
17  of the episode, I think the audience would get that it's
18  a joke.
19  Q.  But as far as musically, without the content of
20  the lyric or the surrounding content of the episode,
21  just taking this as a piece of music, how would it
22  musically poke fun at "When You Wish Upon a Star"?
23  A.  Well, it would be hard to say.  I think if a
24  trained musician listened to it, they might get -- I
25  mean out of context, if a trained musician listened to

## Page 28

1   it without the melody --
2   Q.  I mean with the melody.
3   A.  With the melody.
4   Q.  But without the lyric.
5   A.  Without the lyric.
6      Yes, I think -- you know, it's hard to --
7   context very often has a lot to do with comedy, and I
8   think if a trained musician listened to it, they would
9   maybe get the joke.  If the average person on the street
10  heard it out of context, they might.
11  Q.  How would they -- how would an average person
12  get a joke from just from the music?
13  A.  Because I think it evokes the feeling of the
14  way "When You Wish Upon A Star" did.
15  Q.  But where is the humor or the mocking in just
16  evoking a musical style?
17     Do you think that every time musically you
18  evoke another style you are always making fun of that
19  style?
20  A.  It's hard to -- it's hard to answer that
21  because I think lyrics are very important.
22  Q.  No, no, I understand, and I understand -- I am
23  asking you to, you know, separate out the lyrics.
24     If you are saying that you can't articulate it
25  without the lyrics, that's fine, that's a fine answer,

## Page 29

1   but I am asking you to answer that question.
2      Can you articulate how without the lyrics
3   this -- would the average listener, the nonspecialized
4   listener, would take the musically this as making fun of
5   "When You Wish Upon A Star"?
6   A.  It's hard to answer.  I mean I think people
7   that saw the show, got the joke, but comedy has to do
8   with context.
9   Q.  Right.
10  A.  Usually.
11  Q.  But I am asking you now just musically, can you
12  explain to me any musical device that you used in this
13  that a casual listener would recognize as making fun of
14  "When You Wish Upon A Star"?
15  A.  I think the melody would make someone make the
16  connection.
17  Q.  But would they -- what connection?
18  A.  The connection that this is a joke, a spoof, if
19  you want, of the song, the Disney song "Wish Upon A
20  Star".
21  Q.  What part of the melody would do that?
22  A.  I don't know if there is a specific part.  I
23  mean it would be in its entirety.  I mean how could you
24  excerpt these notes or these notes or these notes and
25  say those are the specific things that make somebody

Page 30

1  recognize, that you are making fun of something?
2    Q. I guess what I am asking --
3    A. It's hard to quantify.
4    Q. What is the funny part? I understand your
5  testimony that overall the song evokes "When You Wish
6  Upon A Star." I understand that, but I am not asking
7  about how the song evokes it.
8       I am asking specifically how would -- what part
9  of the song "I Need A Jew" would the listener recognize
10 as not just evoking but specifically ridiculing or
11 making fun of "When You Wish Upon A Star."
12   A. I would have to say the entire song.
13   Q. But not one particular phrase or part?
14   A. I think I would have to answer the whole song.
15 I don't know if you can excerpt certain portions of it
16 and say okay, that's it right there, that's the thing.
17   Q. But can you as you sit here excerpt a certain
18 part and point to it? It's just the whole song?
19   A. I would say the whole song, yeah.
20   Q. And how is the whole song making -- not just
21 saying evoking but particularly ridiculing the original?
22      Musically, how is it doing that?
23      MR. ZAVIN: Objection; I don't think he said
24 "ridiculing." I think that is your word.
25      MR. FAKLER: That is my question and he can

Page 31

1  answer it.
2       MR. ZAVIN: Then objection.
3  BY MR. FAKLER:
4    Q. Okay. Do you believe that the entire song in
5  addition to making fun also ridicules "When You Wish
6  Upon A Star"?
7    A. I don't know that. I don't know if that's the
8  right word. I mean, you know, that's also in the ear of
9  the listener and in the context of the show if people
10 think that this is satire or parody or ridicule.
11   Q. But, again, I am asking now -- not in the
12 context of the show, just musically, just musically, do
13 you believe that "I Need A Jew" musically, using just --
14 does it musically, alone, does it ridicule "When You
15 Wish Upon A Star"?
16   A. I would stay parodies "When You Wish Upon A
17 Star."
18   Q. But does it ridicule "When You Wish Upon A
19 Star"?
20   A. Well, explain what you mean by "ridicule."
21   Q. Have you ever used the term "ridicule"?
22   A. Yes.
23   Q. What do you mean it to -- when you stay it,
24 what does it mean?
25   A. Well, I mean I don't know the dictionary

Page 32

1  definition of it.
2    Q. I am asking what your -- when you have used it
3  in the past.
4    A. "Ridicule," I think it's not just makes fun. I
5  mean -- I think it's more negative, has a more negative
6  connotation.
7    Q. Okay.
8    A. So my -- I think that this song parodies and
9  spoofs, if you will, "Wish Upon a Star." I don't think
10 it ridicules "Wish Upon a Star," in my estimation.
11   Q. And by making fun of, you talk about evoking
12 it.
13   A. Well, it's making the viewer realize that this
14 song -- yes, evokes the memory of "Wish Upon a Star"
15 when they see it in the show and for all the reasons
16 that we talked about.
17   Q. Can I have the folder for Exhibit 1, please.
18 You can put that back.
19      (Plaintiff's Exhibit 1 was
20      marked for identification.)
21 BY MR. FAKLER:
22   Q. Are you aware that -- do you know who
23 Dr. Ferrara is, a musicologist?
24   A. No.
25   Q. Are you aware that an expert report has been

Page 33

1  submitted by the defendants in this case by an expert
2  musicologist?
3    A. I heard something to that effect but I don't
4  know by whom.
5    Q. Have you reviewed his report?
6    A. No.
7    Q. Have you reviewed any reports that our side has
8  produced, the musicological?
9    A. No.
10      MR. FAKLER: Those are all the questions I,
11 have.
12      MR. ZAVIN: Let's take a three-minute break.
13      (The deposition was concluded at
14      10:18 a.m.)