# EXHIBIT I

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOURNE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CIV. 8580(DAB) |
| | ) |
| TWENTIETH CENTURY FOX FILM | ) |
| CORPORATION, FOX BROADCASTING | ) |
| COMPANY, TWENTIETH CENTURY FOX | ) |
| TELEVISION, INC., TWENTIETH | ) |
| CENTURY FOX HOME ENTERTAINMENT, | ) |
| INC., FUZZY DOOR PRODUCTIONS, | ) |
| INC., THE CARTOON NETWORK, INC., | ) |
| SETH MAC FARLANE, WALTER MURPHY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

RULE 30(B)(6) DEPOSITION OF FOX EMPLOYEE

LIANNE SIEGEL SHATTUCK

TAKEN ON

THURSDAY, MARCH 13, 2008

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

MERRILL LEGAL SOLUTIONS
(800) 325-3376          www.MerrillCorp.com

## Page 10

1  Q. And these changes were made?
2  A. Yes.
3  Q. During season two of the Family Guy, did Fox
4  approve the "When You Wish Upon a Weinstein" episode for
5  broadcast?
6      MR. ZAVIN: Objection; just the confusion again
7  treating Fox as one entity.
8  BY MR. FAKLER:
9  Q. Did any Fox entity approve the Weinstein
10 episode for broadcast?
11 A. Well, 20th Century Fox Television, the studio I
12 work for, approved it creatively.
13 Q. And do you know if standards and practices
14 approved it for broadcast?
15 A. No, I believe they did not at that time.
16 Q. At that time.
17    And was the episode aired as part of season
18 two?
19 A. No.
20 Q. And I think what you were alluding to as at a
21 certain time the episode was aired by Fox Broadcasting.
22 A. Yes.
23 Q. And why did Fox change its position on that?
24 A. Well, by that time it had already aired several
25 times on Cartoon Network and it had also been released

## Page 11

1  on DVD and there was no public outcry or comment on it.
2  So they felt it was safe to air.
3  Q. With respect to the Fox defendants in this
4  lawsuit, is it their contention that Walt Disney was an
5  antisemite?
6      MR. ZAVIN: Objection; she's not -- she's here
7  to answer factual things. She is not here to answer
8  contentions. You know the contentions but this is
9  not --
10     MR. FAKLER: This is a foundation question. I
11 will get to the facts in a second.
12     MR. ZAVIN: Well, that one -- she is not here
13 to answer legal contentions.
14     MR. FAKLER: That's a factual contention,
15 whether he was an antisemite. That is not a legal
16 contention.
17     MR. ZAVIN: No.
18     MR. FAKLER: That was a claim that you are
19 making in this lawsuit.
20     MR. ZAVIN: That is correct.
21     MR. FAKLER: That is a factual claim that
22 defendants are making in this lawsuit.
23     MR. ZAVIN: No. And by the way, I think you
24 are incorrect.
25     MR. FAKLER: Okay.

## Page 12

1      MR. ZAVIN: There is no claim that he is an
2  antisemite. The claim is neither I, nor you, nor anyone
3  else knows. The man has been dead for quite some time.
4  The claim is he had a public reputation and was publicly
5  thought to be an antisemite.
6      MR. FAKLER: Okay.
7      MR. ZAVIN: And it's still a contention that
8  it's not appropriate for this witness.
9      MR. FAKLER: Are you going to instruct her not
10 to answer that question?
11     MR. ZAVIN: Yes. I mean are you really
12 pressing it, Paul? I will stipulate --
13     MR. FAKLER: It's a foundation question to move
14 on.
15     MR. ZAVIN: I will stipulate that it is the
16 position of these defendants that Mr. Disney had a
17 public reputation as an antisemite.
18 BY MR. FAKLER:
19 Q. Do any of the Fox defendants have any basis for
20 that position, that he -- that Walt Disney is publicly
21 perceived as having been an antisemite?
22 A. I don't know. I don't know what the basis for
23 that would be.
24 Q. Prior to this dispute -- and I can represent to
25 you that the -- this dispute in this lawsuit first began

## Page 13

1  in June of 2007 -- prior to that time, did anyone at the
2  Fox defendants have knowledge of why the Weinstein
3  episode used music from "When You Wish Upon A Star" as
4  the basis for the song "I Need A Jew"?
5  A. Yes, it was supposed to be a parody of that
6  song.
7  Q. And how did Fox come to know that?
8  A. The executive producer pitched it out to me.
9  They told me at the pitch that they were going to do a
10 parody of that song.
11 Q. And this was at the initial pitch phase?
12 A. Yes.
13 Q. And how did they describe the reason for using
14 it?
15    In other words, did they just say the word
16 "parody" or did they explain?
17 A. Yeah, they said we will have a moment
18 when Peter launches into song; it's going to be a
19 parody of "When You Wish Upon A Star" in which he
20 is saying how much he wishes he could have a Jew to
21 do his taxes.
22 Q. And did they explain why they viewed that as a
23 parody?
24 A. They didn't explain it, really. It was
25 self-evident to me.