# EXHIBIT L

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

BOURNE CO.,

       Plaintiff,    No. 07 Civ 8580(DAB)

   -vs-

TWENTIETH CENTURY FOX FILM

CORPORATION, FOX BROADCASTING

COMPANY, TWENTIETH CENTURY FOX

TELEVISION, INC., TWENTIETH

CENTURY FOX HOME ENTERTAINMENT,

INC., FUZZY DOOR PRODUCTIONS, INC.

THE CARTOON NETWORK, SETH

MACFARLANE, WALTER MURPHY,

       Defendants.

---------------------------------X

VIDEOTAPED DEPOSITION OF SANDRA WILBUR

New York, New York

March 19, 2008

Reported by:

Bonnie Pruszynski, RMR

Page 86

```
                S. Wilbur
 1
 2  what I did, in terms of trying to determine what
 3  the chords were, I transcribed out what the piano
 4  what actually playing.
 5      Q    I'm sorry.
 6      A    I transcribed out what the piano was
 7  playing in the A section, that first part, so I
 8  could be sure that I was hearing correctly what
 9  the notes were.
10      Q    And in the first three bars, there
11  are notes; correct?
12      A    Right.
13      Q    On the piano section?
14      A    Right.
15      Q    And is that the melody?
16      A    That is an introduction.
17      Q    Okay. And then moving on to bars
18  four, five, through nine, 10 through 14, for
19  example, what is the notation in the piano section
20  there?
21      A    Chords.
22      Q    What does --
23      A    Well, what it's doing is that the
24  notation there is simply indicating that those
25  chords change on every half note. So, it changes,
```

Page 87

```
                S. Wilbur
 1
 2  it, the chord plays in the beginning of the
 3  measure and then in the middle of the measure on
 4  the third beat in the first one.
 5           Let me see if there is any change, in
 6  measures, for instance, seven, that is a whole
 7  note; that means that the chord is held through
 8  the whole bar.
 9           So the harmonic rhythm, if you will,
10  is stated in that part, so that if you have, for
11  instance, measure five and six --
12      Q    Yes.
13      A    -- the chord plays on the first beat
14  and the second chord plays on the third beat and
15  it is held through for those two beats in both
16  cases. In measure seven, the chord is held for a
17  whole note. In measure ten, you have the C over G
18  is held for two beats, and then it changes, the
19  chord changes on the third beat, which is the D
20  minor seventh over G, and on the fourth beat it
21  changes to a G7 flat, I believe, if I can read
22  that correctly.
23      Q    In those same bars that you just
24  referenced is the melody for the piano set forth?
25           MS. STARK: Objection, form.
```

Page 88

```
                S. Wilbur
 1
 2      A    The melody for the piano?
 3      Q    Is the melody for the piano notated?
 4      A    No.
 5      Q    Do you know why not?
 6           MS. STARK: Objection. This is not
 7      her document.
 8      A    I didn't do this.
 9      Q    She is an expert. She can testify.
10      A    Basically, it's very simple.
11           The chords are here. They are
12  indicated. How the piano player plays those
13  chords, whether in chords or broken arpeggios or
14  in other ways is left open.
15      Q    What is that symbol that is, for
16  example, in -- there is two of them in bar five,
17  it appears to me, and correct me if I am wrong,
18  but it's a diamond shape with a line coming down.
19           What does that indicate?
20      A    That is just showing harmonic rhythm.
21  It's just showing the rhythm of the chord. It's
22  just saying that the chord is held for two beats.
23      Q    Look at page one of your report. In
24  that first sentence, in summary of findings, which
25  is seconds two A, it states: "Based on my
```

Page 89

```
                S. Wilbur
 1
 2  analysis, as discussed below, I have concluded
 3  that "I Need a Jew" is extremely similar to "When
 4  You Wish Upon a Star," incorporate large amounts
 5  of the creative expression in "When You Wish Upon
 6  a Star," and was obviously derived from "When You
 7  Wish Upon a Star."
 8           Is that your opinion?
 9      A    That is.
10      Q    Do you believe that "I Need a Jew"
11  can serve as a substitute for "When You Wish Upon
12  a Star"?
13           MS. STARK: Objection. Outside the
14      scope of her report. You can answer.
15      A    Can substitute, in terms of you mean
16  having this song put in the Pinocchio movie, is
17  that what you mean?
18      Q    That is one example.
19      A    No.
20      Q    Okay. Do you ever consult with
21  companies regarding music to insert either in a
22  commercial or in a motion picture?
23      A    Many times. All the time. Every
24  day.
25           MS. STARK: Objection. This is
```

