# EXHIBIT N

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOURNE CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CIV. 8580(DAB) |
| | ) |
| TWENTIETH CENTURY FOX FILM | ) |
| CORPORATION, FOX BROADCASTING | ) |
| COMPANY, TWENTIETH CENTURY FOX | ) |
| TELEVISION, INC., TWENTIETH | ) |
| CENTURY FOX HOME ENTERTAINMENT, | ) |
| INC., FUZZY DOOR PRODUCTIONS, | ) |
| INC., THE CARTOON NETWORK, INC., | ) |
| SETH MAC FARLANE, WALTER MURPHY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

30(B)(6) DEPOSITION OF FOX EMPLOYEE

SCOTT GRODIN

TAKEN ON

WEDNESDAY, MARCH 12, 2008

Reported by:

Daryl Baucum, RPR, CRR, CBC, CSR No. 10356

Page 14

1  Q. And, Mr. Grogin, you would just say in looking
2  at this document, these figures you believe to be
3  accurate?
4  A. Yes.
5  Q. And Mr. Zavin and I discussed that the parties
6  will stipulate that this document will be admissible for
7  the purposes of the case. So in light of that, I don't
8  think that there is anything else I have to ask you --
9  A. Great.
10 Q. -- about the demographic information.
11 A. Okay.
12 Q. -- about the age demographic.
13    Let me ask you about the educational
14 demographic.
15 A. Okay.
16 Q. Do you have another document as to that?
17 A. It's all on this document.
18    MR. FAKLER: Can we treat this the same way?
19    MR. ZAVIN: It's the same document.
20    THE WITNESS: It's the same document and it
21 only requires one piece of information.
22 BY MR. FAKLER:
23 Q. Please, I appreciate that.
24 A. If you look at the numbers under the
25 educational demographic, consider 100 to be the mean and

Page 15

1  anything below that would be below the mean average and
2  anything above that would be above the mean average.
3  Q. So that is the demographic information.
4     (Whereupon, we enter into the
5     nonconfidential portion of SCOTT
6     GRODIN's deposition transcript.)

Page 16

1     (Nonconfidential transcript beginning
2     at Page 16 follows.)
3  BY MR. FAKLER:
4  Q. The next topic I would like to ask you about is
5  negative reaction to the Weinstein episode.
6     What did you do to prepare on that particular
7  topic for this deposition?
8  A. What did we do to prepare?
9  Q. What did you do to prepare for your
10 deposition --
11 A. Nothing.
12 Q. Are you the person within the organization that
13 knows the most personally about negative reaction to the
14 Weinstein episode?
15 A. One of if not the one person, yes.
16 Q. Did Fox receive any negative reaction from the
17 public to the Weinstein episode?
18 A. Negligible.
19 Q. What were the negligible reactions?
20 A. Maybe one or two E-mails.
21 Q. And what were the nature of those E-mails?
22 A. I don't remember.
23 Q. At a certain time, did Fox receive any
24 communications from the Anti-Defamation League about the
25 episode?

Page 17

1  A. Yes, prior to broadcast.
2  Q. And what was the first contact from the ADL?
3  A. I believe that I received a phone call from the
4  assistant to Rabbi Foxman.
5  Q. And it's your understanding that Mr. Foxman is
6  a rabbi?
7  A. He is a rabbi, yes.
8  Q. And what did the rabbi's assistant say to you
9  in that phone call?
10 A. They were aware that Fox was scheduled to
11 broadcast the "When You Wish Upon a Weinstein" episode.
12 They were familiar with it through its broadcast on
13 Cartoon Network and other Turner networks, and wanted to
14 express their concern that the episode might be
15 considered antisemitic and how best that they could help
16 us to mitigate any negative perception of the broadcast.
17 Q. And what did you say in response to that?
18 A. I listened to what the lady had to say. I told
19 her I would discuss it with the folks here and I would
20 get back to her.
21 Q. And did you discuss it with anyone at Fox?
22 A. Yes, I did.
23 Q. With whom?
24 A. I discussed it with Gail Berman, who at the
25 time was the president of Fox.