> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/17/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

BOURNE CO.,

                    Plaintiff,                          07 **CIVIL** 8580 (DAB)

          -against-                                     **JUDGMENT**

TWENTIETH CENTURY FOX FILM
CORPORATION, et al.,

                    Defendants.

-------------------------------------------------------X


The parties having cross-moved for summary judgment, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 16, 2009, having rendered its Memorandum and Order granting defendants' motion for summary judgment and denying plaintiff's cross-motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 16, 2009, defendants' motion for summary judgment is granted and plaintiff's cross-motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
          March 17, 2009

                                        **J. MICHAEL McMAHON**
                                        _____
                                              **Clerk of Court**

                              **BY:**
                                        _____
                                              **Deputy Clerk**


                    **THIS DOCUMENT WAS ENTERED**
                    **ON THE DOCKET ON _____**

Dockets.Justia.com