Jonathan Zavin (JZ-1846)
Jonathan Neil Strauss (JS-1090)
Shelly Elimelekh (SE-0597)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BOURNE CO.,                                              :

     Plaintiff,                 :

  -against-                                    :

               07 Civ. 8580 (DAB)
TWENTIETH CENTRY FOX FILM            :   **NOTICE OF**
CORPORATION, FOX BROADCASTING            **DEFENDANTS' MOTION**
COMPANY, TWENTIETH CENTURY FOX   :   **FOR AWARD OF**
TELEVISION, INC., TWENTIETH              **ATTORNEYS' FEES AND**
CENTURY FOX HOME                     :   **COSTS TOGETHER**
ENTERTANIMENT, INC., FUZZY DOOR          **WITH BILL OF COSTS**
PRODUCTIONS, INC., THE CARTOON       :
NETWORK, INC., SETH MACFARLANE,
and WALTER MURPHY,                   :

     Defendants.                :

-----------------------------------------------------------X

  PLEASE TAKE NOTICE that, upon the accompanying declaration of Jonathan Zavin, Esq., together with the exhibits annexed thereto, the accompanying memorandum of law, and all other pleadings and proceedings heretofore had herein, defendants Twentieth Century Fox Film Corporation (including its unit, Twentieth Century Fox Television, incorrectly named herein as Twentieth Century Fox Television, Inc.), Fox Broadcasting Company and Twentieth Century Fox Home Entertainment, Inc., by their counsel, Loeb & Loeb LLP, will move this court as soon as counsel can be heard before the Honorable Deborah A. Batts, at the Courthouse

NY771340.1
202894-10011

located at 500 Pearl Street, New York, New York, 10007, for an order, pursuant to 17 U.S.C. § 505, Rule 54(d) of the Federal Rules of Civil Procedure, the Memorandum and Order of the Court dated March 16, 2009, and the Judgment of the Court dated March 17, 2009, awarding Defendants their reasonable attorneys' fees and costs incurred in defending against plaintiff Bourne Co.'s copyright infringement claims in this action, and directing Plaintiff to pay the same to Defendants.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served within ten (10) business days after service of these moving papers.

Dated: New York, New York
      March 30, 2009

                                        LOEB & LOEB LLP

                                        By: _____
                                        Jonathan Zavin (JZ-1846)
                                        Jonathan Neil Strauss (JS-1090)
                                        Shelly Elimelekh (SE-0597)
                                        345 Park Avenue
                                        New York, New York 10154-1895
                                        (212) 407-4000

                                        Attorneys for Defendants