UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
BOURNE CO.,                                              :

        Plaintiff,                           :

        -against-                            :

TWENTIETH CENTURY FOX FILM                               :
CORPORATION, FOX BROADCASTING
COMPANY, TWENTIETH CENTURY FOX   :   07 Civ. 8580 (DAB)
TELEVISION, INC., TWENTIETH              **STIPULATION**
CENTURY FOX HOME                                         :
ENTERTAINMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON           :
NETWORK, INC., SETH MACFARLANE,
and WALTER MURPHY,                                       :

        Defendants.                          :

-------------------------------------------------------- X

        WHEREAS, on March 30, 2009, defendants filed a motion for attorneys' fees and costs (the "Motion");

        WHEREAS, plaintiff's opposition to the Motion is due on April 13, 2009; and

        WHEREAS, the parties are currently in discussions concerning a potential resolution of this matter, and wish to briefly adjourn the briefing schedule on the Motion while such resolution is finalized;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the briefing schedule on the Motion is amended as follows:

        1.    Plaintiff shall file its opposition to the Motion on or before April 27, 2009;

        2.    Defendants shall file their reply brief, if any, on or before May 4, 2009.

Dated: New York, New York
       April 10, 2009

Bourne Co. v. Twentieth Century Fox Film Corporation et al    Doc. 49

| MOSES & SINGER LLP | LOEB & LOEB LLP |
|---|---|
| By: _____ | By: _____ |
| Paul M. Fakler (PF-0249) | Jonathan Zavin (JZ-1846) |
| Ross Charap (RC-2584) | Jonathan Neil Strauss (JS-1090) |
| Julie Stark (JS-8925) | Shelly Elimelekh (SE-0597) |
| Amanda J. Schaffer (AS-2004) | 345 Park Avenue |
| 405 Lexington Avenue | New York, New York 10154-1895 |
| New York, New York 10174-1299 | (212) 407-4000 |
| (212) 554-7800 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts
4/15/09