UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOURNE CO.,

          Plaintiff,

-against-

TWENTIETH CENTURY FOX FILM
CORPORATION, FOX BROADCASTING
COMPANY, TWENTIETH CENTURY FOX
TELEVISION, INC., TWENTIETH
CENTURY FOX HOME
ENTERTAINMENT, INC., FUZZY DOOR
PRODUCTIONS, INC., THE CARTOON
NETWORK, INC., SETH MACFARLANE,
and WALTER MURPHY,

          Defendants.

------------------------------------------------------------X

07 Civ. 8580 (DAB)
**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants motion for attorneys' fees and costs filed on March 30, 2009 is hereby withdrawn with prejudice.

Dated: New York, New York
April 28, 2009

| MOSES & SINGER LLP | LOEB & LOEB LLP |
|---|---|
| By: _____ | By: _____ |
| Paul M. Fakler (PF-0249) | Jonathan Zavin (JZ-1846) |
| Ross Charap (RC-2584) | Jonathan Neil Strauss (JS-1090) |
| 405 Lexington Avenue | 345 Park Avenue |
| New York, New York 10174-1299 | New York, New York 10154-1895 |
| (212) 554-7800 | (212) 407-4000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

_____
DEBORAH A. BATTS 5/4/09
UNITED STATES DISTRICT JUDGE