Page 90

```
 1            S. Wilbur
 2   beyond the scope of Ms. Wilbur's report.
 3            MR. RIMOKH: Really. I would point
 4   you to her qualification section.
 5            MS. STARK: That is fine. You can
 6   ask her about her consulting, but --
 7   BY MR. RIMOKH:
 8       Q   Anyway, in your role as the
 9   consultant, if one of your clients wanted to use
10   "Wish Upon a Star" in a motion picture, would you
11   accept the song "I Need a Jew" as a substitute for
12   it?
13            MS. STARK: Objection. You can
14   answer.
15       A   It wouldn't happen.
16       Q   Why wouldn't it happen?
17            MS. STARK: Objection. You can
18   answer.
19       A   It's not the same.
20       Q   Okay. On page five of your report,
21   item number ten, you state, "the basic chord that
22   begins and ends each four-measure section is the
23   same."
24            What did you mean by that?
25       A   If you look at -- okay. What I said
```

Page 91

```
 1            S. Wilbur
 2   is that you have four measures -- on the first
 3   line?
 4       Q   Yes. I'm sorry. We are looking at
 5   Exhibit I again?
 6       A   Correct.
 7       Q   One second, let me get there.
 8            Okay. Go ahead.
 9       A   And the first chord is C in both?
10       Q   Okay.
11       A   The last chord of the four measures
12   is C in the top and C over E, which simply means
13   it's a C chord with an E in the base in the first
14   version.
15       Q   Pardon me. What word is that listed
16   or linked up to, so I can find my place?
17       A   It's on R, C in the --
18       Q   Is that the beginning or the end?
19       A   I'm sorry. Let me start again.
20       Q   Sure.
21       A   When and no-, no- as in nothing,
22   there is a C chord in both.
23       Q   Got it.
24       A   If you look at the end of the line,
25   who you are, above are is a C chord.
```

Page 92

```
 1            S. Wilbur
 2       Q   Are you saying in both it's a C
 3   chord?
 4       A   It's a C chord in both. It's a C
 5   over E in the base, which is basically a C chord
 6   with the E in the base, which is simply a C chord
 7   in first inversion. So that is the same basic
 8   chord.
 9            In measure five, between one on the
10   bottom and N as in anything, there is, again, a C
11   over E in the top.
12       Q   In "Wish Upon a Star"?
13       A   In "Wish Upon a Star."
14            And in "I Need a Jew", it's C in the
15   bottom.
16       Q   And you are saying those are the
17   same?
18       A   Those are the same.
19       Q   Okay. If you look at measure eight,
20   where you have the word "you" in "When You Wish
21   Upon A Star," and "Jew" --
22       Q   Yes.
23       A   -- in "I Need a Jew."
24       Q   Um-hum.
25       A   You have the C chord in the beginning
```

Page 93

```
 1            S. Wilbur
 2   of that measure, and you end with a G7 chord.
 3            In the next measure, nine --
 4       Q   Um-hum.
 5       A   -- you start with a C chord in
 6   both --
 7       Q   Um-hum.
 8       A   -- on the first word. And if you go
 9   four measures out, you end in the same way, in
10   measure 12 as you did in measure four.
11       Q   On C, is that what you are saying?
12       A   C, on the second syllable of extreme,
13   and again in the -- in the "I Need A Jew", it's a
14   C over E.
15       Q   Stop for one second. Just as a
16   matter of notation, you have just referenced that
17   in bar 12, it ends in a C chord. Is there a
18   reason that you don't place a C over the "I Need a
19   Jew" song?
20       A   That -- there is a reason, because
21   the C over E is held for the whole bar. So that
22   it starts earlier, but it's playing during that
23   entire bar.
24       Q   It's still there at that end note?
25       A   Right, same note.
```